# EXHIBIT A

# REVIEW CHECKLIST: UNPLANNED USE OF FORCE
## Comments

I. **Other Comments**

On the above date and approximate time, Sgt. Haburjak report that he had placed new court John Orlando into the restraint chair because he had refused to searched, would not cooperate with the officer's orders, and had made statements to the arresting officers that he was going to harm himself.

I, Captain Piendel went to the CCTV room to view this incident. At approximately 2215 hours, New court Orlando was brought into the sallyport. Officer Faherty began to do a routine pat down search of New Court Orlando. New Court remained handcuffed due to his behavior, and making statements he was going to harm himself. Officer Fathery and Officer Dabrowski then placed New court Orlando against the wall, and Sgt. Haburjak walked into the sallyport. By using camera 45, Sgt. Haburjak orders for New Court Orlando to be placed into the restraint chair for his refusal to answer questions. A tether was applied to New court Orlando, and he was placed into the restraint chair. Once in the restraint chair New court Orlando was cleared by medical, and placed into cell H9 with no further incident.

Captain: Jonathan Piendel   Date: March 24, 2016

Any reports/memos generated based upon this review shall be attached to this checklist for filing.

*Use of Force, General Provisions, and Videotaping*
*Attachment 1*

**Revised 02/2011**

AC-0004

| Revised 2/11 | County of Allegheny<br>Bureau of Corrections<br>Employee Report of Incident | | ☐ Use of Force Occurrence | |
|---|---|---|---|---|
| To:<br>Captain John Piendel | Title:<br>Shift Commander | | Date:<br>3-24-16 | Time:<br>Hrs 2230 |
| From (Name Printed):<br>Sergeant Andrew Haburjak | Title: Intake Supervisor | | Location of Incident:<br>Pre-Arraignment | |
| Employee Signature:<br>Sgt [signature] | Type of Incident:<br>Unplanned Use Of Force | | | |
| Inmates Involved<br>(Name and Number) | Staff Involved<br>(Name and Title) | | Witnesses | |
| New Arrest John Orlando | Sgt. Andrew Haburjak | | | |
| | Officer Faherty | | | |
| | Officer Dabrowski | | | |
| | Officer Mullen | | | |
| | Officer Bonenberger | | | |
| | Officer Catio (Camera) | | | |

1. Detailed description of the occurrence.

On the above date and approximate time I, Sgt. Haburjak was notified by Officer Faherty that New Arrest John Orlando was making threatening statements of killing himself and not complying with orders to be pat searched. At this time I arrived in the sally port and asked New Arrest Orlando if he was going to comply with the Officers orders. N/A said that he just wanted to die and he's sick of cops bullying him. He also stated that he was on crystal meth and he was going to hurt anybody touching him. At this time I ordered Officer Catio to grab the camera and I briefed the camera of the situation at hand. Because N/A Orlando made statements of hurting himself and that he was not going to comply with Officers orders he was ordered into the restraint chair. At this time I assembled a compliance team of Officer Faherty, Officer Dabrowski, Officer Bonenberger, Officer Mullen, and Officer Catio (Camera Operator). N/A Orlando was placed into the chair by Officers Dabrowski and Faherty while Officer Bonenberger secured both feet into the ankle straps. After N/A Orlando's feet were secure the handcuffs were taken off one at a time and placed into the wrist straps. During this procedure N/A Orlando became agitated and aggressive and started to resist. Because N/A Orlando was uncompliant I drew my taser and warned N/A Orlando that he would be tased if he continued to resist. N/A Orlando complied and the taser was not deployed. At this point the waist strap was secured followed by the shoulder straps. N/A Orlando's straps were then checked for tightness by Intake Medical Staff and he was medically cleared. The compliance team was ordered to stand down and write reports. No injuries were reported by the Officers or New Arrest Orlando at this time.