# EXHIBIT B

| Revised 2/11 | County of Allegheny<br>Bureau of Corrections<br>Employee Report of Incident | | ☐ Use of Force Occurrence | |
|---|---|---|---|---|
| To:<br>Captain John Piendel | Title:<br>Shift Commander | | Date:<br>3-24-16 | Time:<br>Hrs 2230 |
| From (Name Printed):<br>Sergeant Andrew Haburjak | Title: Intake Supervisor | | Location of Incident:<br>Pre-Arraignment | |
| Employee Signature:<br>Sgt [signature] | Type of Incident:<br>Unplanned Use Of Force | | | |
| Inmates Involved<br>(Name and Number) | Staff Involved<br>(Name and Title) | | Witnesses | |
| New Arrest John Orlando | Sgt. Andrew Haburjak | | | |
| | Officer Faherty | | | |
| | Officer Dabrowski | | | |
| | Officer Mullen | | | |
| | Officer Bonenberger | | | |
| | Officer Catio (Camera) | | | |

**1. Detailed description of the occurrence.**

On the above date and approximate time I, Sgt. Haburjak was notified by Officer Faherty that New Arrest John Orlando was making threatening statements of killing himself and not complying with orders to be pat searched. At this time I arrived in the sally port and asked New Arrest Orlando if he was going to comply with the Officers orders. N/A said that he just wanted to die and he's sick of cops bullying him. He also stated that he was on crystal meth and he was going to hurt anybody touching him. At this time I ordered Officer Catio to grab the camera and I briefed the camera of the situation at hand. Because N/A Orlando made statements of hurting himself and that he was not going to comply with Officers orders he was ordered into the restraint chair. At this time I assembled a compliance team of Officer Faherty, Officer Dabrowski, Officer Bonenberger, Officer Mullen, and Officer Catio (Camera Operator). N/A Orlando was placed into the chair by Officers Dabrowski and Faherty while Officer Bonenberger secured both feet into the ankle straps. After N/A Orlando's feet were secure the handcuffs were taken off one at a time and placed into the wrist straps. During this procedure N/A Orlando became agitated and aggressive and started to resist. Because N/A Orlando was uncompliant I drew my taser and warned N/A Orlando that he would be tased if he continued to resist. N/A Orlando complied and the taser was not deployed. At this point the waist strap was secured followed by the shoulder straps. N/A Orlando's straps were then checked for tightness by Intake Medical Staff and he was medically cleared. The compliance team was ordered to stand down and write reports. No injuries were reported by the Officers or New Arrest Orlando at this time.

**2. Actions taken** (if force was used, include an account of the events prior to the use of force, the reason(s) for the use of force, and a description of the use of force. If any equipment was used i.e. EBID, Taser, OC, etc., describe the process, who authorized the equipment, who used the equipment and the effects of usage. (List all action taken in a chronological order.)

New Arrest Orlando was making threats of hurting himself and other people
-New Arrest made statements of killing himself while in the arresting officers custody
-New Arrest wouldn't comply with orders
-Show of Force- A compliance team consisting of Officers Faherty, Mullen, Bonenberger, Drabrowski, Catio (Camera Operator) was assembled
- Secured New Arrest on the wall to gain control
-New Arrest was placed into the restraint chair for his and the Officers Safety

**3. Description of any weapon(s) used by the inmate(s) or found in the area. If any, attach a photograph of the weapon(s).**

N/A

**4. Detailed description of any injuries sustained by staff and/or inmates and any medical attention provided.**

No injuries reported by Officers or New Arrest

If the occurrence involved a planned use of force, was the occurrence videotaped? If no, include an explanation in Section 2. If yes, include the camera operator's name and the custodian of the tape.   ☐ No   ☐ Yes

| Shift Commander Signature: [signature] | Date: 03/24/16 | Incident Tracking Number |

AC-0006