# EXHIBIT C

 

# COUNTY OF ALLEGHENY

**RICH FITZGERALD**
COUNTY EXECUTIVE

**Who is involved?** New C/met John Orlando

**When did the incident occur?** Date: 3-24-16 Time: Approx 2123

**Where did it happen?** Intake Sallyport

**What Happened?** On the above date and approx time new C/met John Orlando was brought into ACJ by Millvale Police. Upon entering the Sallyport N/C Orlando began making statements that he was high on "crystal meth" and was very aggressive. N/C stated he would begin fighting with anyone who touched him. Sgt. Habusjak attempted to speak with N/C Orlando, who simply continued with his same behavior. Sgt. Habusjak ordered that N/C remain cuffed and due to his behavior be placed into restraint chair for his and officers safety. While being placed into chair N/C also stated that he hopes that he dies. Once secured N/C was seen and cleared by medical and placed in cell 11-9.

ALLEGHENY COUNTY
2016 MAR 24 PM 3:33

**Witnesses:** C.O. Faherty, Sgt. Habusjak, C.O. Crito, C.O. Mullen, C.O. Bonenberger

**Reporting Staff:** David C. Dobrowski
**Date:** 3-24-16 **Time:** 2247 hrs

ORLANDO L. HARPER, WARDEN
**ALLEGHENY COUNTY JAIL**
950 SECOND AVENUE • PITTSBURGH, PA 15219
PHONE (412) 350-2000 • (412) 350-2032
WWW.ALLEGHENYCOUNTY.US

AC-0007