# EXHIBIT D

# COUNTY OF ALLEGHENY

RICH FITZGERALD
COUNTY EXECUTIVE

# Incident Report

**Who is involved?** N/CT John Orlando

**Time:** 10:25 P.M. approx.

**Date:** 3-24-2016

**Where did it happen?** Intake

**What Happened?**

On the above date and approx. time Millvale Police brought N/CT John Orlando in who was very agitated and appeared to be under the influence. When the N/CT entered the sally-port, he started to say that he was going to fight with anybody and he was on crystal myth. The Millvale Police brought it to my attention that he also stated that he wanted to hang himself. Sgt. Haburjak requested the chair and I retrieved it. All assisting Officers placed the N/CT in the chair and his restraints were checked for tightness by the intake nurse. He was then placed in H-9 without further incident.

**Time** 11:05 P.M approx.

**Witnesses:** Sgt. Haburjak, Officers Faherty, Mullen, Dabrowski & Caito on the camera

**Reporting Staff:** CO. Marguerite Bonenberger
*CO. Marguerite Bonenberger*

ORLANDO L. HARPER, WARDEN
**ALLEGHENY COUNTY JAIL**
950 SECOND AVENUE • PITTSBURGH, PA 15219
PHONE (412) 350-2000 • (412) 350-2032
WWW.ALLEGHENYCOUNTY.US

AC-0008



# COUNTY OF ALLEGHENY

Rich Fitzgerald
County Executive

Who is involved? John Orlando

When did the incident occur?   2230hrs    3/24/16

Where did the incident occur?   Intake sally port

What happened?  On above date and time the above New Court Orlando was threating harm to all officers' staff members and inmates. The New Court stated he was on drugs and was feeling aggressive. This New Court was placed into a restraint chair per Sgt. Haburjak. This New Court was cleared by medical and placed into holding cell #9.

Witnesses: Sgt. Haburgak, C/O's Dabrowski, Caito, Mullen and Bonenberger

Reporting Staff:  Officer Thomas Faherty     Date: 3/24/16      Time: 2240



Orlando L. Harper, Warden
Allegheny County Jail
950 Second Avenue • Pittsburgh, PA 15219
Phone (412) 350-2000 • (412) 350-2032
www.alleghenycounty.us



# COUNTY OF ALLEGHENY

**RICH FITZGERALD**
**COUNTY EXECUTIVE**

**WHO IS INVOLVED?** John Orlando

**WHEN DID INCIDENT OCCUR?**   DATE: 3-24-16   TIME: 2231

**WHERE DID INCIDENT HAPPEN?** Intake Sally Port

**WHAT HAPPENED?** On the above date and time, I, Officer Mullen assisted floor officer's in placing John Orlando in a restraint chair. This officer secured John Orlando's right and left legs, lap belt, right arm and right shoulder strap. John Orlando was then cleared by medical and escorted to H-9 without further incident.

**WITNESSES:** Sgt. Haburjak, Officer's Faherty, Dabrowski, Bonenberger and Caito

**REPORTING STAFF:** Casey Mullen   DATE: 3-24-16   TIME: 2237

ORLANDO L. HARPER, WARDEN
ALLEGHENY COUNTY JAIL
950 SECOND AVENUE • PITTSBURGH, PA 15219
PHONE (412) 350-2000 • (412) 350-2032
WWW.ALLEGHENYCOUNTY.US

AC-0010



# COUNTY OF ALLEGHENY

**RICH FITZGERALD**
**COUNTY EXECUTIVE**

**Who is involved?**   New Court Jon Orlando

**When did the incident occur?**   Date: 03-24-2016   Time: Approx. 2230hrs

**Where did it happen?**   Intake Sally Port

**What happened?** On above date and time I C/O Caito assisted the Intake Floor Officers. I C/O Caito operated the hand held camera while New Court Orlando was being secured into a restraint chair. Once secure in the restraint chair New Court Orlando was cleared by Nurse Trish and placed into holding cell #9.

ALLEGHENY COUNTY
2016 MAR 24 PM 2235

Witnesses: C/O Faherty, C/O Mullen, C/O Bonenberger, C/O Dabrowski, Sgt. Haburjak and Cameras

Reporting Staff: C.O Roman Caito   Date: 03-24-2016   Time: 2235hrs



ORLANDO L. HARPER, WARDEN
**ALLEGHENY COUNTY JAIL**
950 SECOND AVENUE • PITTSBURGH, PA 15219
PHONE (412) 350-2000 • (412) 350-2032
WWW.ALLEGHENYCOUNTY.US

AC-0011