# EXHIBIT E



# COUNTY OF ALLEGHENY

RICH FITZGERALD
COUNTY EXECUTIVE

# RESTRAINT CHAIR REPORT

**Offender Name:** New Arrest John Orlando

On the above date and approximate time I, Sgt. Haburjak was notified by Officer Faherty that New Arrest John Orlando was making threatening statements of killing himself and not complying with orders to be pat searched. At this time I arrived in the sally port and asked New Arrest Orlando if he was going to comply with the Officers orders. N/A said that he just wanted to die and he's sick of cops bullying him. He also stated that he was on crystal meth and he was going to hurt anybody touching him. At this time I ordered Officer Catio to grab the camera and I briefed the camera of the situation at hand. Because N/A Orlando made statements of hurting himself and that he was not going to comply with Officers orders he was ordered into the restraint chair. At this time I assembled a compliance team of Officer Faherty, Officer Dabrowski, Officer Bonenberger, Officer Mullen, and Officer Catio (Camera Operator). N/A Orlando was placed into the chair by Officers Dabrowski and Faherty while Officer Bonenberger secured both feet into the ankle straps. After N/A Orlando's feet were secure the handcuffs were taken off one at a time and placed into the wrist straps. During this procedure N/A Orlando became agitated and aggressive and started to resist. Because N/A Orlando was uncompliant I drew my taser and warned N/A Orlando that he would be tased if he continued to resist.

## TEAM IN

Authorized Staff: Sgt. Haburjak,
Staff Signature: _Sgt. [signature]_
Date: 2-13-16   Time: 2230

1. Officer Faherty
2. Officer Dabrowski
3. Officer Bonenberger
4. Officer Mullen
5. Officer Catio
6. 

## TEAM OUT

Authorized Staff: _Sgt Spiczezza_
Staff Signature: _[signature]_
Date: _5/25/16_   Time: _0615_ hours

1. _Margis_
2. _Deisher_
3. _Capt. Stinson_
4. 
5. 
6. _Handheld camera (Forisko)_

Time Checks: _2230, 2245, 2300, 2215, 2330, 2345, 0000, 0015, 0030, 0059, 01:10, 01:30, 0150, 0205, 0225, 0245, 0305, 0320, 0345, 0400_

ORLANDO L. HARPER, WARDEN
**ALLEGHENY COUNTY JAIL**
950 SECOND AVENUE • PITTSBURGH, PA 15219
PHONE (412) 350-2000 • (412) 350-2032
WWW.ALLEGHENYCOUNTY.US

AC-0012

0420, 0445, 0500, 0522, 0534, 0552

Exercise times /denials: JC 0036, N/A said "I'm HIV positive I'n bite someone."

Bathroom times (if applicable): K0310, 0510R

Meal times /denials: ___