# EXHIBIT F



**ALLEGHENY COUNTY
BUREAU OF CORRECTIONS
Jail Healthcare Services**

Name: Orlando John | DOB: | DOC:
Allergies: | | Date/Time 3/24/16 2230

**Does the Inmate have any injuries? (If Yes explain)**

I/m screaming he "hopes he dies in here."
I/m shaking that "we are all gonna die."
I/m has posable seizure history.

**Does the Inmate have any medical issues?**

I/M states back issues and mental health issues. States he is on klonopin, xanax, fentanyl patch

straps checked to all extremities and able to insert a finger between him and strap

Inmate will contact Medical or Mental Health for any change in status or for any requests.

**Inmate is cleared for Segregation: (Signature/Printed/Date/Time)**

Tricia Coyradovo

**Inmate is NOT cleared for Segregation: (Signature/Printed/Date/Time) (Document why the inmate is not cleared and the Interventions taken.)**