# EXHIBIT G



**COUNTY OF ALLEGHENY**

RICH FITZGERALD
COUNTY EXECUTIVE

# Medical Incident Report

**Who is involved?** John Orlando (69335), Intake Correctional Officers, Intake Medical Staff

**When did the incident occur?**  Date: 3/26/16   Time: approx. 01230-0230hours

**Where did it happen?** At the above date and approximate time range, I, Laura Williams, was in the medical intake area serving as the onsite medical management on duty. I recall John Orlando speaking with an officer at the desk. John Orlando was speaking loud enough that I could hear him by the medical intake area. When asked if he was suicidal, he answered, "No." When asked if he was detoxing from substances, he answered, "Yes." His response continued to include that he was detoxing from "benzos, suboxone, fentanyl, and meth." John Orlando identified, at this time, that he was uncomfortable/in pain and that his symptoms were in direct relation to his detoxing. At approximately 0200hours a medical emergency was called in the intake area. John Orlando had been walking by the blue chairs and had an incident that resulted in his body lying on the floor. At the time he also appeared to be shaking on the floor. The other inmates in the intake area were instructed to lock in. I was present for this incident and stood near while Heather Fisher, RN, assessed him. John Orlando was compliant with her questions and complained that he was in pain. Heather Fisher asked questions to determine if he was oriented and alert. John Orlando's primary complaints/issues included: his head hurt, his back hurt, he was in pain, and he needed something for the pain. John Orlando's physical condition was assessed and no visible markings were found on his head or back from the incident that resulted in him lying on the floor. John Orlando's mental status and stability were assessed and no further needs were identified at that time. At this time, John Orlando did not appear to require any immediate medical or mental health intervention and he was able to walk to cell IP 3 where he was temporarily housed in his personal clothing. After he was secured in the cell, Heather Fisher contacted Rachel Alexander to determine if any medications should be administered. It was determined that no further medical interventions were needed at this time.

*page 1 of 2*



ORLANDO L. HARPER, WARDEN
**ALLEGHENY COUNTY JAIL**
950 SECOND AVENUE • PITTSBURGH, PA 15219
PHONE (412) 350-2000 • (412) 350-2032
WWW.ALLEGHENYCOUNTY.US

AC-0021

After the incident, both intake RN's discussed his problematic behavior from the night before and reported that he had been placed in a restraint chair. Both Tricia Corrado and Heather Fisher indicated that he was far more compliant with staff and did not appear to be a perceived threat to self or others at this time.

Witnesses: Laura Williams, LPC, NCC

Reporting Staff:        Date:   3/31/16        Time: 3:44pm

Signature: *Laura Williams, LPC, NCC  3/31/16*
Laura Williams, LPC, NCC

page 2 of 2

AC-0022