# EXHIBIT H

# Allegheny County Jail
## Inmate Medical Survey Report

**INTAKE INFORMATION SHEET**

Name: **Orlando, John**  
Race: **W**  
SSN: [redacted]

Docket #: [redacted]  
DOB: [redacted]  
Gender: **M**

CIPS:  
Bed Loc: -  
Ent.Date: **03/26/2016**  
Ent.Time: **11:44:16 AM**

### Interview

Interpretor Used Y/N — **N**  
If yes, Name of the Interpretor                     Service  
Intake Refuse Y/N — **N**  
Records Received Y/N — **N**  
AKA: **Orlando, John**  
Address: [redacted]  
Phone: [redacted]  
Client Screening Accepted or Declined: **Accepted**

Why Declined:

Transfering from another facility Y/N   **No**

Which Facility?

Insurance Y/N: **No**                          Insurance Name:  
Carrier:                                        Policy #:

### Emergency Contact

Name:    **Orlando/Lawniczak, Jean**  
Address: **No Emergency Contact Address on File**  
Home Phone [redacted]        Work Phone:

### Medical Conditions

**Medications brought IN by Inmate:**

| Medications | Pill Count | Use or Destroy | Comments | Destroy Date |
|---|---|---|---|---|
|  |  |  |  |  |

Screened by: Latham, Teresa

Page 1 of 7

AC-0890

# Allegheny County Jail
## Inmate Medical Survey Report

**Name:** Orlando, John  **Doc**[redacted]  **DOB:** [redacted]
**Date:** 03/26/2016  **Time:** 11:44:16 AM  **Gender:** M

**Inmate Status:** COUNTY

### Medical History

**Allergies:** NKDA

Do you have any of the following Symptoms?
- Weight Loss **N**          Fever **N**          Coughing Blood **N**          Persistant cough lasting for 2 or more weeks **N**
- Night Sweats **N**       Apetite Loss **N**                                     Fatigue **N**

**Last PPD:** Tested          **Date:** 03/26/2016
If "Pos", Treatment?
**Last PPD Where?** ACJP

**Last CXR:** Negative          **Date:**
Results:

**HIV:** Negative          **Date:**
If "Pos", Treatment?

**Hepatitis A Test Y/N**          **Hepatitis B Test Y/N**          **Hepatitis C Test Y/N**
Y                                Y                                N

**Hepatitis Test Where:**
**Hepatitis Test Result:** (+) HCV

**Hep. A Vaccine Y/N**          **Hep. B Vaccine Y/N**          **Hep. C Vaccine Y/N**
Y                                Y                                Not Answered

**Hepatitis Vaccine Where:**
**Hepatitis Vaccine When:**

Did you complete the Hep. vaccine Series **Y**

**S.T.D:** Negative          **Date:**
If "Pos", Treatment?

**Drug Use:** Positive          **Drug(s) of Choice:**
                                **Last Use:**
                                **Past Treatment Location:**
                                **Frequency of drug use:** q day
                                **Average Amount used:** 30 bags / day

History of Withdrawal Symptoms or Inpatient Detox

Are you currently Pregnant? **N**
   Pregnancy Results:
   Surgical History:

**Etoh Use:** Positive          **Etoh How Much:** " a lot " refused to quantify
                                **Last Use:**

Have you ever had a Seizure Y/N? **N**          If yes details:

**Psyc Hx:** Positive          **Previous Suicide Attempt:**          **Not Answered**
**Smoker:** Yes                 **How Much?** 3 packs / day
                                **How Long?** 20 years

**Last Tetanus Booster:**                                           **Last PAP Test Date:**

Screened by: Latham, Teresa

# Allegheny County Jail
## Inmate Medical Survey Report

Last Physical Exam Date:                            Last Mamogram Date:
Last Menstrual Period Date:

Notified Inmate about the Allegheny County Jail PHYSICAL, MENTAL & SEXUAL abuse Policy Y/N?   Y

Have you ever been a victim of Physical abuse?   N
If yes details:
Have you ever been a victim of Mental abuse?    N
If yes details:
Have you ever been a victim of Sexual abuse?    N
If yes details:

Screened by: Latham, Teresa

# Allegheny County Jail
## Inmate Medical Survey Report

**Name:** Orlando, John    **Doc:** [redacted]    **DOB:** [redacted]
**Date:** 03/26/2016    **Time:** 11:44:16 AM    **Gender:** M

### Intake Progress Note

**Appearance:** Male in no acute distress, denies any injury in the past 48 hrs.
**Behaviour:** hostile
**State of Consciousness:** alert, oriented x 3
**Ease of Movement:** full ROM
**Breathing:** unlabored
**Skin:** intact, denies infected IV sites

**Vital Signs:** Temp: 98.7   Pulse: 88   BP: 118/72   Resp: 18
Ht: 6'   Wt: 150   O2sat: 100%   Glucose:

**Signs, Symptoms of Dental Problems:** No
If "yes" describe:

**Signs, symtoms or history of alcohol or drug withdrawl?** Yes
If "yes" describe: " I fucking feel like shit. "

**Signs, symtoms or history of psychiatric condition?** Yes
If "yes" describe: Diagnoses of schizophrenia and anxiety d/o reported.

