# EXHIBIT I

Allegheny County Jail
Inmate Medical Survey Report

## INTAKE INFORMATION SHEET

| | | |
|---|---|---|
| Name: Orlando, John | Docket #: | CIPS:<br>Bed Loc: LEV5-PODF |
| Race: W | DOB: | Ent.Date: 03/26/2016 |
| SSN: | Gender: M | Ent.Time: 11:44:16 AM |

### Interview

| | |
|---|---|
| Interpretor Used Y/N | N |
| If yes, Name of the Interpretor | Service |
| Intake Refuse Y/N | N |
| Records Received Y/N | N |
| AKA: | Orlando,John |
| Address: | |
| Phone: | |
| Client Screening Accepted or Declined: | Accepted |

Why Declined:

Transfering from another facility Y/I  No

Which Facility?

| | | | |
|---|---|---|---|
| Insurance Y/N: | No | Insurance Name | |
| Carrier: | | Policy #: | |

### Emergency Contact

Name: Orlando/Lawniczak,Jean
Address: No Emergency Contact Address on File
Home Phone: 4127814986    Work Phone:

### Medical Conditions

**Medications brought IN by Inmate:**

| Medications | Pill Count | Use or Destroy | Comments | Destroy Date |
|---|---|---|---|---|
| | | | | |

AC-0077

## Behavioral Health

Do you have any current mental health complaints ?  Y

~~Do you have a history of a mental health problem ?  Y~~

History of outpatient therapy ?  Y
Within the last year ?  Y

History of psychotropic medication(s) ?  Y

History of psychotropic hospitalization ?  Y
Within the last year ?  N

History of Suicide attempts ?  N
If so describe :

Are you thinking of suicide currently ?  N
If yes, Do you have a plan? Describe :

Family or friends history of suicide ?  N

Recent significant loss (within past six months) ?  Y

Do you feel like there is nothing to look forward to (feeling hopeless / helpless) ?  N

Have you ever hurt youself on purpose ?  N

Are you thinking about hurting yourself now ?  N

Are you thinking about hurting others now ?  N

Ever Hospitalizes for head trauma ?  N

History of Violent Behavior ?  Y

History of victimization ?  Y

History of Sex Offenses?  N

Comments

# Allegheny County Jail
## Inmate Medical Survey Report

Last Physical Exam Date:  Last Mamogram Date:
Last Menstrual Period Date

Notified Inmate about the Allegheny County Jail PHYSICAL, MENTAL & SEXUAL abuse Policy Y/N    Y

Have you ever been a victim of Physical abuse?    N
If yes details:
Have you ever been a victim of Mental abuse?    N
If yes details:
Have you ever been a victim of Sexual abuse?    N
If yes details:

**Implement:**     CIWA   N        COWS   N        BWS_C   N

**Additional Comments:** Denies any private medical isssue to discuss. MH referral, opiod / ETOH detox ordered and initiated.

Teresa E. Latham, RN