# EXHIBIT J



**ALLEGHENY COUNTY
BUREAU OF CORRECTIONS
Jail Healthcare Services
Practitioner's Orders**

| Patient Name: Orlando, John | Verbal/Telephone Orders ☐ No ☐ Yes Per: _____ |
|---|---|
| DOB: [redacted]  ID #: [redacted] | ① D/C all Detox Medications |
| Housing Unit: 5F | ② Transfer to General Population |
| Allergies: N/A | |
| Noted by: [signature] | |
| Date/Time: 3/29/16 | Provider Signature: [signature]  Date/Time: 3/29/16 10:— |

| Patient Name: | Verbal/Telephone Orders ☐ No ☐ Yes Per: _____ |
|---|---|
| | DW Stechschulte Jr MD |
| DOB: ___ ID # ___ | Lic. MD026045E |
| Housing Unit: | NPI 1407971450 |
| Allergies: | |
| Noted by: | |
| Date/Time: | Provider Signature: ___ Date/Time: ___ |

| Patient Name: | Verbal/Telephone Orders ☐ No ☐ Yes Per: _____ |
|---|---|
| DOB: ___ ID # ___ | |
| Housing Unit: | |
| Allergies: | |
| Noted by: | |
| Date/Time: | Provider Signature: ___ Date/Time: ___ |

| Patient Name: | Verbal/Telephone Orders ☐ No ☐ Yes Per: _____ |
|---|---|
| DOB: ___ ID # ___ | |
| Housing Unit: | |
| Allergies: | |
| Noted by: | |
| Date/Time: | Provider Signature: ___ Date/Time: ___ |

AC-0075