# EXHIBIT K



**ALLEGHENY COUNTY BUREAU OF CORRECTIONS**
Jail Healthcare Services

## Medical Housing Classification

Email to #ACJ-DTX

CC: # ACJ Nursing Directors

Date: 3/29/16

Name: John Orlando

DOC: 64335

**Medical Order for Special Housing Status: (choose all that apply)**

☐ Lower Level

☐ Lower Bunk

☐ Handicapped Cell

☐ Single Cell

☐ Medical Bed Rest (Single Cell or housed with another inmate on same status. Must Remain in Cell.)

☐ Cleared from Infirmary to General Population

☐ Infirmary Housing

☐ Cleared from Mental Health Housing

☐ Mental Health Housing

☒ Cleared from Detox Housing to General Population

☐ Other _____

Duration of order: _____

Physician/Practitioner: D.W. Stechschulte Jr MD

Nurse filling out form: Sandra Durbo RN

BS 3/29