# EXHIBIT N

 

# Booking Observation Report
## Allegheny County Jail
**Today's Date:** 03/29/2016

---

### Inmate Information

**Name:** ORLANDO, JOHN  
**DOC#:** 69335  **Booking#:** 2016-03627  
**Social Security#:** [redacted]  **INS#:**  
**Sex:** M  **Race:** W  **DOB:** [redacted]  
**SID#:** 23706253  **FBI#:** 206326253

---

### Booking Observation Questions

Answers are Y = Yes, N or Blank = No, R = Refused to Answer

| Order | Question | Y/N/R |
|---|---|---|
| 1 | DO YOU HAVE A SERIOUS MEDICAL CONDITION THAT MAY REQUIRE ATTENTION WHILE YOU ARE HERE | Y |
| 2 | ARE YOU CURRENTLY TAKING A PRESCRIPTION MEDICATION THAT MAY NEED CONTINUATION WHILE YOU ARE HERE | N |
| 3 | DO YOU HAVE A SERIOUS MENTAL HEALTH CONDITION THAT MAY REQUIRE ATTENTION WHILE YOU ARE HERE | Y |
| 4 | ARE YOU CURRENTLY HAVING SUICIDAL THOUGHTS | N |
| 5 | HAVE YOU EVER ATTEMPTED SUICIDE | Y |
| 6 | HAVE YOU RECENTLY INGESTED POTENTIALLY DANGEROUS LEVELS OF DRUGS AND/ OR ALCOHOL | N |
| 7 | HAVE YOU EVER HAD A CLOSED HEAD INJURY THAT RESULTED IN A PERMANENT DISABILITY | N |
| 8 | HAVE YOU EVER EXPERIENCED SERIOUS WITHDRAWAL SYMPTOMS FROM ALCOHOL OR DRUGS | Y |
| 9 | HAVE YOU RECENTLY TAKEN OR BEEN PRESCRIBED MEDICATION FOR EMOTIONAL PROBLEMS | Y |
| 10 | HAVE YOU BEEN HOSPITALIZED FOR EMOTIONAL PROBLEMS WITHIN THE LAST YEAR | Y |
| 11 | DO YOU HAVE A DISABILITY THAT WILL IMPACT YOUR ABILITY TO UNDERSTAND INSTRUCTIONS | N |
| 12 | DO YOU UNDERSTAND THAT YOU MAY REQUEST HEALTHCARE SERVICES AT ANY TIME WHILE YOU ARE HERE | Y |
| 13 | IS THIS YOUR FIRST INCARCERATION | N |
| 14 | ARE YOU AWARE OF ANY REASON YOU SHOULD BE SEPARATED FROM ANOTHER INMATE WHILE YOU ARE HERE | N |
| 15 | HAVE YOU EVER REQUIRED SEPARATION FROM ANOTHER INMATE WHILE INCARCERATED IN ANOTHER FACILITY | N |
| 16 | ARE YOU CONCERNED THAT YOU WILL BE PHYSICALLY OR SEXUALLY ASSAULTED DURING YOUR STAY IN THIS JAIL | N |
| 17 | HAVE YOU EVER BEEN A VICTIM OF SEXUAL ASSAULT BY AN INMATE | N |
| 18 | HAVE YOU EVER BEEN SEXUALLY ASSAULTED | Y |
| 19 | HAVE YOU EVER SEXUALLY ASSAULTED ANOTHER PERSON | Y |
| 20 | ARE YOU A VETERAN OF THE ARMED FORCES | N |
| 21 | HAVE YOU PROVIDED US WITH ALL THE INFORMATION THAT YOU WANT US TO BE AWARE OF WHILE YOU ARE HERE | Y |
| 22 | HAVE YOU UNDERSTOOD ALL OF THE QUESTIONS ASKED OF YOU | Y |
| 23 | DOES THE BOOKING OFFICER FEEL THAT THE ARRESTEE IS CAPABLE OF UNDERSTANDING ALL THE QUESTIONS ASKED | Y |
| 24 | DOES THE PERSON HAVE ANY COMMUNICATON BARRIES | N |
| 25 | DOES THE PERSON HAVE ANY INSTITUTIONAL HISTORY OF ALERTS | N |
| 26 | DOES THE BOOKING OFFICER FEEL THAT THE ARRESTEE SHOULD BE REFERRED TO A SUPERVISOR FOR REVIEW | N |

## Inmate Information

**Name:** ORLANDO, JOHN  
**DOC#:** 69335  **Booking#:** 2016-03627  
**Social Security#:** ▮▮▮▮▮  **INS#:**

**Sex:** M  **Race:** W  **DOB:** ▮▮▮▮  
**SID#:** 23706253  **FBI#:** 206326253

| | | |
|---|---|---|
| 27 | IS THERE ANY INDICATION THAT THE PERSON MAY ENGAGE IN SELF HARMING BEHAVIOR | N |
| 28 | ANY INDICATIORS THAT COULD PLACE PERSON AT RISK OF BEING SEXUALLY ASSAULTED DURING THEIR STAY | N |

By my signature, I agree that the above is true to the best of my knowledge.

_____  
**Officer Signature**

_____  
**Medical Personnel Signature**

_____  
**Intake Staff**

AC-0029