**Medication/Treatment Y/N:** No
**Medication/Treatment Given:** PPD DATE: 03/26/2016

**Detox Ordered Y/N?** Yes
**What?** Will initiate meds for heroin / ETOH withdrawal / MD order

**Follow-Up Referrals:**

|     | Condition | | Condition |     | Condition |     | Condition |
|-----|-----------|---|-----------|-----|-----------|-----|-----------|
|     | Diabetes | | Other Endocrinology | | Cardiac | | Coagulation |
|     | Infectious Disease | | Asthma | | COPD | Yes | Mental Health |
| No  | Seizure Disorder | | Other Neuro | | OB/GYN | Yes | Detox |
|     | Immediate Clinic Appointment | | | | | | |

**Disposition:**

| Yes | General Housing: Routine medical evaluation |
| No  | General Housing: Expedited medical evaluation | No | Practitioner Notified |
| No  | Infirmary Housing: Expedited medical evaluation | No | Practitioner Notified |
| No  | Mental Health Housing: Routine MH evaluation | No | Practitioner Notified |
| No  | Mental Health Housing: Expedited MH evaluation | No | Practitioner Notified |
| No  | Referred to appropriate facility on emergency basis | No | Practitioner Notified |
| No  | Cleared to Alternate Program | | |

**Seizure lower level / lower bund ordered Y/N**

**Consent for treatment signed Y/N :** Y
Reason :
**Access to care reviewed Y/N :** Y
Reason :
**Grievance Process explained Y/N :** Y
Reason :

Screened by: Latham, Teresa

Page 4 of 7

AC-0893

# Allegheny County Jail
## Inmate Medical Survey Report

**Implement:**   CIWA  **N**            COWS  **N**            BWS_C  **N**

**Additional Comments:**   Denies any private medical isssue to discuss. MH referral, opiod / ETOH detox ordered and initiated.

Teresa E. Latham, RN

# Allegheny County Jail
## Inmate Medical Survey Report

Name: **Orlando, John**   Doc: ▮   DOB: ▮
Date: **03/26/2016**   Time: **11:44:16 AM**   Gender: **M**
Address: ▮   Phone: ▮

**Inmate Details**

Critical Observations

**Urgent/Emergency Medical Referral Y/N**   N
  Severe Injury Y/N   N      Severe Pain  N
  Life threatening illness Y/N            Other Medical Observations
  Head trauma with mental status changes Y/N
  Uncontrolled bleeding Y/N   N

**Urgent/Emergency Mental health Referral**   N
  Active Hallucination Y/N   N      Mental Health Referral other
  Actively Suicidal Y/N   N
  Active Delusions Y/N   N

**Communicable Diseases ( Active or Suspended )**
  MRSA Y/N   N      Lice/Pediculosis Y/N   N      Communicable Diseases Other
  Varicella (chicken pox) Y/N   N      Jaundice Y/N   N      reports needle marks from IV
  Herpes Zoster (Shingles) Y/N   N      Needle Marks Y/N   Y      drug abuse

**Responsiveness**          Unresponsive Description
Alert

Oriented to Person Y/N   N
Oriented to Place Y/N   N
Oriented to Time Y/N   N

**Mobility Restrictions/Impairments Y/N**   N

Deformity Y/N   N      Wheelchair Y/N   N      Blind Y/N   N      Splint Y/N   N
Cast Y/N   N           CPAP Y/N   N            Deaf Y/N   N       Quadriplegic Y/N   N
Paraplegic Y/N   N     Brace Y/N   N           Crutches Y/N   N   Amputation Y/N   N

Do you have a learning disability or been placed in special education ?   **No**
If so, explain

What job skills do you have?   **CONSTRUCTION**

Are you veteren of armed services ? **No**

How do you feel about being in jail ?" I fucking hate it. "

General Comments:   DENIES THE NEED FOR COUNSELING SERVICES

Screened by: Latham, Teresa

# Allegheny County Jail
## Inmate Medical Survey Report

### Behavioral Health

Do you have any current mental health complaints ? **Y**

Do you have a history of a mental health problem ? **Y**

History of outpatient therapy ? **Y**

Within the last year ? **Y**

History of psychotropic medication(s) ? **Y**

History of psychotropic hospitalization ? **Y**

Within the last year ? **N**

History of Suicide attempts ? **N**

If so describe :

Are you thinking of suicide currently ? **N**

If yes, Do you have a plan? Describe :

Family or friends history of suicide ? **N**

Recent significant loss (within past six months) ? **Y**

Do you feel like there is nothing to look forward to (feeling hopeless / helpless) ? **N**

Have you ever hurt youself on purpose ? **N**

Are you thinking about hurting yourself now ? **N**

Are you thinking about hurting others now ? **N**

Ever Hospitalizes for head trauma ? **N**

History of Violent Behavior ? **Y**

History of victimization ? **Y**

History of Sex Offenses? **N**

Comments

Screened by: Latham,Teresa

Page 7 of 7

AC-0896