# EXHIBIT O

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

- - - - -

JEAN LAWNICZAK,                )
Personal Representative        )
of the ESTATE OF JOHN          )
ORLANDO, Deceased,             )  Civil Action
                               )  No. 2:17-cv-00185
            Plaintiff,         )
                               )
        vs.                    )
                               )
ALLEGHENY COUNTY, et al.       )
                               )
            Defendants.        )

- - - - -

DEPOSITION OF SIMON WAINWRIGHT,

- - - - -

Friday
January 26, 2018

- - - - -

*ELECTRONIC DISTRIBUTION, FORWARDING OR REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED WITHOUT AUTHORIZATION FROM THE CERTIFYING AGENCY.*

- - - - -

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

**Page 2**

DEPOSITION OF SIMON WAINWRIGHT,
a witness herein, called by the Plaintiff for examination, taken pursuant to the Federal Rules of Civil Procedure, by and before Diane G. Galvin, a Certified Professional Reporter and Notary Public in and for the Commonwealth of Pennsylvania, at the Allegheny County Law Department, 445 Fort Pitt Boulevard, Suite 300, Pittsburgh, Pennsylvania, on Friday, January 26, 2018, at 11:12 a.m.

- - - - -

COUNSEL PRESENT:

For the Plaintiff:

    Law Offices of Joel Sansone
    *by: MASSIMO A. TERZIGNI, ESQUIRE*
    Three Gateway Center, Suite 1700
    Pittsburgh, Pennsylvania 15222
    (412) 281-9194
    Terzignim@gmail.com

For the Defendants:

    Allegheny County Law Department
    *by: JOHN A. BACHARACH, ESQUIRE*
    300 Fort Pitt Commons Building
    445 Fort Pitt Boulevard
    Pittsburgh, Pennsylvania 15219
    (412) 350-1150
    John.bacharach@alleghenycounty.us

- - - - -

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

**Page 3**

I N D E X

- - - -

W I T N E S S:   SIMON WAINWRIGHT

E X A M I N A T I O N:                    PAGE

BY MR. TERZIGNI:                            4
BY MR. BACHARACH:                        100
BY MR. TERZIGNI:                         110


E X H I B I T S:                         PAGE

WAINWRIGHT EXHIBIT NO. 1                   45
WAINWRIGHT EXHIBIT NO. 2                   50
WAINWRIGHT EXHIBIT NO. 3                   53
WAINWRIGHT EXHIBIT NO. 4                   55
WAINWRIGHT EXHIBIT NO. 5                   61
WAINWRIGHT EXHIBIT NO. 6                   74
WAINWRIGHT EXHIBIT NO. 7                   80
WAINWRIGHT EXHIBIT NO. 8                   84
WAINWRIGHT EXHIBIT NO. 9                   86

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

**Page 4**

P R O C E E D I N G S

SIMON WAINWRIGHT,
a witness herein, having been first duly sworn, was examined and testified as follows:

E X A M I N A T I O N

BY MR. TERZIGNI:

Q.   Mr. Wainwright?

A.   **Yes.**

Q.   Are you still the deputy warden of the Allegheny County Jail?

A.   **Yes.**

Q.   How long have you been employed by the Allegheny County Jail?

A.   **Four years and some months.**

Q.   And I'm just going to call it the ACJ because that's easier.

A.   **That's fine.**

Q.   Is that okay?

A.   **That's fine.**

Q.   Did you hold any other positions at the ACJ?

A.   **I was a captain and a major.**

Q.   When were you a captain?

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

**7**

S. Wainwright - by Mr. Terzigni

2    A.    Around the end of 2013.  And I
3 became major, I guess, around April of 2015.
4 I'm not dead sure of the dates.  And then --
5 no, I was -- I became deputy in 2015.  So I
6 must have been captain from the end of 2013
7 to -- through about the spring of 2014.
8    Q.    I should have asked you this first:
9 Have you ever been deposed before?
10    A.    Yes.
11    Q.    I knew the answer to that question.
12         Did you review anything in
13 preparation of this deposition?
14    A.    Yes.
15    Q.    What did you review?
16    A.    I reviewed -- after each successful
17 suicide or suicide attempt, we have what we
18 call a SPIT meeting, which is the suicide
19 prevention intervention meeting so that we look
20 at everything and see if we need to do things
21 differently.  So I reviewed the documents that
22 were in the SPIT meeting.
23         And I also reviewed Mr. Orlando's
24 initial -- when he came into the jail, there
25 was a use of force.  I reviewed that.

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

**7**

S. Wainwright - by Mr. Terzigni

1 know exactly when.
2
3    Q.    And who is involved in this meeting?
4    A.    A lot of people.  I can't recall all
5 of the names of the people, but the warden,
6 myself, all of the deputies would have been
7 involved, and the medical staff.  Typically,
8 it's all the people who were, at the time of
9 the suicide, present.  So it would have been
10 Sergeant Cass.  I'm not sure if Officer DiPaul
11 was there because the suicide had affected him
12 emotionally.  He didn't take it very well.  So,
13 but I know Sergeant Cass would have been there,
14 myself, all of the deputies and the warden and
15 the medical staff.  All the medical staff who
16 attended to Mr. Orlando would have been -- they
17 would have been present.
18    Q.    At this meeting, are there notes
19 taken?
20    A.    Yes.
21    Q.    Do you know who took notes?
22    A.    I believe Ms. Gillespie,
23 Nora Gillespie, would have -- usually she takes
24 the notes.  Sometimes I take them.
25    Q.    But for this meeting --

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

**6**

S. Wainwright - by Mr. Terzigni

2    Q.    Do you know when that was, that you
3 reviewed all of these documents?
4    A.    Oh, it was just last week.
5    Q.    And I'm sorry, you referred to a,
6 was it a SPIT meeting?
7    A.    Yes.  The acronym is SPIT.
8    Q.    S-P-I-T?
9    A.    Yes.
10    Q.    When was that meeting held?  Was
11 that last week?
12    A.    No.
13    Q.    No, that was after the suicide.
14    A.    Yeah.  I can't tell you the date
15 when that meeting was held.  It was quite some
16 time ago.
17    Q.    Okay, the --
18    A.    I think -- yeah, I think that the
19 suicide was in 2016, and it would have been no
20 more than a month after, after it.
21    Q.    So the suicide was in March of 2016?
22    A.    Right.
23    Q.    So the meeting would have been
24 sometime April, beginning of May of '16?
25    A.    Right, right, but I can't -- I don't

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

**8**

S. Wainwright - by Mr. Terzigni

1    A.    I think it was her.  I don't believe
2 I took the notes.
3
4    Q.    And did you have an agenda at the
5 meeting, any handouts?
6    A.    No.  She may have.  She may have.
7 She usually does.
8         MR. TERZIGNI:  John, have you
9 seen the notes from that meeting?
10         MR. BACHARACH:  I haven't seen
11 anything from that meeting that I would
12 identify as notes.  I'll have to check to see
13 if Nora Gillespie has anything, but I don't
14 believe I have them right now.
15 BY MR. TERZIGNI:
16    A.    There probably aren't any notes in
17 the -- in this -- like that would be, because
18 we would use a flip chart and dry erase or
19 permanent marker.  And so the notes would be
20 preserved.
21    Q.    Okay.  And she would --
22    A.    Now, she may have the takeaway.  She
23 may have memorialized the takeaway.
24         MR. BACHARACH:  I'll ask.
25 She's still there.  I'll ask Nora Gillespie if

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

S. Wainwright - by Mr. Terzigni

1 she has anything.
2
3      MR. TERZIGNI: Okay.
4      MR. BACHARACH: And if she
5 does, I'll produce it.
6      MR. TERZIGNI: Okay. Great.
7 BY MR. TERZIGNI:
8      Q.    And at that meeting, were there any
9 conclusions drawn?
10     **A.    I can't recall.**
11     Q.    Do you recall if anything was
12 identified as improper throughout Mr. Orlando's
13 incarceration?
14     MR. BACHARACH: Object to the
15 form, but you can answer.
16 BY MR. TERZIGNI:
17     **A.    No, there weren't.**
18     Q.    Nothing improper about his placement
19 or anything like that?
20     **A.    Well, I don't determine placement.**
21     **That's determined by classification.**
22     Q.    Okay. I'm not asking about you,
23 specifically. I'm asking about at the meeting.
24     **A.    At the meeting.**
25     **No, we did not conclude that, that**

---

S. Wainwright - by Mr. Terzigni

1
2 **there was a problem with his placement.**
3      MR. BACHARACH: Can we go off?
4      MR. TERZIGNI: Yes. No
5 problem.
6      (Discussion off record.)
7 BY MR. TERZIGNI:
8      Q.    How many deputy wardens are there?
9      **A.    Deputy Warden of Operations, there**
10 **were three.**
11     Q.    Okay.
12     **A.    So at that time there were three.**
13     Q.    And when you say "that time," are
14 you talking about March of '16?
15     **A.    Right.**
16     Q.    What are your responsibilities as
17 deputy warden?
18     **A.    I'm the Deputy Warden of Operation.**
19 **I oversee the security operation staff of the**
20 **jail. So essentially my responsibility is to**
21 **see that the jail is operating according to the**
22 **policies and procedures that we have in place.**
23     Q.    Does that include intake procedures?
24     **A.    Well, no. The Deputy Warden of**
25 **Inmate Services would oversee the intake**

---

S. Wainwright - by Mr. Terzigni

1
2 **process.**
3      Q.    And have you only been the Deputy
4 Warden of Operations? Has that been your
5 title?
6      **A.    As a deputy warden, yes.**
7      Q.    Does ACJ have a policy regarding
8 suicide prevention?
9      **A.    Yes.**
10     Q.    And are you familiar with that
11 policy?
12     **A.    Well, it's a pretty big policy, but**
13 **yes. And not only that, we -- it refers mostly**
14 **to the training, looking for signs of suicide,**
15 **et cetera.**
16     Q.    And you mentioned the training. How
17 often does that occur?
18     **A.    Annually.**
19     Q.    So once a year. Is that right, once
20 a year?
21     **A.    Yes.**
22     Q.    And who is a part of this training?
23     **A.    All of the correctional staff and**
24 **the medical staff as well.**
25     Q.    I forget. In March of '16, were you

---

S. Wainwright - by Mr. Terzigni

1
2 using a contracted medical staff?
3      MR. BACHARACH: No.
4      MR. TERZIGNI: No?
5      MR. BACHARACH: Not in March
6 of '16.
7      MR. TERZIGNI: Okay.
8 BY MR. TERZIGNI:
9      **A.    No.**
10     Q.    You were prior to that?
11     **A.    Yes.**
12     Q.    And can you please describe what the
13 training is like under the suicide prevention
14 program? And if it has a specific name, could
15 you tell me that name as well?
16     MR. BACHARACH: Let me --
17 just -- let me correct. When I say, there
18 are -- there is a contract with it's -- there
19 was a contract then with Allegheny Health
20 Network, but that basically provides
21 physicians. But like the nurses, most of the
22 other staff, the staff who will be there on a
23 regular basis are our county employees.
24     MR. TERZIGNI: Now county
25 employees?

13

1    S. Wainwright - by Mr. Terzigni
2         MR. BACHARACH: Right.
3         MR. TERZIGNI: Yeah, okay.
4    BY MR. TERZIGNI:
5    Q.   Do you remember my question?
6    A.   About the training.
7    Q.   Yes.
8    A.   I don't know all of the -- you know,
9    every aspect of it because I don't teach it.
10   But the primary aspect is that officers are to
11   be aware of the signs of suicide. Some of
12   those may be giving away your property to
13   strangers. Of course, making statements,
14   making suicidal statements, and that when
15   officers become concerned, they are to notify a
16   supervisor and medical staff. Mental health
17   staff is notified, and then we follow
18   directions of the mental health staff.
19        Generally, if there are no mental
20   health staff available, we will put a person in
21   suicide prevention clothing, basically a
22   suicide gown, take away everything that a
23   person could possibly use to hurt themselves,
24   place them in a suicide prevention gown and,
25   you know, put them on the mental health unit.
              AMENT & AMENT
         Court Reporting, LLC - Phone 412-793-6152

14

1         S. Wainwright - by Mr. Terzigni
2    They cannot come out of the gown until they
3    have been cleared by mental health.
4         And then also with the training,
5    there are certain areas of the jail, 5-C for
6    males, 5-MD for females, where the security
7    rounds are 15 minutes rather than a half hour,
8    and also -- and the intake pods.
9    Q.   What about the intake pods?
10   A.   The rounds, the security rounds are
11   15 minutes, and that's a part of the -- that's
12   a part of the suicide prevention protocol.
13   Q.   You said you didn't teach the
14   training?
15   A.   Right.
16   Q.   Do you take the classes?
17   A.   Yes.
18   Q.   I know you mentioned a couple of the
19   warning signs that you learn in training. Are
20   there any other ones that you learned that you
21   can recall off the top of your head?
22   A.   No.
23   Q.   What about alcohol or drug addiction
24   or withdrawal from substances?
25   A.   Yes. Those wouldn't be considered
              AMENT & AMENT
         Court Reporting, LLC - Phone 412-793-6152

15

1         S. Wainwright - by Mr. Terzigni
2    signs. You know, like a person saying, I'm
3    going to kill myself, that would be a sign. Or
4    you notice a person is giving away their
5    property, that would be a sign. A drug
6    addiction is a risk factor.
7    Q.   What is the difference between a
8    sign and a risk factor?
9    A.   Well, like for example, a risk
10   factor would be, like you said, a person who is
11   addicted to drugs, and they may be detoxing.
12   So that would be something that you would
13   automatically -- for example, detoxes are --
14   now every one is, you know, housed with another
15   person. But it's just something that you would
16   automatically, I can't say "assume," but it is
17   a risk factor. So you would follow certain
18   protocols because a person has a history of
19   drug addiction. But if you didn't have a
20   history of drug addiction and you said, I'm
21   going kill myself, that would be a sign.
22   Q.   You mentioned somebody detoxing
23   would be housed with someone else, correct?
24   A.   Yes.
25   Q.   Is that for suicide precautions?
              AMENT & AMENT
         Court Reporting, LLC - Phone 412-793-6152

16

1         S. Wainwright - by Mr. Terzigni
2    A.   It's a part of the protocol, yes.
3    Q.   The idea of being that there's
4    somebody else to watch that other inmate or
5    they can watch each other?
6    A.   No, that's not the idea, because you
7    can't -- I can't make another inmate
8    responsible for --
9    Q.   Of course.
10   A.   -- watching another inmate, but it's
11   more of the idea that two human beings are
12   together, and if one starts self-harm, then the
13   other one will let us know. But it's not that
14   they're responsible for watching each other.
15   Q.   Yes, and that's what I mean, that
16   the other -- when I said "watch," I mean if
17   something was happening that that person could --
18   A.   Call for help.
19   Q.   Call for help.
20   A.   Right.
21   Q.   Or maybe even prevent that from
22   happening or, you know, stop the person if
23   they're making an attempt?
24   A.   I'm not --
25   Q.   Could happen, right?
              AMENT & AMENT
         Court Reporting, LLC - Phone 412-793-6152

17

S. Wainwright - by Mr. Terzigni

1
2    A.    It could.  The only reason I'm went
3 off like that, I think it -- that would turn
4 into a fight.
5    Q.    Probably.  Probably.
6          You mentioned a couple times that if
7 somebody said I'm going kill myself or I'm
8 going to harm myself, that that's a sign?
9    A.    Yes.
10   Q.    Under the policy, what is the
11 appropriate reaction to an inmate saying I'm
12 going to kill myself or harm myself?
13   A.    They'd be placed in suicide
14 prevention gown.  Now, excuse my voice, but I'm
15 just not doing too good today.
16   Q.    No, that's okay.
17   A.    If the inmate or the person refuses
18 to go into a suicide gown, then they're placed
19 into a restraint chair.
20   Q.    And, I'm sorry, did you call it a
21 suicide gown?
22   A.    Yes.
23   Q.    Can you describe or explain to me
24 what a suicide gown is?
25   A.    Well, we take all of the

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

19

S. Wainwright - by Mr. Terzigni

1
2    A.    Up to eight hours.
3    Q.    And then after eight hours, what
4 happens?
5    A.    You'll come out of the chair.  And
6 if the behavior has not improved, they can be
7 placed back in the chair, but they have to be
8 brought out of the chair to be exercised.  I've
9 rarely, in the four years I've been there, seen
10 anyone stay in the chair for more than eight
11 hours.  Not even eight hours.  Usually it's
12 just a matter of a few hours.
13   Q.    Yeah.  That seems like it would be
14 painful?
15   A.    It's not painful.
16   Q.    Or I mean it would be uncomfortable
17 to be in a chair for eight hours.
18   A.    Well, you're allowed to exercise
19 your extremities, so it's not -- like I said,
20 I've never really seen a person in the chair
21 for eight hours.
22   Q.    Yeah.
23   A.    But it's not a painful experience.
24 It just restricts movement.
25   Q.    Yeah.  It's not a La-Z Boy, though?

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

18

S. Wainwright - by Mr. Terzigni

1
2 individual's clothing from them and we place
3 them in a suicide gown or a smock, which is a
4 very -- it's not very heavy, but it's a very
5 thick, almost quilted-type material that will
6 cover the person so that they're not just
7 naked, but they can't use it to do any
8 self-harm behavior.
9    Q.    Have you ever had at the ACJ, to the
10 best of your knowledge, anybody commit suicide
11 who was wearing one of these suicide gowns?
12   A.    Not to my knowledge, no.
13   Q.    And what is it about the gown that
14 prevents the inmate from maybe taking it off
15 and wrapping it around their necks?
16   A.    They may be able to take it off, but
17 there's no way that they could tear it and --
18 and it's not flexible like most cloth, so you
19 can't turn it into a rope.  It's pretty thick
20 and sewn together, almost like quilts.  So it's
21 not readily -- you can't readily tear it apart
22 and use it.
23   Q.    So if an inmate is instead placed in
24 a restraint chair, is there a certain time
25 limit that they can be held in the chair?

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

20

S. Wainwright - by Mr. Terzigni

1
2    A.    Right.  Yeah, it restricts movement.
3    Q.    Okay.  So if an inmate -- and I'm
4 just trying to find out more about the
5 policy -- if an inmate said, "I want to kill
6 myself," and then is placed in a restraint
7 chair, for whatever reason, they could not get
8 the gown on; and that inmate is in the
9 restraint chair for an hour, two hours, but is
10 calm enough to be removed from the chair, what
11 then happens with that inmate?  Is that --
12   A.    No, if a person goes into a
13 restraint chair for bad behavior, then when
14 they calm down, you can bring them out.  But if
15 a person is in the restraint chair as a suicide
16 prevention protocol, they cannot come out of
17 that chair until they've been cleared by mental
18 health.
19   Q.    Okay.  Are you familiar with this
20 specific incident that happened with
21 Mr. Orlando?
22   A.    Yes.
23   Q.    And we're getting pretty close to
24 the scenario that happened to him when he
25 arrived at ACJ, meaning he said that when he

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

21

S. Wainwright - by Mr. Terzigni

1 arrived at the jail, he made some comments
2 about harming himself, or killing himself, and
3 sometime after that he was placed in a
4 restraint chair. Is that your understanding of
5 what happened?
6 **A. Yes.**
7 Q. He was also acting in what was
8 described in some of the documents in a
9 manic/psychotic-type of way. Is that your
10 understanding as well?
11 **A. He was being belligerent and hostile**
12 **and resisting.**
13 Q. So was he being placed in the chair
14 for bad behavior or as a suicide precaution?
15 **A. My understanding was as a suicide**
16 **precaution.**
17 Q. So after he was removed from the
18 chair, was he still on suicide precaution?
19 **A. I don't know.**
20 Q. Should he have been?
21 **A. If he was removed from the chair, he**
22 **shouldn't have been.**
23 Q. He shouldn't have been placed on
24 suicide precaution?

23

S. Wainwright - by Mr. Terzigni

1 **A. Afterwards, yeah, looking at the**
2 **documents that he was detoxing, yes.**
3 Q. Okay.
4 **A. But when a person first arrives in**
5 **the jail, I don't know if they're detoxing or**
6 **if they just have a nasty disposition.**
7 Q. And somebody like Mr. Orlando --
8 I'll just say Mr. Orlando, he made comments in
9 the intake that he was taking drugs.
10 **A. Yes.**
11 Q. So he alerted the officers or
12 whoever was on the scene that he was under the
13 influence of or taking prescription as well as
14 illegal substances?
15 **A. Yes.**
16 Q. There, when he made that statement,
17 is that a risk factor for suicide?
18 **A. Detoxing is, yes.**
19 Q. What about the statement that
20 Mr. Orlando made that he was under the
21 influence or taking drugs? Is that a risk
22 factor for suicide?
23 **A. That, I don't think so. I think the**
24 **risk factor is detoxing.**

22

S. Wainwright - by Mr. Terzigni

1 **A. No, he shouldn't have still been on**
2 **suicide precaution.**
3 Q. So once you're removed from the
4 chair, you're not on suicide precaution
5 anymore?
6 **A. Well, that's what I was saying. If**
7 **you are in a chair for suicide prevention --**
8 Q. Yeah.
9 **A. -- you can't come out of it until**
10 **you've been cleared by mental health.**
11 Q. And what does it mean to be cleared
12 by mental health?
13 **A. A mental health specialist would**
14 **have to see the person, and there's protocols**
15 **that they follow. I'm not very sure of what**
16 **all of their protocols are, but it's somewhat**
17 **of an evaluation, a mental health evaluation.**
18 Q. And for a situation like
19 Mr. Orlando's when he arrives at the ACJ, he
20 either under the influence or withdrawing from
21 a number of drugs; is that fair to say?
22 **A. It's not fair for me to say, no. I**
23 **don't know.**
24 Q. Is that your understanding?

24

S. Wainwright - by Mr. Terzigni

1 Q. Okay. And somebody who is currently
2 under the influence of drugs is eventually
3 going to detox if they are kept away from those
4 drugs, correct?
5 **A. I'm not sure. It would take a**
6 **professional to make that statement, because**
7 **some people use drugs recreationally and they**
8 **may not need to detox, and then others may need**
9 **to. But that, to me, I think would take a**
10 **medical assessment.**
11 Q. In your training, under this suicide
12 prevention program, if a statement is made like
13 that, does that alert you to a suicide risk?
14 MR. BACHARACH: I'm going to
15 just object, only in the sense that -- I mean,
16 obviously there's a suicide policy and the
17 suicide training, and there's some documents
18 associated with that. And I don't have any
19 problem with what he's saying, but those things
20 obviously speak for themselves, and he is
21 explaining his understanding.
22 Q. Yes, and I --
23 **A. I think I already answered that. I**
24 **think that it would take a medical assessment**

25

S. Wainwright - by Mr. Terzigni

1    to let me know if a person is detoxing.
2    **Q.**    So under the training, does it teach
3    you that you're not qualified to answer that
4    question, whether that is a suicide risk?
5    **A.    That wouldn't be a part of the**
6    **training, no.**
7    **Q.**    Well, somebody --
8    **A.    I mean, part of my training as a**
9    **correctional professional is to defer to**
10   **medical professionals to make medical**
11   **assessments or determinations, evaluations. So**
12   **my training would be to alert a medical staff**
13   **that I think this person needs to be evaluated**
14   **or assessed, or this is what the person said.**
15   **But I wouldn't make determinations based on**
16   **that.**
17   **Q.**    Okay.  Was there an investigation
18   done into Mr. Orlando's suicide?
19   **A.    Sure.**
20   **Q.**    And who conducted that
21   investigation?
22   **A.    That would have been done by**
23   **Internal Affairs.**
24   **Q.**    And do you know what the findings of

27

S. Wainwright - by Mr. Terzigni

1    **Q.**    You weren't interviewed?
2    **A.    No.**
3    **Q.**    Did you work on March 24th through
4    the 29th?
5    **A.    I believe I did.**
6    **Q.**    When did you become aware of
7    Mr. Orlando?
8    **A.    I'm not certain.  I think -- I think**
9    **there was a code called, and I would have heard**
10   **the code called over the radio for a medical**
11   **emergency.**
12   **Q.**    And was that on the 29th, the date
13   he hung himself?
14   **A.    I believe it was, yes.**
15   **Q.**    I forget if I asked you this
16   question.  After Mr. Orlando was removed from
17   the restraint chair on the date he got there,
18   March 24th, was he placed on suicide
19   precaution?
20   **A.    I'm not -- I'm not sure.  Any answer**
21   **I would give would be speculation.**
22   **Q.**    Do you recall if he saw a mental
23   health nurse the date of his intake, March
24   24th?

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

26

S. Wainwright - by Mr. Terzigni

1    the Internal Affairs investigation was?
2    **A.    I'm not comfortable -- I was briefed**
3    **on it, but I don't remember the details of it.**
4    **Q.**    Do you remember the finding?
5    **A.    I'm not sure of what you're asking.**
6    **Q.**    Well, the investigation, the purpose
7    of it was to, I imagine, find out if there was
8    any wrongdoing, correct?
9    **A.    I think so.**
10   **Q.**    And do you recall what their
11   findings were?
12   **A.    No staff was culpable for it, no.**
13   **That would have been just a part of what**
14   **they're looking at.  They want to determine**
15   **that it was a suicide.**
16   **Q.**    Do you know if it was determined as
17   a suicide?
18   **A.    Yes.**
19   **MR. BACHARACH:**  Can we go off
20   one second?
21   (Discussion off record.)
22   BY MR. TERZIGNI:
23   **Q.**    Were you part of the investigation?
24   **A.    No.**

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

28

S. Wainwright - by Mr. Terzigni

1    **A.    He would have.  All of the inmates**
2    **coming into the jail are -- have a mental**
3    **health evaluation.**
4    **Q.**    And is that one specific person or
5    is it multiple people?
6    **A.    No.  Yeah, it's not anybody in**
7    **particular.  It's the mental health specialist**
8    **who is on duty at the time.**
9    **Q.**    Do you recall the mental health
10   specialist that was on duty?
11   **A.    No, I don't.**
12   **Q.**    And you said that mental health
13   specialist sees every inmate that comes in?
14   **A.    Well, no.  I didn't say that mental**
15   **health specialist does.  Every inmate that**
16   **comes in is seen by a mental health specialist,**
17   **but it's not necessarily the same person, but**
18   **someone who has the credentials.**
19   **Q.**    Do you recall if -- I think you
20   answered he would have -- do you recall if he
21   actually did see a mental health specialist?
22   **A.    I can't answer that.  I don't know.**
23   **Q.**    But he should have?
24   **A.    Absolutely.**

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

29

S. Wainwright - by Mr. Terzigni

1  Q.   And a statement like "I'm going to
2  kill myself," you said that triggers somebody
3  else -- him seeing somebody else. I forgot who
4  that person was. Was it a mental health nurse
5  or was it that same mental health specialist?
6  A.   **Making that statement, you're going**
7  **to -- anyone, whether you make a suicidal**
8  **ideation or not, you're going to see a mental**
9  **health specialist.**
10  **If you make a statement like that,**
11  **then we're going to go into suicide prevention**
12  **protocols, which means you have to take off**
13  **your clothes, go into a suicide gown, or if you**
14  **refuse to do that, you go into a restraint**
15  **chair.**
16  **So the reason for that is that the**
17  **mental health specialist may not be available**
18  **right away, but you won't come out of that**
19  **protocol until you've been cleared.**
20  Q.   And that has to be done by the
21  mental health specialist, right?
22  A.   **Specialist, right.**
23  Q.   Do you recall if Mr. Orlando was
24  cleared by a mental health specialist?

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

30

S. Wainwright - by Mr. Terzigni

1  A.   **I can't answer that. I don't know.**
2  Q.   Was Mr. Orlando on suicide
3  precautions at the time of his -- at the time
4  of the hanging?
5  A.   **No.**
6  Q.   I forgot to ask you. What did you
7  do before you worked for ACJ?
8  A.   **I've been in corrections for the**
9  **last 34 years. So before coming to ACJ, I**
10  **worked in the DC Department of Corrections as a**
11  **warden. And prior to that I was in the**
12  **Maryland Department of Public Safety**
13  **Correctional Services.**
14  Q.   What is the ACJ Oversight Board?
15  A.   **That is a collaborative with the**
16  **courts and the community, and we meet once a**
17  **month.**
18  Q.   You said "we." Are you involved in
19  those meetings?
20  A.   **Yes, the jail administration. A**
21  **judge is usually the president of the board,**
22  **the county council has representation there,**
23  **the executive's office and then there are**
24  **community advocates as well.**

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

31

S. Wainwright - by Mr. Terzigni

1  Q.   Would that board investigate an
2  incident like this, Mr. Orlando's?
3  A.   **I don't believe so.**
4  Q.   Do you recall if the board did
5  investigate the incident?
6  A.   **If they did, I don't have any**
7  **knowledge of it. Internal Affairs would**
8  **investigate it.**
9  Q.   Did Mr. Orlando's death come up at
10  an oversight board meeting?
11  A.   **It probably did, but I don't know**
12  **the details of it.**
13  Q.   Are there minutes kept at these
14  meetings?
15  A.   **Yes.**
16  Q.   Do you know where they're kept?
17  A.   **No.**
18  MR. BACHARACH: They're -- I
19  can tell you. They're online. They're
20  available online at the Allegheny County
21  Controller's website.
22  MR. TERZIGNI: Before I
23  forget, John, is there an Internal
24  Investigations report?

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

32

S. Wainwright - by Mr. Terzigni

1  MR. BACHARACH: That's --
2  yeah, I provided it. There's -- there is, and
3  I provided it. I don't know what I called it,
4  but it's there.
5  MR. TERZIGNI: Was it with the
6  documents that you provided with the Bates
7  stamp?
8  MR. BACHARACH: Yeah.
9  MR. TERZIGNI: Okay.
10  MR. BACHARACH: Yep.
11  MR. TERZIGNI: I'm not sure --
12  there's a report and a finding.
13  MR. BACHARACH: There's a
14  report. There's not a -- I don't know what
15  you -- I'm not really sure what --
16  MR. TERZIGNI: Because I went
17  through the documents and I don't recall seeing
18  it.
19  MR. BACHARACH: Well, it's --
20  it's there. It's actually conducted by the
21  Allegheny County Police.
22  MR. WAINWRIGHT: Police,
23  because that's what the Internal Affairs --
24  MR. BACHARACH: Internal

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

33

S. Wainwright - by Mr. Terzigni
1
2  Affairs is handled --
3          MR. WAINWRIGHT: -- at the
4  jail is Allegheny County.  It's a police
5  sergeant and the police detective.
6          MR. BACHARACH:  It's there.
7  It's definitely there.
8          MR. TERZIGNI:  We can keep
9  going.
10  BY MR. TERZIGNI:
11      Q.  Do you recall Mr. Orlando being
12  discussed at one of these board meetings?
13      A.  Yes.
14      Q.  Do you recall what was discussed?
15      A.  No.
16      Q.  What is your role at these meetings?
17      A.  A part of the jail administration.
18      Q.  What is the MH Database?
19      A.  I'm not sure.
20      Q.  I saw it on a report.  Could it be
21  mental health database?  Is that a thing?
22      A.  I -- it's not a database that I
23  would use.
24      Q.  What does CIPS mean?
25      A.  I don't know.
AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

35

S. Wainwright - by Mr. Terzigni
1
2  it for everyone.  Some of the services are
3  rendered in the jail.
4      Q.  And is some of the housing like in a
5  psych ward at one of the hospitals?
6      A.  I -- I don't know.  I was under the
7  impression that they provide housing in the
8  community.
9      Q.  What does it mean to be
10  "double-celled"?
11      A.  Two people in a cell.
12      Q.  What does it mean for an inmate to
13  be segregated?
14      A.  Segregated from general population,
15  usually for disciplinary reasons.  But
16  sometimes like, for example, a suicidal inmate
17  would be segregated.  So it basically means not
18  in the general population.
19      Q.  Can an inmate be segregated but also
20  double-celled?
21      A.  Yes.  A protective custody inmate is
22  segregated from the general population, but
23  they can be double-celled.
24      Q.  What is an observation bed?
25      A.  That would be a cell where the
AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

34

S. Wainwright - by Mr. Terzigni
1
2      Q.  Prior to Mr. Orlando, when was the
3  last suicide at Allegheny County Jail, if you
4  know?
5      A.  I don't.  I know there was a period
6  of time when there were a few, but I don't
7  remember the dates.
8      Q.  What is Justice Related Services?
9      A.  That is an external agency that
10  provides services, I think through the courts,
11  with people who have mental health issues.
12      Q.  And if somebody is given the
13  recommendation to use Justice Related
14  Services -- is its acronym JRS?
15      A.  Yes.
16      Q.  If somebody is given that
17  recommendation, how long does it take them,
18  that person, to get transferred out of the
19  jail?
20      A.  Well, just because you're receiving
21  JRS doesn't necessarily mean you're going to be
22  transferred out of the jail.  There are so many
23  different variables, but JRS does provide
24  housing for people who have mental health
25  issues, but it's not everyone.  They don't do
AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

36

S. Wainwright - by Mr. Terzigni
1
2  inmate is watched, not constantly.  You
3  don't -- there's nobody there watching him
4  24/7, but on the mental health unit, it's a
5  cell which is mostly glass.  And on the mental
6  health unit the rounds are 15 minutes as
7  opposed to a half hour.  So every 15 minutes an
8  officer or someone is supposed to go to the
9  cell.  But you can also see what's going on in
10  the cell from across the unit.
11      Q.  How many observation beds are at
12  ACJ?
13      A.  I just was reading that yesterday.
14  I think there are three.
15      Q.  Is every inmate in the mental health
16  unit given a suicide gown?
17      A.  No.
18      Q.  Do you recall if Mr. Orlando was
19  placed in an observation bed?
20      A.  I don't.
21      Q.  I'm not sure if I asked you this.
22  Was Mr. Orlando given a suicide gown?
23      A.  I don't believe so, but I -- I'm not
24  certain, but I don't think he was.
25      Q.  What are safety blankets and safety
AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

37

S. Wainwright - by Mr. Terzigni

1  mattresses?
2
3     A.    They're made out of the same
4  material as the suicide gown.
5     Q.    And do certain cells have safety
6  blankets and safety mattresses?
7     A.    The blanket and the mattress are
8  essentially the same thing.  They would
9  basically be on the mental health unit.
10    Q.    In every cell in the mental health
11 unit?
12    A.    No, only as it pertains to suicidal
13 inmates.
14    Q.    Was Mr. Orlando placed in the mental
15 health unit?
16    A.    I am not sure.  I'm not certain.
17 The unit that he was on, 5-F, is a mental
18 health unit, but it's not an acute mental
19 health unit.
20    Q.    What is Unit 5-F?  What type of unit
21 is that?
22    A.    It's a mental health unit.  It's a
23 step-down from acute mental health.
24    Q.    Prior to being in 5-W, was
25 Mr. Orlando in an acute mental health unit?

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

39

S. Wainwright - by Mr. Terzigni

1     just reviewed the -- I did not officially
2
3  review the packet.  We call it a packet, the
4  use of force.  But when a use of force or a
5  major incident occurs, it's sent out
6  electronically.  So the next day when I came in
7  I review -- I reviewed it electronically.
8            It has to go through a review
9  process, through the major, before the actual
10 packet comes to me.  So it may have been a
11 couple of days before I actually had the packet
12 and the surveillance tape.
13    Q.    When you reviewed the packet, did
14 you become aware that Mr. Orlando said he was
15 going to kill himself?
16           MR. BACHARACH:  I'm going to
17 object to the form.  I object to the form in
18 the sense that I don't think he made that
19 statement and related it in that packet.
20 BY MR. TERZIGNI:
21    A.    Yeah, it's not in that packet.  So I
22 can't say that I heard him say that.
23    Q.    Did you become aware that he made
24 statements of self-harm?
25    A.    Yes.

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

38

S. Wainwright - by Mr. Terzigni

1     A.    I'm not certain.
2
3     Q.    You're not sure if he stepped down
4  from another unit to 5-F?
5     A.    Right.  I'm not.  I'm not certain of
6  that.  I don't want to say anything that's
7  wrong.
8     Q.    Do you recall if you were working on
9  March 24, 2016, the date that Mr. Orlando came
10 in?
11    A.    I was, but not at the time he came
12 in.
13    Q.    When you got in that day, did you
14 get in after Mr. --
15    A.    After.
16    Q.    Were you made aware of the incident
17 that occurred with Mr. Orlando?
18    A.    Yes.
19    Q.    On that same day?
20    A.    No, the next day.
21    Q.    The 25th?
22    A.    Right.
23    Q.    And what were you told on the 25th,
24 if you remember?
25    A.    Well, I wasn't told anything.  I

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

40

S. Wainwright - by Mr. Terzigni

1     Q.    And did you take any action after
2  becoming aware of those statements?
3
4     A.    No, there's no need to.
5     Q.    And why was there no need to?
6     A.    Because I reviewed the -- I reviewed
7  the packet and they had followed the proper
8  protocols.  He was placed in a restraint chair.
9     Q.    Again, when he was placed in the
10 restraint chair, was he placed on suicide
11 precautions at that time?
12    A.    That's my understanding.
13    Q.    Did it say that in the packet?
14    A.    No.
15    Q.    Then why was that your
16 understanding?
17    A.    Because that was the reason for the
18 placement.
19    Q.    In the chair?
20    A.    Right.
21    Q.    Not because he was -- did you call
22 him "belligerent" earlier?
23    A.    Yeah.  A lot of people come in
24 belligerent.  He was placed in the chair
25 because he had made self-harm statements and

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

41

S. Wainwright - by Mr. Terzigni

1 refused to be placed in the suicide gown.  So
2 the force that was used to put him in the
3 suicide -- in the restraint chair was very
4 minimal, because he wasn't very resistive to
5 that.  He was just being belligerent.  A lot of
6 people come in the jail like that.  Not too
7 many people are happy coming to the jail.
8     But that's not a reason for
9 placement in a restraint chair.  You either
10 have to be actively violently resisting, or you
11 have to be -- to prevent from self-harm.  So
12 people come in the jail cussing us out all the
13 time.  That's not a reason to place them in a
14 chair.
15 Q.    Was Mr. Orlando actively violently
16 resisting?
17 A.    No.
18 Q.    Were you working on March 26, 2016?
19 A.    I believe I was.
20 Q.    Do you recall another incident with
21 Mr. Orlando on that date?
22 A.    No.
23 Q.    And then the date that Mr. Orlando
24 hanged himself, March 29, 2016, were you

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

42

S. Wainwright - by Mr. Terzigni

1 working on that date?
2 A.    Yes.
3 Q.    And I believe you testified earlier
4 that you heard the call?
5 A.    Yes.
6 Q.    I believe you testified earlier that
7 Mr. Orlando did not have a suicide gown,
8 correct?
9 A.    No.  No, as a matter of -- no, he
10 didn't.
11 Q.    We made an allegation -- first of
12 all, did you contact Ms. Lawniczak, Jean
13 Lawnickzak, after the March 29th incident?
14 A.    I don't know that name.
15 Q.    That is Mr. Orlando's mother.
16 A.    I don't recall contacting her.
17 Q.    Do you recall ever talking to
18 Ms. Lawniczak on the phone?
19 A.    I don't.
20 Q.    When an incident like this happens,
21 an inmate suicide or an inmate death, do you
22 contact the next of kin?
23 A.    No.  We do, but not me personally.
24 That would be the Chaplain's Office.

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

43

S. Wainwright - Mr. Terzigni

1 Q.    You don't usually contact --
2 A.    No.
3 Q.    -- the parents?
4 A.    No.
5 Q.    We made an allegation in the
6 Complaint that you did talk to Ms. Lawniczak.
7 A.    I don't recall that at all.
8 Q.    Are you saying you don't recall that
9 or it didn't happen?
10 A.    I would say it didn't happen, but
11 I'm saying I don't recall.
12 Q.    We make an allegation that you
13 indicated to Ms. Lawniczak that the ACJ didn't
14 possess enough staff members to monitor inmates
15 housed on a floor where Mr. Lawniczak committed
16 suicide?
17     MR. BACHARACH:  Mr. Orlando,
18 you mean?
19     MR. TERZIGNI:  Oh, I'm sorry.
20 BY MR. TERZIGNI:
21 Q.    Mr. Orlando.
22 A.    I would never make a statement like
23 that to anyone, because that unit 5-F is
24 staffed with two correctional officers, and

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

44

S. Wainwright - by Mr. Terzigni

1 most of the other units are staffed with one
2 correctional officer.  So the unit was properly
3 staffed.
4     In fact, I think at the time there
5 were three people on the unit.  So I wouldn't
6 make such a statement.
7 Q.    So you're saying it was properly
8 staffed?
9 A.    Yes, yes.
10 Q.    Have you ever called an inmate's
11 parent?
12 A.    Yes, often.
13 Q.    Often.  For what reason?
14 A.    I am in charge of visits,
15 visitation, and there are some circumstances
16 where a parent -- the visitation policy only
17 allows a person to be on one inmate's visiting
18 list, but sometimes a parent has more than one
19 child in the jail, and they need permission to
20 visit multiple family members.  Sometimes it
21 might be a husband and a child or multiple
22 children.
23     Also, sometimes parents are out of
24 town and they have difficulty registering for

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

45

S. Wainwright - by Mr. Terzigni

1 visits. But that's primarily the reason that I
2 talk to parents sometimes. I return calls.
3     Q.    Do you ever recall talking to a
4 parent after an inmate's death?
5     A.    No.
6     Q.    Earlier you mentioned that there was
7 an Officer DiPaul that was pretty upset about
8 the incident with Mr. Orlando.
9     A.    I think he was, yes. At least
10 that's what I was told.
11     Q.    Do you recall why that was?
12     A.    I was told that he knew Mr. Orlando.
13     Q.    He knew him as a friend?
14     A.    My understanding is that he knew him
15 from his multiple visits to the jail.
16            (Wainwright Exhibit No. 1 was
17 marked for identification.)
18 BY MR. TERZIGNI:
19     Q.    Mr. Wainwright, if you could just
20 take a minute to read that and let me know when
21 you're ready.
22     A.    Okay.
23     Q.    You've just been handed what's been
24 marked as Exhibit 1, which is titled a County

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

---

46

S. Wainwright - by Mr. Terzigni

1 of Allegheny Incident Report. Are you familiar
2 with this report?
3     A.    Well, I am now, but it was a part of
4 the packet.
5     Q.    It was a part of the packet?
6     A.    Yes.
7     Q.    And is that the same packet you
8 reviewed on the 25th of March?
9     A.    Yes.
10     Q.    In this paragraph here under What
11 Happened, can you identify for me any -- what
12 you called risk factors or warning signs of
13 suicide?
14     A.    The fact that the Millvale Police
15 stated that he wanted to hang himself.
16     Q.    Anything else in that paragraph?
17     A.    No.
18     Q.    A warning sign?
19     A.    Well, the -- he seemed to be under
20 the influence, but as stated earlier, that that
21 is not necessarily a risk factor. Detoxing is,
22 but many people come into the jail under the
23 influence.
24     Q.    And along those same lines, he

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

---

47

S. Wainwright - by Mr. Terzigni

1 stated he was on crystal. I think that's
2 supposed to say "meth"?
3     A.    Yeah, I think you're right. It says
4 meth, but I think you're right. It's probably
5 meth.
6     Q.    Is that a warning sign or a risk
7 factor?
8     A.    Not as far as I know.
9     Q.    And then the next sentence, you
10 identified the Millvale Police brought it to my
11 attention that he also stated that he wanted to
12 hang himself.
13     A.    Right.
14            MR. BACHARACH: Well, wait a
15 second. Not to -- not to the deputy warden's
16 attention.
17 BY MR. TERZIGNI:
18     A.    Right, to Officer Bonenberger. But
19 right, it wasn't brought to my attention and --
20     Q.    I'm just reading it from the --
21     A.    Right.
22     Q.    That's what the words say on
23 Exhibit 1.
24     A.    In here (indicating). Exactly.

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

---

48

S. Wainwright - by Mr. Terzigni

1     Q.    Right.
2     A.    And I would point out that it -- the
3 inmate or -- Mr. Orlando did not bring this to
4 the attention of the correctional staff. It
5 was the police, which we would take their
6 statements seriously. But it's not saying that
7 she, Officer Bonenberger, heard the inmate make
8 this statement. It was brought to her
9 attention by the police officer.
10     Q.    And I'm assuming you would take that
11 statement as true coming from the police
12 officers?
13     A.    (Witness nodding head.) Well, I
14 take it true coming from her that the police
15 officer told her that.
16     Q.    Okay. This paragraph says: "All
17 assisting officers placed the N/CT." What does
18 that mean?
19     A.    That's a -- you mean?
20     Q.    It's N/CT.
21     A.    New Court.
22     Q.    "In the chair and his restraints
23 were checked for tightness by the intake nurse.
24 He was then placed in H-9 without further

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

49

S. Wainwright - by Mr. Terzigni

1   incident."
2   **A.   Right.  H-9 is a holding cell.**
3   Q.   Okay.  And I'm not sure I understand
4   what this means.  Was he placed in H-9 while in
5   the chair?
6   **A.   Yes.**
7   Q.   And on the 25th, did you review any
8   video of this incident?
9   **A.   I reviewed video, but I'm not sure**
10  **of the day.  I'm not sure if it was the 25th or**
11  **the 26th.**
12  Q.   CO Marguerite, is it Bonenberger?
13  **A.   "Bonenberger," yes.**
14  Q.   Is she still with the ACJ?
15  **A.   No.**
16  Q.   What happened with her?
17              MR. WAINWRIGHT:  Does that
18  have anything to do with this, because she
19  was -- I think she was terminated.  You know,
20  so that's like a personnel.
21              MR. BACHARACH:  Yeah, well,
22  she was terminated -- if you remember?  Is that
23  what you think?
24              MR. WAINWRIGHT:  Yeah, right.

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

50

S. Wainwright - by Mr. Terzigni

1   BY MR. TERZIGNI:
2   Q.   Do you recall why she was
3   terminated?
4   **A.   Not in connection with this.**
5   Q.   I know she wasn't terminated in
6   connection with this, but do you know why she
7   was terminated?
8   **A.   I believe -- believe for not coming**
9   **to work.  I believe that's it.**
10              MR. BACHARACH:  Could we just
11  put on, Exhibit 1 is Bates AC-0008.
12              (Wainwright Exhibit No. 2 was
13  marked for identification.)
14  BY MR. TERZIGNI:
15  Q.   Mr. Wainwright, just let me know
16  when you're finished going through this
17  document.
18  **A.   Okay.**
19  Q.   You've been handed what's been
20  marked as Exhibit 2.  It's titled County of
21  Allegheny Bureau of Corrections Employee Report
22  of Incident.  It is Bates number AC-0005 and
23  -6.
24              I'm going to ask you the same

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

51

S. Wainwright - by Mr. Terzigni

1   question I asked you with regard to Exhibit 1.
2   In this paragraph here, can you identify for me
3   either a risk factor or warning sign of
4   suicide?
5   **A.   Yeah, where he states he just wanted**
6   **to die, and that Officer Faherty was saying**
7   **that he was making threatening statements of**
8   **killing himself.**
9   Q.   What about his statement, he was
10  going to hurt anybody touching him?  Is that a
11  warning sign of suicidal behavior?
12  **A.   No.**
13  Q.   Is it a risk factor?
14  **A.   For suicide?**
15  Q.   Yes.
16  **A.   I don't think so.  That's aggressive**
17  **behavior, but I couldn't call it suicidal.**
18  Q.   Towards the bottom of the paragraph,
19  it says that intake medical staff -- oh, he was
20  medically cleared.
21  **A.   (Witness nodding head.)**
22  Q.   Do you know what that means?
23  **A.   Yes.  That -- that there weren't any**
24  **medical reasons why we could not incarcerate**

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

52

S. Wainwright - by Mr. Terzigni

1   him.
2   Q.   Okay.  And does that mean physical
3   medical reasons?
4   **A.   Physical, yes.**
5   Q.   It doesn't necessarily --
6   **A.   That's not the mental health.**
7   Q.   In the middle of that paragraph, a
8   compliance team is mentioned.
9   **A.   Uh-huh.**
10  Q.   What is a compliance team?
11  **A.   It's a team of officers that would**
12  **use force, if necessary, to bring an inmate**
13  **into compliance.**
14  Q.   So the compliance means bringing an
15  inmate into compliance?
16  **A.   (Witness nodding head.)**
17  Q.   "Yes" is the answer?
18  **A.   Yes.**
19  Q.   And towards it -- I'm sorry I'm
20  jumping all around here, but the type of
21  incident, "unplanned use of force."  Is there
22  such a thing as a planned use of force?
23  **A.   Yes.**
24  Q.   Can you explain that to me?

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

53

S. Wainwright - by Mr. Terzigni

1  
2     A.     A planned use of force is when an
3  inmate is in a confined area and you have time
4  to plan your approach to it.  Oftentimes that
5  would be a cell extraction.  That's when
6  there's no immediate -- immediate danger of
7  either self-harm or harm to others.
8     Q.     Okay.  The Staff Involved Section,
9  do you see in the middle?
10    A.     Right here (indicating), yes.
11    Q.     Sergeant -- is it Andrew Haburjak?
12    A.     Yes.
13    Q.     Is he the officer in charge?
14    A.     Yes.
15    Q.     Did you review this document on the
16 25th?  Was this part of the packet?
17    A.     Yes.
18           (Wainwright Exhibit No. 3 was
19 marked for identification.)
20 BY MR. TERZIGNI:
21    Q.     Are you ready?
22    A.     Yes.
23    Q.     Mr. Wainwright, you've been handed
24 Exhibit 3, and it's Bates-stamped AC-0001.
25 It's Allegheny County Bureau of Corrections

54

S. Wainwright - by Mr. Terzigni

1  Incident Package Checklist.
2     A.     Yes.
3     Q.     What is this document?
4     A.     This is the cover -- it's not a
5  cover report.  It's a checklist, just what it
6  says it is.  And it's a guide or a tool that
7  can be used by the supervisor to ensure all of
8  the different requirements for the packet are
9  completed, Signed Officers Report, Misconduct
10 Report if necessary, Medical Report, et cetera.
11          So where it says Contents of the
12 Package and then the supervisor's name and
13 initial, that these parts of the packet were
14 completed.
15    Q.     Okay.  And this document, the only
16 two sections that are not checked are
17 Misconduct Report and Chaplain Informed.
18    A.     Right.
19    Q.     Is that unusual?
20    A.     Not for this type of incident.
21 There would be no need to inform the chaplain
22 that an inmate was placed in a restraint chair.
23 And if they did not give him a misconduct, then
24 there's no need to.

55

S. Wainwright - by Mr. Terzigni

1     Q.     And when you say give him a
2  misconduct, do you mean give Mr. Orlando a
3  misconduct?
4     A.     Right.
5     Q.     Can you identify your initials on
6  this document?
7     A.     Yes, STW.
8     Q.     Okay.  And does it have the date
9  3/30/16 underneath them?
10    A.     Yes.
11    Q.     Did you write that date as well?
12    A.     Yes.
13    Q.     And that's when you would have
14 received the package?
15    A.     Yes.
16    Q.     And that was after Mr. Orlando's
17 death?
18    A.     Yes.
19           (Wainwright Exhibit No. 4 was
20 marked for identification.)
21 BY MR. TERZIGNI:
22    A.     I've reviewed it.
23    Q.     This is marked Exhibit 4.  It is a
24 Review Checklist:  Unplanned Use of Force, and

56

S. Wainwright - by Mr. Terzigni

1  the Bates number is AC-0003.
2           Are you familiar with this document?
3     A.     Yes.
4     Q.     And your name is somewhere in the
5  middle of the document with your initials and
6  the date 3/30/16?
7     A.     Yes.
8     Q.     Is that correct?
9     A.     (Witness nodding head.)
10    Q.     What is this document?
11    A.     This is -- this is a part of the use
12 of force packet, the whole packet that's put
13 together.  But this is the part that indicates
14 the review process.  So you see Captain
15 Piendel, Major Beasom, Major Williams,
16 Deputy Wainwright and then the warden.
17    Q.     Okay.  The next section says:  Shift
18 Commander Summation of Review.
19    A.     Yes.  According to the Use of Force
20 Policy, all of these levels of review have to
21 take place.  And the shift commander is
22 required to state whether or not the policy was
23 followed, and then also whether or not there
24 are follow-up recommendations.

57

S. Wainwright - by Mr. Terzigni

1   **Q.**   And in that box it says "Concur,"
2   and I believe those are your initials; is that
3   correct?
4   **A.**   **Right.**
5   **Q.**   What does "concur" mean?
6   **A.**   **I concur with the shift commander's**
7   **conclusion that the policy was followed.**
8   **Q.**   And then underneath that it says:
9   "Yes, staff actions are in accordance with ACJ
10   policies and procedures." That's typed.
11   There's some handwriting. Is that your
12   writing?
13   **A.**   **That's my handwriting.**
14   **Q.**   And you wrote "The force used was
15   minimal and appropriate for level of resistance
16   and statements of self- harm."
17   **A.**   **Right.**
18   **Q.**   And what led you to that
19   determination?
20   **A.**   **Review of the CCTV recording.**
21   **Q.**   I'm sorry, what was that?
22   **A.**   **Review of the CCTV recording.**
23   **Q.**   That's the surveillance video?
24   **A.**   **Oh, no. Right. There was a hand --**

59

S. Wainwright - by Mr. Terzigni

1   **Q.**   Do you feel that way about
2   Mr. Orlando?
3   **A.**   **Not the way that they're treated is**
4   **inadequate, but the way that our staff is**
5   **trained to handle them is inadequate.**
6   **Q.**   And do you feel that they don't have
7   enough opportunities for training?
8   MR. BACHARACH: Object to the
9   form. You can answer.
10   BY MR. TERZIGNI:
11   **A.**   **No, I just would say -- I don't know**
12   **if it has to do with the opportunity for**
13   **training because we do train them. They're**
14   **trained in how to handle, how to put people in**
15   **restraint chair, how to handle resistive**
16   **people, how to use force. So they're properly**
17   **trained for that, but I'm not certain that**
18   **we're properly trained for deescalating mental**
19   **health inmates.**
20   **Q.**   Do you feel like additional training
21   could have helped this situation with
22   Mr. Orlando?
23   MR. BACHARACH: Object to the
24   form. I'm mean --

58

S. Wainwright - by Mr. Terzigni

1   **Q.**   Oh, the handheld?
2   **A.**   **Right.**
3   **Q.**   And the next section below that, it
4   says: "No follow up action is" -- wait, it
5   says "No, follow up action is not recommended
6   or required." And that's typed?
7   **A.**   **Yes.**
8   **Q.**   And then there's handwriting. Is
9   that your handwriting?
10   **A.**   **That's my handwriting.**
11   **Q.**   Okay. And you wrote, "We may need
12   to reevaluate."
13   **A.**   **Yes.**
14   **Q.**   What did that mean?
15   **A.**   **I didn't complete the statement, but**
16   **I've been an advocate for some time that we may**
17   **need to reevaluate the way that we handle**
18   **mental health people.**
19   **Q.**   Meaning that the way that mental
20   health people have been treated has been
21   improper?
22   **A.**   **No.**
23   **Q.**   Inadequate?
24   **A.**   **Maybe, maybe.**

60

S. Wainwright - by Mr. Terzigni

1   BY MR. TERZIGNI:
2   **A.**   **I'm not certain. I'm not certain.**
3   **They did what they were supposed to do. They**
4   **didn't -- they didn't harm him, and they --**
5   **they restrained him with a minimal amount of**
6   **force just like I said. You know, there's**
7   **nobody twisting his arm or, you know, choking**
8   **him out or anything like that, but they did --**
9   **they took control of him and they got him in**
10   **the restraint chair. So he wasn't abused.**
11   **So I don't know -- I think that**
12   **sometimes with that proper mental health**
13   **training you can get a better understanding of**
14   **a person, and you may be able to glean more**
15   **information for them. But I don't think that**
16   **they handled him improperly.**
17   **Q.**   A person like Mr. Orlando who makes
18   these statements and then is placed in a
19   restraint chair and is detoxing from drugs, why
20   wasn't he placed in suicide precaution after
21   the restraint chair?
22   **A.**   **I can't answer that. I don't know**
23   **that he wasn't. But the reason he was put in a**
24   **restraint chair is for making the statements.**

61

S. Wainwright - by Mr. Terzigni

1 **And he was resistive but he wasn't overly**
2 **resistive, so there was no need to fight him.**
3 **But to take a person at that**
4 **level of resistance, you can't get him into the**
5 **suicide gown. So you have to prevent him from**
6 **self-harm actions.**
7     Q.    But once he is removed from the
8 chair, why isn't he given a suicide gown?
9     A.    **I can't answer that. I don't know.**
10     Q.    Based on the training, should he
11 have been?
12     A.    **Yes.**
13         (Wainwright Exhibit No. 5 was
14 marked for identification.)
15 BY MR. TERZIGNI:
16     A.    **Okay.**
17     Q.    And the date of this is March 24,
18 2016, the same date that he was placed -- or
19 that he came into the jail.
20         I'm sorry, this is marked Exhibit 5,
21 Bates number AC-0014. It is an
22 Allegheny County Bureau of Corrections Jail
23 Healthcare Services.
24         Sir, are you familiar with this

62

S. Wainwright - by Mr. Terzigni

1 document?
2     A.    **Yes.**
3     Q.    And what is this document?
4     A.    **Whenever force is used, or if you**
5 **have a medical emergency, medical staff has to**
6 **respond and evaluate the inmate. So that's**
7 **what this would have been, the evaluation of**
8 **the use of force, because a restraint chair is**
9 **considered a use of force.**
10     Q.    And it appears that this form was
11 completed by a Ms. Tricia Cordero?
12     A.    **Or Corvado.**
13     Q.    Corvado?
14     A.    Yeah.
15     Q.    Do you know who that is?
16     A.    **Yeah, she was a nurse at the time.**
17     Q.    What type of nurse?
18     A.    **Medical.**
19     Q.    Just a medical nurse. She's not a
20 mental health nurse?
21     A.    **No.**
22     Q.    So she is just evaluating
23 Mr. Orlando just for physical?
24     A.    **The use of force, right. To**

63

S. Wainwright - by Mr. Terzigni

1 **determine whether or not he was injured.**
2     Q.    Injured during the use of force?
3     A.    **Yes.**
4     Q.    But under Injury she writes -- I
5 believe that is -- is that an abbreviation for
6 inmate?
7     A.    **I'm sorry, IM.**
8     Q.    Yeah.
9     A.    **Yeah, inmate.**
10     Q.    She writes: "Inmate screaming he
11 hopes he dies in here. Inmate shouting that we
12 are all going to die. Inmate has possible
13 seizure history."
14     A.    **(Witness nodding head.)**
15     Q.    She doesn't list any physical
16 injuries?
17     A.    **Right.**
18     Q.    Do you know why she would put that
19 in the Injury Portion?
20     A.    **They often, and they usually do,**
21 **report -- I don't know why in the Injury**
22 **portion, but they often report their contact**
23 **with the inmate, what the inmate is saying.**
24 **And then he is pretty hysterical. He may not**

64

S. Wainwright - by Mr. Terzigni

1 **have been answering questions about whether or**
2 **not he was hurt. He may have been screaming**
3 **that he hopes he dies and everybody is going to**
4 **die. That would be consistent with what I saw**
5 **on the CD. But he may have told her that he**
6 **has a history of seizure because she wrote that**
7 **in there.**
8     Q.    Okay. And that CD, that's the video
9 you were talking about?
10     A.    **Yes.**
11     Q.    And on that video you could hear
12 Mr. Orlando screaming "I'm going to die"?
13     A.    **He did say that. He said, "I'm**
14 **going to die in here."**
15     Q.    That statement, is that a warning
16 sign of suicide risk?
17     A.    **I'm not sure if it's a warning sign**
18 **of suicide risk. He didn't say, "I'm going to**
19 **kill myself here." He said, "I'm going to die**
20 **here." I'm not a mental health professional,**
21 **so I can't really evaluate. He seemed like he**
22 **was going through some issues. He may have**
23 **been thinking -- sometimes inmates, when you**
24 **put them in the restraint chair, they've**

65

S. Wainwright - by Mr. Terzigni

1  expressed the thought that we're going to kill
2  them, you know, "Please don't kill me. I don't
3  want to die."
4      Q.    But that statement from Mr. Orlando
5  was consistent with the statement that the
6  arresting officers reported as well as other
7  corrections officers during his intake process,
8  correct?
9      A.    I don't think so.
10     Q.    His statement that -- first to the
11 arresting officers, I'm going to hang myself?
12     A.    Yeah.
13     Q.    And then I believe he made a
14 statement, I'm going to kill myself?
15     A.    Right, but I don't see that
16 consistent with "I'm going to die in here."
17 But that's just my interpretation.
18     Q.    Well, it's a concerning statement?
19     A.    It is a concern, right.
20     Q.    And why is that a concerning
21 statement?
22     A.    Because you don't want anybody to
23 die.
24     Q.    And that's an expression of maybe he

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

66

S. Wainwright - by Mr. Terzigni

1  was going to do that to himself, correct?
2      A.    Maybe. Or it also could be an
3  expression of fear that you're going to do it
4  to me, you're going to kill me.
5      Q.    How did you interpret that
6  statement?
7      A.    The way that I -- my last statement,
8  fear that we were going to kill him.
9      Q.    So you didn't think that was any way
10 related to the earlier statements?
11     A.    I -- I don't know. I didn't --
12 that's not how I interpreted it.
13     Q.    So you interpreted it as something
14 separate?
15     A.    Yes.
16     Q.    That you're going to kill me?
17     A.    Right.
18     Q.    Not I'm going to kill myself?
19     A.    Right.
20     Q.    So that statement to you is not a
21 suicide warning?
22     A.    It's not, but it is a warning of
23 maybe mental health intervention.
24     Q.    And what about the statement he was

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

67

S. Wainwright - by Mr. Terzigni

1  shouting that we're all going to die, how would
2  you classify that statement?
3      A.    Like I said, in need of mental
4  health intervention. I mean, it's a true
5  statement, but at that particular time, I think
6  it comes out of his psychosis.
7      Q.    And then in the section below that,
8  this nurse writes: "Mental health issues.
9  States he is on Klonopin, Xanax, Fentanyl
10 patch." Is that any way a warning sign or risk
11 factor?
12     A.    For me it would be, because it
13 indicates detoxing.
14     Q.    And what portion, specifically?
15     A.    The fentanyl patch. But, I mean, I
16 don't know if it -- if he was detoxing or not,
17 but I would think that if you have patch on,
18 you may be.
19     Q.    Okay.
20     A.    But if he had the patch on, it was
21 already on him when he got to the jail.
22     Q.    The next section, I don't really
23 understand what that means. Could you explain
24 the bottom two sections to me?

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

68

S. Wainwright - by Mr. Terzigni

1      A.    She checked the straps on the
2  restraint chair.
3      Q.    No, I'm sorry, the sections below
4  that: "Inmate is cleared for segregation," and
5  the one below that, "Inmate is not cleared for
6  segregation."
7      A.    Well, it was two different.
8      Q.    Yeah, I know.
9      A.    Right.
10     Q.    Yeah, could you --
11     A.    So one of them is going to be blank.
12 If he's not cleared for segregation, then there
13 won't be a signature on the cleared for
14 segregation.
15         If he is cleared for the
16 segregation, then the bottom one, not cleared,
17 won't be signed.
18         But before we can place an inmate in
19 segregation, they have to be evaluated and
20 cleared for such.
21     Q.    So was he cleared for segregation?
22     A.    Yes.
23     Q.    Okay.
24     A.    Yes. He wasn't placed in

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

S. Wainwright - by Mr. Terzigni

1  segregation, though.
2
3      Q.   And why is segregation beneficial --
4  or used?  Why is segregation used?
5      A.   For disciplinary reasons and for
6  protection.  Some people need protection from
7  the part of the population, and for mental
8  health reasons.
9      Q.   And he was cleared for segregation
10  for mental health reasons; is that accurate?
11     A.   That's not what it says, though.
12  But, I mean, he's cleared for segregation.
13     Q.   So you're not sure why he's cleared
14  for segregation?
15     A.   Not certain, no.  My assumption
16  would be because of his behavior, he may have
17  or may not have received a misconduct, and the
18  misconduct would lead to disciplinary
19  segregation.
20     Q.   Did he receive a misconduct?
21     A.   He did not.
22     Q.   So that couldn't have been the
23  reason?
24     A.   It could have been the reason for
25  clearing him, because that is real time.  This

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

S. Wainwright - by Mr. Terzigni

1
2      Q.   Okay.  But she wouldn't have the
3  authority --
4      A.   No.
5      Q.   -- as a nurse to segregate him or
6  clear him for segregation because --
7      A.   No, she does have the authority the
8  clear him.  As a correctional --
9      Q.   Sir, let me finish my question.
10          MR. BACHARACH:  Let him finish.
11  BY MR. TERZIGNI:
12     Q.   She doesn't have the authority to
13  clear him for segregation based on misconduct
14  or his behavior, correct?
15     A.   Yes, she does.
16          MR. BACHARACH:  Tell him why.
17  BY MR. TERZIGNI:
18     Q.   Okay.  Can you explain that to me?
19     A.   We're required before we segregate
20  someone to seek medical advice as to whether or
21  not it would be proper to segregate them.
22          So if a person, for example, his
23  behavior is both mental health and it's also
24  behavioral.  So a person says, "I'm going to
25  kill you."  So that right there is a misconduct

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

S. Wainwright - by Mr. Terzigni

1  is taking place while the incident is
2  occurring.  If the officers made a decision not
3  to give him a misconduct, maybe because they
4  felt as though he's touched and there's no
5  sense in giving him a misconduct.  Or it could
6  be for mental health reasons, but it's not
7  stated.
8
9          But what's going on with this
10  document is this is being done by a medical
11  professional, and she wouldn't have any idea as
12  to whether or not the officers were going to
13  write him a misconduct or if he was going to go
14  to segregation for behavior reasons.  Her
15  interaction with him may have caused her to
16  believe that or not, but I don't know.
17     Q.   Believe what?
18     A.   That his behavior could lead him to
19  segregation.
20     Q.   Behavior for mental health reasons
21  or behavior because it improper?
22     A.   That's what I'm saying.  I can't
23  tell you what was on her mind, but this is
24  happening real time, and it's the -- his
25  behavior was improper.

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

S. Wainwright - by Mr. Terzigni

1  and could lead to his segregation from the
2  population.  But before we can segregate him
3  from the population, we have to take him to
4  medical to determine whether or not segregating
5  him would be harmful to him.
6
7          MR. BACHARACH:  Medically harmful.
8  BY MR. TERZIGNI:
9      A.   Medically harmful, right.
10          So she has the authority -- I don't
11  have the authority to determine that.  I say,
12  okay, he violated a rule.  He's threatening to
13  hurt officers, but before we can segregate him
14  we have to make sure that segregation will not
15  cause harm to him.  Now, he's supposed to be
16  cleared medically and mentally.
17     Q.   But this nurse on Exhibit 5, they
18  filled out this form, would only be able to
19  clear him medically?
20     A.   Medically, right.
21     Q.   Okay.  That was my question.
22     A.   Okay, yeah.
23     Q.   So you said he was supposed to be
24  checked medically and mentally?
25     A.   Right.

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

73

S. Wainwright - by Mr. Terzigni

1
2    Q.    Do you know if he was checked
3    mentally?
4    A.    I don't.
5    Q.    You don't know --
6    A.    Well, I don't -- I don't.  I don't
7    know whether he was or not, because the
8    documents don't show that.  But I do know that
9    he was not placed on segregation or he wasn't
10   placed on disciplinary segregation.
11   Q.    Was he placed on mental health
12   segregation?
13   A.    I think -- I'm not sure, though.  I
14   don't want to answer out of speculation of what
15   I think.  But I do think he went to -- on a
16   mental health unit.  But I'm not sure if he
17   went to the acute mental health unit.
18   Q.    What mental health unit did he go
19   to?
20   A.    He was on Unit 5-F.
21   Q.    When the incident occurred?
22   A.    Right.
23   Q.    And you said that was a step-down
24   mental health unit?
25   A.    Yes, or -- and I don't know all of

74

S. Wainwright - by Mr. Terzigni

1
2    the details, but he could have gone there
3    instead of going to an intake unit because of
4    his mental health condition.
5    Q.    He could have been sent to 5-F
6    because of his mental health condition?
7    A.    Right.
8    Q.    Do you know that?
9    A.    I don't.  That's what I was saying.
10   I don't know for certain.
11   Q.    Here, this document, it looks like
12   this nurse cleared him for segregation?
13   A.    Yes.
14   Q.    That's correct?
15   A.    Yes.
16   Q.    Real quick, going back to Exhibit 3.
17   A.    Okay.
18   Q.    Is Warden Harper's initials on this
19   document?
20   A.    Yes.
21   Q.    Is that the OLH and the date 4/4/16?
22   A.    Yes.
23   Q.    That was my only question.
24   A.    Okay.
25         (Wainwright Exhibit No. 6 was

75

S. Wainwright - by Mr. Terzigni

1
2    marked for identification.)
3    BY MR. TERZIGNI:
4    A.    Okay.
5    Q.    Ready?
6    A.    Yes.
7    Q.    Sir, this has been marked Exhibit 6.
8    It is the same form as Exhibit 3, an Allegheny
9    County Bureau of Corrections Incident Package
10   Checklist, and it's Bates number AC-0016.
11         Sir, can you find your initials on
12   this document?
13   A.    Yes, STW.
14   Q.    And that is referring to an incident
15   on March 26, 2016?
16   A.    Right.
17   Q.    Do you recall that incident?
18   A.    Well, I just read the -- this
19   incident now, and I do recall it.
20   Q.    And that's the next page of the
21   exhibit, Bates number AC-0017?
22   A.    Right.
23   Q.    And that's an Allegheny County
24   Prison Incident Report?
25   A.    Right.  But I hadn't recalled it,

76

S. Wainwright - by Mr. Terzigni

1
2    but by reading the document, I do.
3    Q.    Do you recall when you came in
4    contact with this document?
5    A.    Well, it indicates on the 30th.
6    Q.    Would you have read it beforehand at
7    all?
8    A.    I think so, but I don't recall.  I
9    expressed to you earlier that all of these are
10   sent electronically.  So one of the first
11   things I do when I get in in the morning is I
12   review any incidents that took place the shift
13   prior, the prior-to shifts.
14   Q.    And you're familiar with this
15   document?
16   A.    Yes.
17   Q.    I'm going to ask you about the
18   second page.
19   A.    Okay.
20   Q.    What is Cell IP-3?
21   A.    It's a holding cell.  In the intake
22   area is -- it's in two sections.  So you asked
23   me about H-9 previously, and that would be when
24   you first come into the jail in intake.  IP is
25   when you make it to the processing area.

77

S. Wainwright - by Mr. Terzigni

1    **Q.**   Do you know why Mr. Orlando would be
2 in the intake processing area two days after
3 his admittance into the prison?
4       MR. BACHARACH: I'm going to
5 object to the form. I don't know that it was
6 two full days, but he certainly came in on the
7 24th and this is the 26th, but it was sometime
8 after.
9 BY MR. TERZIGNI:
10    **A.**   **Right. But I don't know why he**
11 **would be.**
12    **Q.**   Is that unusual?
13    **A.**   **It's unusual, but it may not be**
14 **unusual in his case. Sometimes people -- some**
15 **people are in for longer times than others**
16 **because of the process. So, for example, by**
17 **him going into the restraint chair, that**
18 **probably took up a portion of his intake**
19 **process as opposed to a person who comes in,**
20 **complies and moves on.**
21       **Then also, one of the things that**
22 **holds us up the most is they have to be seen by**
23 **a judge before they go into the processing**
24 **area. They're prearranged video**

78

S. Wainwright - by Mr. Terzigni

1 **pre-arraignment. So it depends on the**
2 **availability of a magistrate to determine if**
3 **we're going to hold them.**
4    **Q.**   Do you know how long Mr. Orlando was
5 in the restraint chair?
6    **A.**   **I don't.**
7    **Q.**   Do you know where I could find that?
8    **A.**   **Sure. We should have a record of**
9 **that.**
10    **Q.**   That should be on one of the
11 records?
12    **A.**   **It wouldn't necessarily be on the**
13 **use of force record, because, as I stated, the**
14 **use of force is real time.**
15    **Q.**   Yes.
16    **A.**   **So immediately after that, the**
17 **supervisor will put together that packet. But**
18 **everyone who goes into a restraint chair has to**
19 **be checked periodically. And at each check**
20 **we're looking to see, you know, to make sure**
21 **that nothing is too tight, circulation isn't**
22 **cut off.**
23       **But we're also trying to determine**
24 **if the person can come out of the restraint**

79

S. Wainwright - by Mr. Terzigni

1 **chair. And so each check is documented. And**
2 **at the time -- at the time the person is pulled**
3 **out of the chair is also documented.**
4    **Q.**   Did you see that in the packet that
5 you reviewed?
6    **A.**   **That wouldn't have been in the use**
7 **of force packet.**
8    **Q.**   Would it have been in the packet
9 that you reviewed before this deposition last
10 week?
11    **A.**   **I didn't.**
12    **Q.**   You didn't see it?
13    **A.**   **No.**
14    **Q.**   In the middle of the page it says
15 that -- I believe it's Sergeant Haburjak
16 "witnessed inmate John Orlando lying on the
17 floor being attended to by the medical staff."
18    **A.**   **Uh-huh.**
19    **Q.**   And then it says, "After being
20 assessed by the medical staff, they came to the
21 conclusion that Inmate John Orlando didn't need
22 any further medical attention. He was
23 medically cleared to go back into the general
24 population."

80

S. Wainwright - by Mr. Terzigni

1       Do you know if Mr. Orlando was in
2 the general population prior to March 26th?
3    **A.**   **He hadn't made it to general**
4 **population. This is referring to the**
5 **processing area where the inmates are moving**
6 **about freely. But they haven't been completely**
7 **processed into the jail yet. So it wouldn't be**
8 **in general population until he's actually in**
9 **the jail.**
10    **Q.**   So he hadn't been in general
11 population?
12    **A.**   **No, but his -- he wasn't restricted.**
13    **Q.**   He wasn't restricted?
14    **A.**   **Right.**
15    **Q.**   He can freely walk around the intake
16 processing --
17    **A.**   **During the -- yeah, during the**
18 **processing period.**
19    **Q.**   Do you know if he was on suicide
20 precautions at this time?
21    **A.**   **No, he couldn't have been, because**
22 **if he was on suicide precautions, he'd have**
23 **been restricted.**
24       (Wainwright Exhibit No. 7 was

81

S. Wainwright - by Mr. Terzigni

1    marked for identification.)
2    BY MR. TERZIGNI:
3        A.    I see this. I'm ready.
4        Q.    You've been handed what's been
5    marked Exhibit 7. It's AC-0084. It an
6    Allegheny County Bureau of Corrections Jail
7    Healthcare Services Mental Health Referral
8    form. Are you familiar with this document?
9        A.    I'm familiar with this form, yes.
10       Q.    Do you recall seeing this specific
11   document?
12       A.    I don't.
13       Q.    And is this nurse a mental health
14   nurse filling out this document?
15       A.    Yes.
16       Q.    And is that Teresa Latham? See
17   where it says "Referred by: (print) and then
18   there's a stamp?
19       A.    I don't.
20       Q.    It's on the right side of the paper.
21       A.    Oh, okay. I got it. Right. I was
22   looking for the signature.
23       Q.    Is that a mental health nurse?
24       A.    I don't think that she is a mental

83

S. Wainwright - by Mr. Terzigni

1    He wasn't on suicide precautions as of
2    March 26th?
3        A.    No, he couldn't have been because of
4    the prior report. He was in population.
5        Q.    Now, in the "Reason for Referral,"
6    doesn't appear the box "Suicidal Ideation,
7    Prior Suicide Attempts" were checked. Is that
8    not accurate or is that a proper way to fill
9    out this form?
10       MR. BACHARACH:  Well, I'm
11   going to object. I mean, he's -- he's not a
12   mental health specialist so --
13   BY MR. TERZIGNI:
14       A.    But it wasn't checked. That's what
15   you're saying, right?
16       Q.    Yeah, it wasn't checked.
17       A.    Okay. Okay. I thought I heard you
18   say it was checked.
19       Q.    No, it was not.
20       A.    Okay.
21       Q.    So the Reason for Referral of Prior
22   Mental Health History and Psychotropic
23   Medication.
24       A.    Uh-huh.

82

S. Wainwright - by Mr. Terzigni

1    health nurse. She's an RN.
2        Q.    What does it mean to be Referred By
3    in the section?
4        A.    Being referred to mental health.
5        Q.    So you have to be referred to a
6    mental health nurse before you get seen by a
7    mental health nurse?
8        A.    Well, when you initially come into
9    the jail you have to be seen by physical and
10   mental health nurses. Then after that part of
11   the processes is over, then you would have to
12   be referred to be seen.
13           So this is a referral from the nurse
14   for him to be seen.
15       Q.    Do you recall if Mr. Orlando was
16   seen by a mental health nurse prior to this
17   date, March 26th?
18       A.    I don't. I don't know.
19       Q.    But he should have been?
20       A.    Initially coming into the jail, yes.
21   There should have been a mental health
22   assessment.
23       Q.    "Patient currently on suicide
24   Precautions: No." That's accurate, correct?

84

S. Wainwright - by Mr. Terzigni

1        Q.    Can you read what it says under
2    Referral Classification, that handwriting?
3        A.    I cannot. I see something says
4    "population," I think.
5        Q.    I can't read that either.
6        A.    I cannot tell you. I would imagine
7    that might be Ruth Harrison's signature, but I
8    can't make it out.
9        Q.    Who is Ruth Harrison?
10       A.    I'm not sure. She's a mental health
11   specialist according to this document.
12       Q.    But you're not familiar with her?
13       A.    No.
14           (Wainwright Exhibit No. 8 was
15   marked for identification.)
16   BY MR. TERZIGNI:
17       A.    I'm ready.
18       Q.    Are you familiar with this document?
19       A.    Yes.
20       Q.    It's been marked Exhibit 8, Bates
21   number AC-0054. It is a Family Notification
22   form. What is this from?
23       A.    It's just what it says, a family
24   notification. That notification would be from

85

1         S. Wainwright - by Mr. Terzigni
2 the chaplain's office.
3      Q.   And Amelia Beadnell --
4      A.   She's the warden's executive
5 assistant.
6      Q.   Place where it says -- do you see --
7 is your handwriting anywhere on this document?
8      A.   No.
9      Q.   I want you to look in the section,
10 the sentence "I called and talked to Jean." Do
11 you see that?
12      A.   Yes.
13      Q.   "I called and talked to Jean
14 Wednesday morning 8:30 a.m. She had talked to
15 a warden and was waiting to hear from her" --
16         MR. BACHARACH: I think it's
17 attorney.
18 BY MR. TERZIGNI:
19      Q.   "Attorney about a visit."
20      A.   That's Chaplain Dallas' signature.
21      Q.   So that's the chaplain that spoke
22 with her?
23      A.   Right.
24      Q.   She mentioned she talked to a
25 warden. Earlier you testified you didn't speak

87

1         S. Wainwright - by Mr. Terzigni
2 Behavioral Assessment Unit. So she's not
3 directly an employee of the jail, but she is
4 an, I think, an employee of the courts.
5      Q.   Did she do mental health intake?
6      A.   She does it quite often, yes.
7      Q.   She does?
8      A.   Yes.
9      Q.   But she's a contractor?
10      A.   Not a contractor -- well, she
11 represents the courts. There's a lot of
12 collaboration between the jail, the courts, and
13 the probation. That's what's called the Jail
14 Collaborative. So many of those people work
15 inside the jail, but they are not employed by
16 the jail.
17      Q.   Do you know if she's the one that
18 created this document?
19      A.   It looks like her signature. Is
20 that -- no, this is Charlotte Wright.
21      Q.   Who did I ask you about?
22      A.   I thought it was Charlotte Porter.
23      Q.   Do you know a Charlotte Wright?
24      A.   I don't know her. This says JRS
25 Specialist. I can't make out that word after

86

1         S. Wainwright - by Mr. Terzigni
2 with her.
3      A.   No, I didn't.
4      Q.   This doesn't refresh your
5 recollection at all?
6      A.   No.
7      Q.   And you're confident you didn't talk
8 to Ms. Lawniczak?
9      A.   Yeah. I don't recall it at all.
10         (Wainwright Exhibit No. 9 was
11 marked for identification.)
12 BY MR. TERZIGNI:
13      A.   Okay.
14      Q.   You've been handed what's been
15 marked as Exhibit 9. It's Bates number
16 AC-0053. It's an Allegheny County Prison
17 Incident Report. Are you familiar with this
18 document?
19      A.   Yes.
20      Q.   You've read it before?
21      A.   Yes.
22      Q.   Who is Charlotte Wright?
23      A.   Charlotte Wright is a mental health
24 specialist. I believe that she works with JRS.
25 Well, no, she's not with JRS. She's with the

88

1         S. Wainwright - by Mr. Terzigni
2 JRS.
3         MR. BACHARACH: I think it's
4 diversion.
5         MR. WAINWRIGHT: Okay. Yeah,
6 specialist.
7 BY MR. TERZIGNI:
8      Q.   Do you know what JRS stands for?
9      A.   Jail Related Services.
10      Q.   Okay. And I believe I asked you
11 what Jail Related Services were earlier.
12 You're not familiar with Ms. Wright?
13      A.   No.
14      Q.   Okay. You said you were familiar
15 with this report?
16      A.   Yes.
17      Q.   Do you recall --
18      A.   It was a part of the packet.
19      Q.   The packet. Okay. Do you recall
20 when you read that packet?
21      A.   Well, you know, I signed for it on
22 the 30th, but like I said, I generally will
23 read it electronically the next day. So I
24 would think that probably on the 25th.
25      Q.   Okay.

S. Wainwright - by Mr. Terzigni

1      S. Wainwright - by Mr. Terzigni
2     **A.**   **But this looks like it was signed on**
3 **the 5th.**
4     **Q.**   It was signed on the 5th and it has
5 a section "When did the incident occur." She
6 has March 24, 2016. So it appears that she's
7 talking about March 24, 2016; is that fair?
8     **A.**   **Right. That's what -- yeah.**
9     **Q.**   And towards the end she talks about
10 a later date.
11    **A.**   **So maybe I didn't read this in the**
12 **packet, but I did read this before.**
13    **Q.**   Yeah. And I'm not sure if that's
14 just when she signed it or when it was created.
15    **A.**   **Yeah, I don't know.**
16    **Q.**   But she does mention in here some
17 interesting things. You mentioned a
18 collaborative effort between the jails and the
19 courts and her being involved in that. Would
20 her medical reports be used by the jail to
21 place Mr. Orlando?
22          MR. BACHARACH: Well --
23 BY MR. TERZIGNI:
24    **A.**   **No.**
25          MR. BACHARACH: When you say

---

1      S. Wainwright - by Mr. Terzigni
2     **Q.**   Okay.
3     **A.**   **But in terms of placing him -- and**
4 **maybe I'm not understanding the question.**
5     **Q.**   I think you got it.
6     **A.**   **Because when I think of placement, I**
7 **think of classification, and that's how we**
8 **place inmates.**
9     **Q.**   Yes.
10    **A.**   **In the jail.**
11    **Q.**   Yes.
12    **A.**   **But every inmate that comes into the**
13 **jail doesn't get referred to JRS.**
14    **Q.**   No.
15    **A.**   **So we'll know where he is, and we'll**
16 **also know that he's been referred.**
17          **Now, what would have to happen then**
18 **is we would wait for JRS to say on such and**
19 **such a date we want to come in and interview**
20 **this person. And then -- so we would know**
21 **that, and on that date we would make space**
22 **available for that interview to take place.**
23    **Q.**   Okay. So you're saying for this,
24 some space was made for this person to come in
25 and interview --

---

1      S. Wainwright - by Mr. Terzigni
2 medical reports, I'm going to object to the
3 form. Are you referring to her --
4 BY MR. TERZIGNI:
5     **Q.**   Her recommendations, her notes after
6 seeing Mr. Orlando.
7     **A.**   **She, I believe, is a mental health,**
8 **not a medical person. I guess they all could**
9 **come under the same umbrella, but her**
10 **recommendation is not to the jail. Her**
11 **recommendation is to JRS, and that's a justice**
12 **related or jail related services. So she may**
13 **be informing that agency, this is someone who**
14 **may need intervention or services from your**
15 **agency.**
16    **Q.**   So you said she's just reporting to
17 JRS?
18    **A.**   **As a referral. I think that's what**
19 **she said. She's making a referral to them or**
20 **she's assessing that this is someone who could**
21 **benefit from their services.**
22    **Q.**   So her mental health analysis is not
23 being used by the jail in any way?
24    **A.**   **Well, in terms of the referral to**
25 **JRS, yes.**

---

1      S. Wainwright - by Mr. Terzigni
2     **A.**   **No, I'm not saying that because we**
3 **have to wait for the appointment to be**
4 **requested.**
5     **Q.**   Who requests the appointment?
6     **A.**   **JRS would based on a referral. So**
7 **if she made a referral to JRS, then based on**
8 **whenever they're available to come in, they'll**
9 **contact us and say we'd like to come in on a**
10 **particular date.**
11    **Q.**   If she is seeing Mr. Orlando on
12 March 24th, the day he gets there --
13    **A.**   **Uh-huh.**
14    **Q.**   -- in what capacity she is seeing
15 him?
16    **A.**   **She's assessing him.**
17    **Q.**   For who?
18    **A.**   **To determine whether or not -- what**
19 **she says in her report, that she believes he**
20 **could benefit from JRS. That's what her**
21 **assessment is, to determine whether or not a**
22 **person could benefit from the services they**
23 **offer.**
24    **Q.**   So she's there solely just for a JRS
25 recommendation?

95

S. Wainwright - by Mr. Terzigni
1   A.   I'm not sure.  She could make other,
2   you know, mental health assessments as well.
3   She's qualified to do it.
4   Q.   Yeah.  And that's part of my
5   question.  Are those assessments used by the
6   jail in any way?
7   A.   Yeah, sure.  They could be used, not
8   only for referrals to JRS, but also to
9   referrals for our mental health intervention.
10   Q.   And if Mr. Orlando would have seen
11   Ms. Wright on the 24th, is that the mental
12   health specialist that he was assigned to see
13   on that date, or was there somebody else he
14   would be seeing for his mental health?
15   A.   It would be someone else.
16   Q.   It would be somebody else?
17   A.   Uh-huh.
18   Q.   So this is in addition to the normal
19   mental health intake process?
20   A.   Right.
21   Q.   Okay.  She notes that he,
22   Mr. Orlando started to ramble off all of his
23   medical and mental health medications.  He was
24   wearing a fentanyl patch.  It was located on
AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

95

S. Wainwright - by Mr. Terzigni
1   abuse."  I believe that stands for
2   prescription.  "This writer ran New Court in
3   the MH database."
4   Do you know what that means?
5   A.   Only assume.  I can only assume what
6   it means, but I don't know for certain.
7   Q.   To me, it looks like mental health
8   database.  Is that fair?
9   A.   That's what my assumption would be,
10   but I can't say that that's it.
11   Q.   Are you aware of a mental health
12   database?
13   A.   I'm not.
14   Q.   And do you know what CIPS stands for
15   after that?
16   A.   I don't.
17   Q.   She said, "Discovering his long
18   mental health history."  She deemed him
19   eligible for JRS services and created a
20   referral for him, noting his charges and MH,
21   mental health history.
22   Ms. Wright created a referral for
23   him.  What happens after that?
24   A.   Well, then that's what I was saying,
AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

94

S. Wainwright - by Mr. Terzigni
1   his right shoulder, and the nurse removed it.
2   Is that common or is that normal for a nurse to
3   remove the fentanyl patch right away?
4   A.   I'm not a medical personnel.  It's
5   not common for a person to come into the jail
6   with a fentanyl patch on.
7   Q.   Okay.
8   A.   So that's -- in fact, this is the
9   only person I've ever known to come into the
10   jail with a fentanyl patch on.  I have no idea.
11   Maybe he removed it because of all
12   these other drugs he said he was on.
13   Q.   And she mentions methamphetamines,
14   other prescriptions, fentanyl, Xanax, Klonopin,
15   and she believes those were attributing to his
16   behavior.
17   I wanted to ask you about the middle
18   of the page.
19   MR. BACHARACH:  I'm going to
20   object to the form.
21   BY MR. TERZIGNI:
22   Q.   I want to ask you about the middle
23   of the page.  "His behavior could be classified
24   as manic with psychosis related to his drug
AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

96

S. Wainwright - by Mr. Terzigni
1   Justice Related Services would then -- I don't
2   know what their processes are, but they would
3   then, you know, set up an appointment to
4   interact with the person and determine what
5   services are needed.  Oftentimes people are
6   released to JRS in the community.
7   Q.   About how long is a person -- how
8   long does it take that process, so the JRS
9   referral process?
10   A.   Sometimes it takes a while.  But I
11   don't know exactly, but it doesn't happen
12   overnight.
13   Q.   She writes, "This writer learned
14   that this New Court was now an inmate even
15   seeing that his JRS referral has been
16   accepted."  Do you know what it means to have
17   your JRS referral accepted?
18   A.   Well, the only thing that I would
19   assume would be that JRS is going to send an
20   agent out, or someone out to interact with the
21   person.
22   Q.   But she says that -- and I know
23   you're not in her head, but she sees -- she
24   learned that he was now an inmate even seeing
AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

**97**

S. Wainwright - by Mr. Terzigni

1  that his JRS referral had been accepted.  I
2  mean, to me it seems like something didn't go
3  right.  You know, maybe since his JRS referral
4  should have been accepted, he should have been
5  moved or something?
6
7      A.    Not necessarily.
8      Q.    Okay.
9      A.    Sometimes -- now that makes sense
10  now that she's referring to the 24th but she
11  wrote it on the 5th, because she's saying, now
12  learning that he was an inmate.  Her initial
13  interaction with him was as a New Court.
14          So -- and then you'd have to get
15  into the head of the judge, and I don't even
16  know that a judge was aware of it at this
17  point.  But JRS can ask for someone to be
18  released into their custody.  And sometimes
19  that happens; sometime it doesn't.  But I think
20  that that is all determined at the time when
21  they come in and interact with the person.  But
22  everyone that's referred to JRS doesn't get
23  released to JRS.
24      Q.    What is the Suicide Prevention Team,
25  do you know?

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

**98**

S. Wainwright - by Mr. Terzigni

1
2      A.    I'm not sure what that is, unless it
3  refers to the meeting that we have, the SPIT
4  meeting that I spoke about before.
5      Q.    Do you know if Mr. Orlando was
6  placed in a detox unit at any point?
7      A.    No.
8      Q.    Do you know if he was double-celled
9  at any point?
10      A.    Yes, he was.
11      Q.    He was?
12      A.    (Witness nodding head.)
13      Q.    Do you know when that was?
14      A.    It would have been when he was
15  placed on the unit.
16      Q.    On 5-F?
17      A.    Yes.
18      Q.    He was double-celled at that point?
19      A.    Yes.
20      Q.    Double-celled means you have a
21  roommate?
22      A.    A cellmate, right.
23      Q.    A cellmate.  Had a cellmate at the
24  time of his hanging?
25      A.    He was assigned a cellmate.  I'm not

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

**99**

S. Wainwright - by Mr. Terzigni

1
2      real sure of all of the details, but I think
3      his cellmate was released that morning.
4      Q.    In the suicide prevention training,
5  do you learn that inmates that are taking
6  psychotropic medications are at a higher risk
7  for suicide?
8      A.    Yes.
9      Q.    And Mr. Orlando was taking some of
10  those medications, correct?
11      A.    I'm not sure.  Based on his
12  initially coming in to the jail, I don't know
13  if those are mental health psychotropic meds.
14  Some of the people indicated that they were,
15  but I don't know if jail staff prescribed him
16  those drugs or if those are drugs that he was
17  self-reporting.  I'm not certain.
18      Q.    And does that make a difference?
19      A.    Well, only in knowing whether or not
20  he was actually receiving his drugs.
21      Q.    Okay.  And if he wasn't receiving
22  his drugs, he could be at a higher risk,
23  correct?
24      A.    I would think so, for the detox
25  protocol.

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

**100**

S. Wainwright - by Mr. Bacharach

1
2      Q.    What are observation beds?  Did I
3  ask you about that?
4      A.    Yes.
5      Q.    Besides the restraint chair, to best
6  of your knowledge, was Mr. Orlando given any
7  other suicide precautions?
8      A.    No, to the best of my knowledge.  He
9  was on 5-F, which is a mental health unit.
10          MR. TERZIGNI:  That's all I
11  have.
12          MR. BACHARACH:  Let's -- I
13  want to use the restroom and maybe take a few
14  minutes.  I don't know if -- I may have a few
15  questions.  I will have a few questions for the
16  Deputy Warden.
17          MR. TERZIGNI:  Okay.
18          (Short break.)
19          MR. BACHARACH:  We're almost
20  done.  I hope.
21          - - - - -
22          EXAMINATION
23  BY MR. BACHARACH:
24      Q.    I just want to refer you to
25  Exhibit 9 again.  And Counsel for Plaintiff

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

S. Wainwright - by Mr. Bacharach

1  referred you to the sentence that this "This
2  writer learned that this New Court was now an
3  inmate even seeing that his JRS referral had
4  been accepted." But you could you read the
5  next sentence there.
6     A.    **"Only learning that John Orlando**
7  **hand hung himself in his cell."**
8     Q.    Okay. I'm sorry, but it begins
9  "This writer," that part of it.
10    A.    **Oh, I'm sorry. "This writer went to**
11 **go upstairs on 5-F to inform inmate that his**
12 **referral had been accepted, only learning that**
13 **John Orlando had hung himself in his cell.**
14 **This was extremely sad that he committed this**
15 **act."**
16    Q.    So whatever JRS had been doing,
17 whatever they were doing, they had accepted him
18 for something?
19    A.    **Right.**
20    Q.    We don't know exactly what that was,
21 do we?
22    A.    **Right, we don't. Because they**
23 **provide a multitude of services. So we don't**
24 **know. We only know that he was accepted.**

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

---

S. Wainwright - by Mr. Bacharach

1  suicide gown for potentially an hour, a day, or
2  some -- whatever the period of time is that
3  passes until a mental health specialist sees
4  that person?
5     A.    Yes.
6     Q.    And if the mental health person sees
7  that person, they may stay in that situation,
8  they may still -- as for example -- strike
9  that. I won't ask it that way.
10          If the mental health person says
11 they should still be under some kind of suicide
12 watch or restriction, would that be followed?
13    A.    **Yes. There are -- you got suicide**
14 **watch. Then you have close observation.**
15 **They're two different things, but a mental**
16 **health specialist could determine one or the**
17 **other.**
18    Q.    So suicide watch, would that be in,
19 like, the glass cell?
20    A.    **Yes, that would be -- that would be,**
21 **you would remain in the suicide prevention**
22 **gown, and then you would go to the acute mental**
23 **health unit, 5-C, and be placed in an**
24 **observation cell if one was available. If not,**

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

---

S. Wainwright - by Mr. Bacharach

1     Q.    And I just wanted to make -- if
2  someone, for whatever reason, say they come in
3  the jail and there's a specific threat that
4  they're going to harm themselves, I think you
5  indicated that at least at intake that they
6  would either be put in a suicide gown or
7  restraint chair?
8     A.    **Right.**
9     Q.    And how long would somebody remain
10 under one of those restrictions?
11    A.    **Until they're evaluated by mental**
12 **health.**
13    Q.    And if mental health says that
14 they're cleared, so to speak, they don't need
15 those restrictions, what would happen then?
16    A.    **Then they'd be released from**
17 **restrictions.**
18    Q.    And if there was some other medical
19 recommendation, would that recommendation be
20 followed?
21    A.    **Oh, yes. We always would follow**
22 **medical and mental health recommendations.**
23    Q.    So is it possible somebody could be
24 under -- either in a restraint chair or a

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

---

S. Wainwright - by Mr. Bacharach

1  **you still would be placed up there and the**
2  **officers make 15-minute rounds so you would**
3  **still be closely observed.**
4     Q.    And the close observation, what is
5  that?
6     A.    **Close observation, sometimes when --**
7  **often will take place on the acute mental**
8  **health unit, but you don't necessarily have to**
9  **be in a suicide prevention gown.**
10    Q.    And are inmates ever double-celled
11 as a precaution against some self-harm?
12    A.    **Yes. That's -- all new incoming**
13 **inmates -- all intake inmates are double-celled**
14 **and all inmates that are detoxing are**
15 **double-celled. Now, the only exception would**
16 **be, and it's very rare, rarely happens, but**
17 **sometimes you may have a violent inmate who**
18 **attacks other people. So we have a guy one**
19 **time who attacked his cellmate in his sleep.**
20 **So then you would take a person like that, you**
21 **wouldn't house them with other people. But**
22 **that's very rare, but it can happen so.**
23    Q.    And I think you testified that you
24 believed that Mr. Orlando was double-celled?

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

107

S. Wainwright - by Mr. Bacharach

2      Q.      Again, just to -- I think it's
3   clear, but just to be certain, Justice Related
4   Services reports to the courts; is that
5   correct?
6      A.      Yes.  Even sometimes a judge will
7   sometimes -- sometimes, in their sentences, a
8   judge will mandate that a person is only to be
9   released to Justice Related Services.  But
10  Justice Related Services are primarily for
11  inmates that have mental health issues.
12     Q.      And you referred to, I think 5-F, as
13  a stepdown unit, correct?
14     A.      Yes.
15     Q.      Does that mean that everybody who is
16  in 5-F was on 5-C before?
17     A.      No, no.
18     Q.      It's just a lower level of care?
19     A.      A lower level of mental health.
20  There are two stepdown units, 5-D and 5-F.
21  5-D, you would have been on 5-C.  You would
22  have went from 5-C to 5-D, but not necessarily
23  the case with 5-F.
24     Q.      And I think you mentioned at one
25  point in time that some things that are viewed

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

---

105

S. Wainwright - by Mr. Bacharach

1      A.      He was.
2      Q.      And in addition, you said that --
3   what are the normal -- if somebody is in a
4   general population, the correction officer on
5   that pod, how often are they supposed to make
6   rounds?
7      A.      Every hour they make what we call a
8   guard tour.  But a general population unit is
9   the least restrictive units that we have, so
10  they basically come out and eat as a group, and
11  they come out and recreate as a group, and they
12  have, you know, they just have social
13  interactions with other inmates.
14     Q.      On the 5-C and 5 -- 5-C, I think you
15  said, is acute mental health?
16     A.      Yeah.
17     Q.      How often do guards make rounds
18  there?
19     A.      Every 15 minutes.
20     Q.      And on 5-F?
21     A.      Every 15 minutes.  Even though it's
22  not an acute mental health unit, it's a mental
23  health unit.  So they make rounds every 15
24  minutes.

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

---

108

S. Wainwright - by Mr. Bacharach

1   as, I guess, risks of suicide -- does the fact
2   that someone had a risk or more than one risk
3   of suicide necessarily mean that they will be
4   placed on suicide watch?
5      A.      Not necessarily.  That's strictly a
6   mental health professionals' determination.
7   Now, if a person outright makes a statement or
8   a gesture, a gesture being -- like they make a
9   noose for example, then they will automatically
10  be placed in a suicide gown and mental health
11  will be notified.  But just having a history of
12  mental health would not automatically put a
13  person in the gown.
14     Q.      So if I come into the jail and I
15  tell a correction officer I'm going to kill
16  myself or they see me making a noose or
17  something like that, what's the guard's
18  response going to be?
19     A.      The guard is going to inform the
20  sergeant, and then the sergeant is going to
21  come and tell the inmate, you have to go into a
22  suicide prevention gown.  And they'll explain
23  to the inmate that they'll be seen by mental
24  health, et cetera.

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

---

106

S. Wainwright - by Mr. Bacharach

1      Q.      And is part of that making rounds
2   every 15 minutes -- well, what's the reason for
3   15 minutes?
4      A.      To look and see the inmate and see
5   that the inmate is alive and well.
6      Q.      In addition, how many corrections
7   officers are normally assigned to work a
8   general population?
9      A.      One.
10     Q.      And how many corrections officers
11  are normally on 5-F?
12     A.      Two.
13     Q.      And on the day that -- the 29th in
14  the afternoon when Mr. Orlando hung himself,
15  how many corrections officers were there?
16     A.      That were two corrections officers
17  and a sergeant on the unit.
18     Q.      And if you recall going through the
19  packet, do you recall whether Mr. Orlando had
20  been cleared to go to general population?
21     A.      He had been.  As a matter of fact,
22  he had been cleared for general population,
23  which is why the sergeant was up there to
24  facilitate that.

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

109

```
1            S. Wainwright - by Mr. Bacharach
2       Q.     But that decision is -- that
3    decision would be made by the corrections
4    officer?
5       A.     Yes.
6       Q.     And then they would notify a mental
7    health specialist?
8       A.     Right.
9       Q.     And the mental health specialist,
10   would they come down and then see the person?
11      A.     Yes.
12      Q.     Then who would make the decision at
13   that point in time whether the person remained
14   on -- in a suicide gown or a restraint chair or
15   whatever?  Would it be the corrections officer?
16      A.     No.
17      Q.     Who would it be?
18      A.     It would be the mental health
19   specialist, mental health professional.
20      Q.     So if I -- same scenario.  If I go
21   in and make a statement I'm going to kill
22   myself, they're going to put me in a suicide
23   gown and I'm going to stay there until --
24      A.     That's right.
25      Q.     -- the mental health specialist sees
```

110

```
1            S. Wainwright - by Mr. Terzigni
2    me?
3       A.     Yes.
4       Q.     And if they say, "keep him there,"
5    "keep him in that situation," I'm going to
6    stay?
7       A.     Right.
8       Q.     And if they say, he's okay, you
9    know, you don't need to do that, then I'm just
10   going to be treated like -- I'm going to get
11   out of that special restriction?
12      A.     Yes, yes.
13             MR. BACHARACH:  I don't have
14   anything else.
15             MR. TERZIGNI:  I have just a
16   couple quick questions.
17             - - - - -
18             EXAMINATION
19   BY MR. TERZIGNI:
20      Q.     I believe at the beginning of
21   Attorney Bacharach's questions he asked you
22   about referrals from the medical personnel, the
23   medical referral and the mental health referral
24   when somebody comes into the jail.  Do I have
25   that correct?
```

111

```
1            S. Wainwright - by Mr. Terzigni
2       A.     Yes.
3       Q.     And I believe you made the
4    statement, we always take the medical and the
5    mental health referrals --
6       A.     We always defer to mental health,
7    medical and mental health.
8       Q.     Okay.
9       A.     Because we're not medical or mental
10   health professionals, so we don't know.
11      Q.     And you also said when somebody is
12   placed in a restraint chair, in order for them
13   to get out, they have to see a mental health
14   professional.
15      A.     If being in the restraint chair
16   is --
17      Q.     Was for mental health reasons?
18      A.     Right, because on the other hand, if
19   a person is -- came in drunk and they want to
20   fight everybody --
21      Q.     Yeah.
22      A.     -- and then they sober up and they
23   don't want to fight anybody.
24      Q.     So strictly just being about mental
25   health reasons?
```

112

```
1            S. Wainwright - by Mr. Terzigni
2       A.     Right.
3       Q.     Okay.  What was the mental health
4    referral for Mr. Orlando after he was removed
5    from the chair?
6       A.     I'm not familiar with it.
7       Q.     Are you aware if he received a
8    referral?
9       A.     Well, based on this, he received a
10   referral to Jail Related Services.  And based
11   on what we saw from Teresa -- is it Lanum,
12   Layham -- she made a mental health referral.
13   But aside from that, I don't know.
14      Q.     With the JRS, you testified earlier
15   that that was in addition to -- that was in
16   addition to the normal intake mental health
17   professional because she was just there from
18   the courts, correct?
19      A.     Yes.  Yes.  JRS is a collaboration
20   between the courts and the jail and mental
21   health for -- quite a bit of people encounter
22   the criminal justice system, not because
23   they're criminals, but because of mental health
24   issues.  So this is a response from the courts
25   to that to determine if a person needs that
```

115

| | |
|---|---|
| 1 | S. Wainwright - by Mr. Terzigni |
| 2 | **type of interaction.** |
| 3 | Q. Okay. But that's separate from the |
| 4 | jail's medical -- |
| 5 | A. **Mental health staff.** |
| 6 | Q. -- mental health staff? |
| 7 | A. **Right, right.** |
| 8 | Q. So Mr. Orlando was supposed to see |
| 9 | some other mental health staff, correct? |
| 10 | A. **According to what she wrote, yes.** |
| 11 | **Oh, you mean initially coming in --** |
| 12 | **you mean staff of the jail? Yes.** |
| 13 | Q. Yes. |
| 14 | To get out of the restraint chair? |
| 15 | A. **Yes.** |
| 16 | Q. Do you know who that was? |
| 17 | A. **I don't.** |
| 18 | Q. Do you know if there was a mental |
| 19 | health referral to get him out of the chair? |
| 20 | A. **Well, there would have to had to** |
| 21 | **have been. I would -- but I haven't seen it,** |
| 22 | **no.** |
| 23 | Q. That was not in the packet? |
| 24 | A. **Right.** |
| 25 | Q. Have you ever seen that referral? |

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

115

| | |
|---|---|
| 1 | S. Wainwright - by Mr. Terzigni |
| 2 | A. **Rarely.** |
| 3 | Q. I think that's all I have. |
| 4 | A. **I've I never had 20 people on** |
| 5 | **suicide watch at the same time. Usually, it** |
| 6 | **may be as many as four or five.** |
| 7 | MR. TERZIGNI: Okay. That's |
| 8 | all I have. |
| 9 | MR. BACHARACH: I don't have |
| 10 | anything else. We'll read. |
| 11 | - - - - - |
| 12 | (Signature not waived.) |
| 13 | (There being no further |
| 14 | questions, the deposition concluded at 2:04 p.m.) |
| 15 | ----- |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

114

| | |
|---|---|
| 1 | S. Wainwright - by Mr. Terzigni |
| 2 | A. **No.** |
| 3 | Q. Do you know who authorized him to be |
| 4 | removed from the chair? |
| 5 | A. **I don't.** |
| 6 | Q. And then Teresa Latham you mentioned |
| 7 | earlier. Is she a mental health nurse? |
| 8 | A. **No. She made a referral, that's** |
| 9 | **what I am saying.** |
| 10 | Q. To Ruth Harrison? |
| 11 | A. **I don't know who her referral is to,** |
| 12 | **but her referral wouldn't have been to an** |
| 13 | **individual. It would have been to the mental** |
| 14 | **health department, and then they would send** |
| 15 | **someone.** |
| 16 | Q. How many suicide gowns do you have |
| 17 | at the jail? |
| 18 | A. **I don't know. I think the last time** |
| 19 | **that I checked it may have been about 20. But** |
| 20 | **they get changed out so often and, you know,** |
| 21 | **cleaned and changed out.** |
| 22 | Q. Are you ever at capacity with the |
| 23 | gowns, the suicide gowns? |
| 24 | A. **Sometimes. Not often.** |
| 25 | Q. Rarely? |

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

116

| | |
|---|---|
| 1 | |
| 2 | DEPOSITION ERRATA SHEET |
| 3 | |
| 4 | OUR ASSIGNMENT NO.: 8-04719 |
| 5 | CASE CAPTION: JEAN LAWNICZAK, et al. |
| | vs. |
| 6 | ALLEGHENY COUNTY, et al. |
| 7 | |
| 8 | **DECLARATION UNDER PENALTY OF PERJURY** |
| 9 | *I declare under penalty of perjury* |
| 10 | that I have read the entire transcript of my |
| 11 | Deposition taken in the captioned matter or the |
| 12 | same has been read to me, and the same is true |
| 13 | and accurate, save and except for changes |
| 14 | and/or corrections, if any, as indicated by me |
| 15 | on the **DEPOSITION ERRATA SHEET** hereof, with the |
| 16 | understanding that I offer these changes as if |
| 17 | still under oath. In all other respects the |
| 18 | transcript is true and correct. |
| 19 | |
| 20 | _____ |
| 21 | SIMON WAINWRIGHT |
| 22 | Subscribed and sworn to before me this |
| 23 | _____ day of _____, 2018 |
| 24 | |
| 25 | _____ |
| | Notary Public |

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

119

DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

SIGNATURE:_____DATE:_____

SIMON WAINWRIGHT

AMENT & AMENT

Court Reporting, LLC - Phone 412-793-6152

---

COMMONWEALTH OF PENNSYLVANIA )
COUNTY OF ALLEGHENY            )

I, Ruth M. Ament, a notary public in and for the Commonwealth of Pennsylvania, do hereby certify that the witness, SIMON WAINWRIGHT, was by me first duly sworn to testify the truth, the whole truth, and nothing but the truth; that the foregoing deposition was taken at the time and place stated herein; and that the said deposition was recorded stenographically by me and then reduced to typewriting under my direction, and constitutes a true record of the testimony given by said witness, all to the best of my skill and ability.

I further certify that the inspection, reading and signing of said deposition were not waived by counsel for the respective parties and by the witness and if after 30 days the transcript has not been signed by said witness that the witness received notification and has failed to respond and the deposition may then be used as though signed.

I further certify that I am not a relative, or employee of either counsel, and that I am in no way interested, directly or indirectly, in this action.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office this 6th day of February, 2018.

S/DIANE G. GALVIN

-----------------------------------

-----------------------------------

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

---

118

DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

SIGNATURE:_____DATE:_____

SIMON WAINWRIGHT

AMENT & AMENT

Court Reporting, LLC - Phone 412-793-6152

---

**'**

'16 [4] - 6:24, 10:14, 11:25, 12:6

**1**

1 [6] - 3:14, 45:17, 45:25, 47:24, 50:12, 51:2
100 [1] - 3:8
110 [1] - 3:9
11:12 [1] - 2:11
15 [9] - 14:7, 14:11, 36:6, 36:7, 105:20, 105:22, 105:24, 106:3, 106:4
15-minute [1] - 104:3
15219 [1] - 2:21
15222 [1] - 2:16
1700 [1] - 2:16

**2**

2 [3] - 3:15, 50:13, 50:21
20 [2] - 114:19, 115:4
2013 [2] - 5:2, 5:6
2014 [1] - 5:7
2015 [2] - 5:3, 5:5
2016 [9] - 6:19, 6:21, 38:9, 41:19, 41:25, 61:19, 75:15, 89:6, 89:7
2018 [4] - 1:14, 2:11, 116:23, 119:19
24 [4] - 38:9, 61:18, 89:6, 89:7
24/7 [1] - 36:4
24th [7] - 27:4, 27:19, 27:25, 77:8, 92:12, 93:12, 97:10
25th [8] - 38:21, 38:23, 46:9, 49:8, 49:11, 53:16, 88:24
26 [4] - 1:14, 2:11, 41:19, 75:15
26th [5] - 49:12, 77:8, 80:3, 82:18, 83:3
281-9194 [1] - 2:17
29 [1] - 41:25
29th [4] - 27:5, 27:13, 42:14, 106:14
2:04 [1] - 115:14
2:17-cv-00185 [1] - 1:6

**3**

3 [5] - 3:16, 53:18, 53:24, 74:16, 75:8
3/30/16 [2] - 55:10, 56:7
30 [1] - 119:12
300 [2] - 2:10, 2:20
30th [2] - 76:5, 88:22
34 [1] - 30:10
350-1150 [1] - 2:22

**4**

4 [4] - 3:7, 3:17, 55:20, 55:24
4/4/16 [1] - 74:21
412 [2] - 2:17, 2:22
445 [2] - 2:9, 2:21
45 [1] - 3:14

**5**

5 [5] - 3:18, 61:14, 61:21, 72:17, 105:15
5-C [7] - 14:5, 103:24, 105:15, 107:16, 107:21, 107:22
5-D [3] - 107:20, 107:21, 107:22
5-F [15] - 37:17, 37:20, 38:4, 43:24, 73:20, 74:5, 98:16, 100:9, 101:12, 105:21, 106:12, 107:12, 107:16, 107:20, 107:23
5-MD [1] - 14:6
5-W [1] - 37:24
50 [1] - 3:15
53 [1] - 3:16
55 [1] - 3:17
5th [3] - 89:3, 89:4, 97:11

**6**

6 [4] - 3:19, 50:24, 74:25, 75:7
61 [1] - 3:18
6th [1] - 119:19

**7**

7 [3] - 3:20, 80:25, 81:6
74 [1] - 3:19

**8**

8 [3] - 3:21, 84:15, 84:21
8-04719 [1] - 116:4
80 [1] - 3:20
84 [1] - 3:21
86 [1] - 3:22
8:30 [1] - 85:14

**9**

9 [4] - 3:22, 86:10, 86:15, 100:25

**A**

a.m [2] - 2:11, 85:14
abbreviation [1] - 63:6
ability [1] - 119:10
able [3] - 18:16, 60:15, 72:18
absolutely [1] - 28:25
abuse [1] - 95:2
abused [1] - 60:11
AC-0001 [1] - 53:24
AC-0003 [1] - 56:2
AC-0005 [1] - 50:23
AC-0008 [1] - 50:12
AC-0014 [1] - 61:22
AC-0016 [1] - 75:10
AC-0017 [1] - 75:21
AC-0053 [1] - 86:16
AC-0054 [1] - 84:22
AC-0084 [1] - 81:6
accepted [8] - 96:17, 96:18, 97:2, 97:5, 101:5, 101:13, 101:18, 101:25
accordance [1] - 57:10
according [4] - 10:21, 56:20, 84:12, 113:10
accurate [4] - 69:10, 82:25, 83:9, 116:13
ACJ [13] - 4:18, 4:23, 11:7, 18:9, 20:25, 22:20, 30:8, 30:10, 30:15, 36:12, 43:14, 49:15, 57:10
acronym [2] - 6:7, 34:14
act [1] - 101:16
acting [1] - 21:8
action [4] - 40:2, 58:5, 58:6, 119:17
Action [1] - 1:6
actions [2] - 57:10, 61:7

actively [2] - 41:11, 41:16
actual [1] - 39:9
acute [8] - 37:18, 37:23, 37:25, 73:17, 103:23, 104:8, 105:16, 105:23
addicted [1] - 15:11
addiction [4] - 14:23, 15:6, 15:19, 15:20
addition [5] - 93:19, 105:3, 106:7, 112:15, 112:16
additional [1] - 59:21
administration [2] - 30:21, 33:17
admittance [1] - 77:4
advice [1] - 71:20
advocate [1] - 58:17
advocates [1] - 30:25
Affairs [5] - 25:24, 26:2, 31:8, 32:24, 33:2
affected [1] - 7:11
affixed [1] - 119:18
afternoon [1] - 106:15
afterwards [1] - 23:2
AGENCY [1] - 1:23
agency [1] - 34:9, 90:13, 90:15
agenda [1] - 8:4
agent [1] - 96:21
aggressive [1] - 51:17
ago [1] - 6:16
al [3] - 1:9, 116:5, 116:6
alcohol [1] - 14:23
alert [2] - 24:14, 25:13
alerted [1] - 23:12
alive [1] - 106:6
allegation [3] - 42:12, 43:6, 43:13
Allegheny [17] - 2:8, 2:19, 4:12, 4:15, 12:19, 31:21, 32:22, 33:4, 34:3, 46:2, 50:22, 53:25, 61:23, 75:8, 75:23, 81:7, 86:16
ALLEGHENY [3] - 1:9, 116:6, 119:2
allowed [1] - 19:18
allows [1] - 44:18
almost [3] - 18:5, 18:20, 100:19
Amelia [1] - 85:3
Ament [1] - 119:4
amount [1] - 60:6
analysis [1] - 90:22
Andrew [1] - 53:11
annually [1] - 11:18

answer [11] - 5:11, 9:15, 25:4, 27:21, 28:23, 30:2, 52:18, 59:10, 60:23, 61:10, 73:14
answered [2] - 24:24, 28:21
answering [1] - 64:2
apart [1] - 18:21
appear [1] - 83:7
appointment [3] - 92:3, 92:5, 96:4
approach [1] - 53:4
appropriate [2] - 17:11, 57:16
April [2] - 5:3, 6:24
area [6] - 53:3, 76:22, 76:25, 77:3, 77:25, 80:6
areas [1] - 14:5
arm [1] - 60:8
arraignment [1] - 78:2
arresting [2] - 65:7, 65:12
arrived [2] - 20:25, 21:2
arrives [2] - 22:20, 23:5
aside [1] - 112:13
aspect [2] - 13:9, 13:10
assessed [2] - 25:15, 79:21
assessing [2] - 90:20, 92:16
Assessment [1] - 87:2
assessment [4] - 24:11, 24:25, 82:23, 92:21
assessments [3] - 25:12, 93:3, 93:6
assigned [3] - 93:13, 98:25, 106:8
ASSIGNMENT [1] - 116:4
assistant [1] - 85:5
assisting [1] - 48:18
associated [1] - 24:19
assume [2] - 15:16, 95:6, 96:20
assuming [1] - 48:11
assumption [2] - 69:15, 95:10
attacked [1] - 104:20
attacks [1] - 104:19
attempt [2] - 5:17, 16:23
Attempts [1] - 83:8
attended [2] - 7:16, 79:18
attention [6] - 47:12,

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152
02/07/2018 03:30:19 PM

47:17, 47:20, 48:5, 48:10, 79:23
**Attorney** [1] - 110:21
**attorney** [2] - 85:17, 85:19
**attributing** [1] - 94:16
**authority** [5] - 71:3, 71:7, 71:12, 72:10, 72:11
**AUTHORIZATION** [1] - 1:23
**authorized** [1] - 114:3
**automatically** [4] - 15:13, 15:16, 108:10, 108:13
**availability** [1] - 78:3
**available** [6] - 13:20, 29:18, 31:21, 91:22, 92:8, 103:25
**aware** [9] - 13:11, 27:7, 38:16, 39:14, 39:23, 40:3, 95:12, 97:16, 112:7

**B**

**BACHARACH** [43] - 2:20, 3:8, 8:10, 8:24, 9:4, 9:14, 10:3, 12:3, 12:5, 12:16, 13:2, 24:15, 26:20, 31:19, 32:2, 32:9, 32:11, 32:14, 32:20, 32:25, 33:6, 39:16, 43:18, 47:15, 49:22, 50:11, 59:9, 59:24, 71:10, 71:16, 72:7, 77:5, 83:11, 85:16, 88:3, 89:22, 89:25, 94:20, 100:12, 100:19, 100:23, 110:13, 115:9
**Bacharach's** [1] - 110:21
**bad** [2] - 20:13, 21:15
**based** [8] - 25:16, 61:11, 71:13, 92:6, 92:7, 99:11, 112:9, 112:10
**basis** [1] - 12:23
**Bates** [10] - 32:7, 50:12, 50:23, 53:24, 56:2, 61:22, 75:10, 75:21, 84:21, 86:15
**Bates-stamped** [1] - 53:24
**Beadnell** [1] - 85:3
**Beasom** [1] - 56:16
**became** [2] - 5:3, 5:5
**become** [4] - 13:15, 27:7, 39:14, 39:23

**becoming** [1] - 40:3
**bed** [2] - 35:24, 36:19
**beds** [2] - 36:11, 100:2
**beforehand** [1] - 76:6
**beginning** [2] - 6:24, 110:20
**begins** [1] - 101:9
**behavior** [16] - 18:8, 19:6, 20:13, 21:15, 51:12, 51:18, 69:16, 70:14, 70:18, 70:20, 70:21, 70:25, 71:14, 71:23, 94:17, 94:24
**Behavioral** [1] - 87:2
**behavioral** [1] - 71:24
**beings** [1] - 16:11
**believes** [2] - 92:19, 94:16
**belligerent** [4] - 21:12, 40:22, 40:24, 41:6
**below** [4] - 58:4, 67:8, 68:4, 68:6
**beneficial** [1] - 69:3
**benefit** [3] - 90:21, 92:20, 92:22
**best** [4] - 18:10, 100:5, 100:8, 119:9
**better** [1] - 60:14
**between** [4] - 15:7, 87:12, 89:18, 112:20
**big** [1] - 11:12
**bit** [1] - 112:21
**blank** [1] - 68:12
**blanket** [1] - 37:7
**blankets** [2] - 36:25, 37:6
**Board** [1] - 30:15
**board** [5] - 30:22, 31:2, 31:5, 31:11, 33:12
**Bonenberger** [4] - 47:19, 48:8, 49:13, 49:14
**bottom** [3] - 51:19, 67:25, 68:17
**Boulevard** [2] - 2:9, 2:21
**box** [2] - 57:2, 83:7
**Boy** [1] - 19:25
**break** [1] - 100:18
**briefed** [1] - 26:3
**bring** [3] - 20:14, 48:4, 52:13
**bringing** [1] - 52:15
**brought** [4] - 19:8, 47:11, 47:20, 48:9
**Building** [1] - 2:20
**Bureau** [5] - 50:22, 53:25, 61:23, 75:9, 81:7
**BY** [39] - 3:7, 3:8, 3:9,

4:8, 8:15, 9:7, 9:16, 10:7, 12:8, 13:4, 26:23, 33:10, 39:20, 43:21, 45:19, 47:18, 50:2, 50:15, 53:20, 55:22, 59:11, 60:2, 61:16, 71:11, 71:17, 72:8, 75:3, 77:10, 81:3, 83:14, 84:17, 85:18, 86:12, 88:7, 89:23, 90:4, 94:22, 100:23, 110:19

**C**

**calm** [2] - 20:10, 20:14
**cannot** [4] - 14:2, 20:16, 84:4, 84:7
**capacity** [2] - 92:14, 114:22
**captain** [3] - 4:24, 4:25, 5:6
**Captain** [1] - 56:15
**CAPTION** [1] - 116:5
**captioned** [1] - 116:11
**care** [1] - 107:18
**case** [2] - 77:15, 107:23
**CASE** [1] - 116:5
**Cass** [2] - 7:10, 7:13
**caused** [1] - 70:15
**CCTV** [2] - 57:21, 57:23
**CD** [2] - 64:6, 64:9
**cell** [13] - 35:11, 35:25, 36:5, 36:9, 36:10, 37:10, 49:3, 53:5, 76:21, 101:8, 101:14, 103:20, 103:25
**Cell** [1] - 76:20
**celled** [10] - 35:10, 35:20, 35:23, 98:8, 98:18, 98:20, 104:11, 104:14, 104:16, 104:25
**cellmate** [6] - 98:22, 98:23, 98:25, 99:3, 104:20
**cells** [1] - 37:5
**Center** [1] - 2:16
**certain** [17] - 14:5, 15:17, 18:24, 27:9, 36:24, 37:5, 37:16, 38:2, 38:5, 59:18, 60:3, 69:15, 74:10, 95:7, 99:17, 100:13
**certainly** [1] - 77:7
**Certified** [1] - 2:6
**certify** [3] - 119:5, 119:11, 119:15

**CERTIFYING** [1] - 1:23
**cetera** [3] - 11:15, 54:11, 108:25
**chair** [57] - 17:19, 18:24, 18:25, 19:5, 19:7, 19:8, 19:10, 19:17, 19:20, 20:7, 20:9, 20:10, 20:13, 20:15, 20:17, 21:5, 21:14, 21:19, 21:22, 22:5, 22:8, 27:18, 29:16, 40:8, 40:10, 40:19, 40:24, 41:4, 41:10, 41:15, 48:23, 49:6, 54:23, 59:16, 60:11, 60:20, 60:22, 60:25, 61:9, 62:9, 64:25, 68:3, 77:18, 78:6, 78:19, 79:2, 79:4, 100:5, 102:8, 102:25, 109:14, 111:12, 111:15, 112:5, 113:14, 113:19, 114:4
**Change** [14] - 117:3, 117:6, 117:9, 117:12, 117:15, 117:18, 117:21, 118:3, 118:6, 118:9, 118:12, 118:15, 118:18, 118:21
**change** [14] - 117:5, 117:8, 117:11, 117:14, 117:17, 117:20, 117:23, 118:5, 118:8, 118:11, 118:14, 118:17, 118:20, 118:23
**changed** [2] - 114:20, 114:21
**changes** [2] - 116:13, 116:16
**Chaplain** [2] - 54:18, 85:20
**chaplain** [2] - 54:22, 85:21
**chaplain's** [1] - 85:2
**Chaplain's** [1] - 42:25
**charge** [2] - 44:15, 53:13
**charges** [1] - 95:21
**Charlotte** [5] - 86:22, 86:23, 87:20, 87:22, 87:23
**chart** [1] - 8:18
**check** [3] - 8:12, 78:20, 79:2
**checked** [11] - 48:24, 54:17, 68:2, 72:24, 73:2, 78:20, 83:8,

83:15, 83:17, 83:19, 114:19
**Checklist** [3] - 54:2, 55:25, 75:10
**checklist** [1] - 54:6
**child** [2] - 44:20, 44:22
**children** [1] - 44:23
**choking** [1] - 60:8
**CIPS** [2] - 33:24, 95:15
**circulation** [1] - 78:22
**circumstances** [1] - 44:16
**Civil** [2] - 1:6, 2:5
**classes** [1] - 14:16
**Classification** [1] - 84:3
**classification** [2] - 9:21, 91:7
**classified** [1] - 94:24
**classify** [1] - 67:3
**cleaned** [1] - 114:21
**clear** [5] - 71:6, 71:8, 71:13, 72:19, 107:3
**cleared** [24] - 14:3, 20:17, 22:11, 22:12, 29:20, 29:25, 51:21, 68:5, 68:6, 68:13, 68:14, 68:16, 68:17, 68:21, 68:22, 69:9, 69:12, 69:13, 72:16, 74:12, 79:24, 102:15, 106:21, 106:23
**clearing** [1] - 69:25
**close** [4] - 20:23, 103:15, 104:5, 104:7
**closely** [1] - 104:4
**cloth** [1] - 18:18
**clothes** [1] - 29:14
**clothing** [2] - 13:21, 18:2
**CO** [1] - 49:13
**code** [2] - 27:10, 27:11
**collaboration** [2] - 87:12, 112:19
**collaborative** [2] - 30:16, 89:18
**Collaborative** [1] - 87:14
**comfortable** [1] - 26:3
**coming** [9] - 28:3, 30:10, 41:8, 48:12, 48:15, 50:9, 82:21, 99:12, 113:11
**Commander** [1] - 56:19
**commander** [1] - 56:22
**commander's** [1] - 57:7
**comments** [2] - 21:2,

23:9
commit [1] - 18:10
committed [2] - 43:16, 101:15
common [2] - 94:3, 94:6
Commons [1] - 2:20
Commonwealth [2] - 2:8, 119:4
COMMONWEALTH [1] - 119:2
community [4] - 30:17, 30:25, 35:8, 96:7
Complaint [1] - 43:7
complete [1] - 58:16
completed [3] - 54:10, 54:15, 62:12
completely [1] - 80:7
compliance [5] - 52:9, 52:11, 52:14, 52:15, 52:16
complies [1] - 77:21
concern [1] - 65:20
concerned [1] - 13:15
concerning [2] - 65:19, 65:21
conclude [1] - 9:25
concluded [1] - 115:14
conclusion [2] - 57:8, 79:22
conclusions [1] - 9:9
Concur [1] - 57:2
concur [2] - 57:6, 57:7
condition [2] - 74:4, 74:6
conducted [2] - 25:21, 32:21
confident [1] - 86:7
confined [1] - 53:3
connection [2] - 50:5, 50:7
considered [2] - 14:25, 62:10
consistent [3] - 64:5, 65:6, 65:17
constantly [1] - 36:2
constitutes [1] - 119:8
contact [6] - 42:13, 42:23, 43:2, 63:23, 76:4, 92:9
contacting [1] - 42:17
Contents [1] - 54:12
contract [2] - 12:18, 12:19
contracted [1] - 12:2
contractor [2] - 87:9, 87:10
control [1] - 60:10
Controller's [1] -

31:22
Cordero [1] - 62:12
correct [20] - 12:17, 15:23, 24:5, 26:9, 42:9, 56:9, 57:4, 65:9, 66:2, 71:14, 74:14, 82:25, 99:10, 99:23, 105:5, 107:13, 110:25, 112:18, 113:9, 116:18
correction [2] - 105:5, 108:16
Correctional [1] - 30:14
correctional [6] - 11:23, 25:10, 43:25, 44:3, 48:5, 71:8
corrections [9] - 30:9, 95:8, 106:7, 106:11, 106:16, 106:17, 109:3, 109:15, 116:14
Corrections [6] - 30:11, 50:22, 53:25, 61:23, 75:9, 81:7
Corvado [2] - 62:13, 62:14
council [1] - 30:23
Counsel [1] - 100:25
COUNSEL [1] - 2:13
counsel [2] - 119:12, 119:16
county [3] - 12:23, 12:24, 30:23
County [16] - 2:9, 2:19, 4:12, 4:15, 31:21, 32:22, 33:4, 34:3, 45:25, 50:21, 53:25, 61:23, 75:9, 75:23, 81:7, 86:16
COUNTY [3] - 1:9, 116:6, 119:2
couple [4] - 14:18, 17:6, 39:11, 110:16
course [2] - 13:13, 16:9
Court [5] - 48:22, 95:3, 96:15, 97:13, 101:3
COURT [1] - 1:2
courts [10] - 30:17, 34:10, 87:4, 87:11, 87:12, 89:19, 107:4, 112:18, 112:20, 112:24
cover [3] - 18:6, 54:5, 54:6
created [4] - 87:18, 89:14, 95:20, 95:23
credentials [1] - 28:19

criminal [1] - 112:22
criminals [1] - 112:23
crystal [1] - 47:2
culpable [1] - 26:13
cussing [1] - 41:13
custody [2] - 35:21, 97:18
cut [1] - 78:23

## D

Dallas' [1] - 85:20
danger [1] - 53:6
Database [1] - 33:18
database [5] - 33:21, 33:22, 95:4, 95:9, 95:13
DATE [2] - 117:25, 118:25
date [20] - 6:14, 27:13, 27:18, 27:24, 38:9, 41:22, 41:24, 42:2, 55:9, 55:12, 56:7, 61:18, 61:19, 74:21, 82:18, 89:10, 91:19, 91:21, 92:10, 93:14
dates [2] - 5:4, 34:7
days [4] - 39:11, 77:3, 77:7, 119:12
DC [1] - 30:11
dead [1] - 5:4
death [4] - 31:10, 42:22, 45:5, 55:18
Deceased [1] - 1:6
decision [4] - 70:3, 109:2, 109:3, 109:12
DECLARATION [1] - 116:8
declare [1] - 116:9
deemed [1] - 95:19
deescalating [1] - 59:19
Defendants [2] - 1:10, 2:18
defer [2] - 25:10, 111:6
definitely [1] - 33:7
department [1] - 114:14
Department [4] - 2:9, 2:19, 30:11, 30:13
deposed [1] - 5:9
DEPOSITION [6] - 1:12, 2:2, 116:2, 116:15, 117:2, 118:2
deposition [7] - 5:13, 79:10, 115:14, 119:6, 119:7, 119:11, 119:14
Deposition [1] -

116:11
deputies [2] - 7:6, 7:14
Deputy [5] - 10:18, 10:24, 11:3, 56:17, 100:16
deputy [7] - 4:11, 5:5, 10:8, 10:9, 10:17, 11:6, 47:16
describe [2] - 12:12, 17:23
described [1] - 21:9
details [4] - 26:4, 31:13, 74:2, 99:2
detective [1] - 33:5
determination [1] - 57:20, 108:7
determinations [1] - 25:12, 25:16
determine [12] - 9:20, 26:15, 63:2, 72:5, 72:11, 78:3, 78:24, 92:18, 92:21, 96:5, 103:17, 112:25
determined [1] - 9:21, 26:17, 97:20
detox [4] - 24:4, 24:9, 98:6, 99:24
detoxes [1] - 15:13
detoxing [12] - 15:11, 15:22, 23:3, 23:6, 23:19, 23:25, 25:2, 46:22, 60:20, 67:14, 67:17, 104:15
Diane [1] - 2:6
die [10] - 51:7, 63:13, 64:5, 64:13, 64:15, 64:20, 65:4, 65:17, 65:24, 67:2
dies [2] - 63:12, 64:4
difference [1] - 15:7, 99:18
different [4] - 34:23, 54:9, 68:8, 103:16
differently [1] - 5:21
difficulty [1] - 44:25
DiPaul [2] - 7:10, 45:8
direction [1] - 119:8
directions [1] - 13:18
directly [2] - 87:3, 119:16
disciplinary [4] - 35:15, 69:5, 69:18, 73:10
Discovering [1] - 95:18
discussed [2] - 33:12, 33:14
Discussion [2] - 10:6, 26:22
disposition [1] - 23:7

DISTRIBUTION [1] - 1:22
DISTRICT [2] - 1:2, 1:2
diversion [1] - 88:4
document [25] - 50:18, 53:15, 54:4, 54:16, 55:7, 56:3, 56:6, 56:11, 62:2, 62:4, 70:10, 74:11, 74:19, 75:12, 76:2, 76:4, 76:15, 81:9, 81:12, 81:15, 84:12, 84:19, 85:7, 86:18, 87:18
documented [2] - 79:2, 79:4
documents [8] - 5:21, 6:3, 21:9, 23:3, 24:18, 32:7, 32:18, 73:8
done [5] - 25:19, 25:23, 29:21, 70:10, 100:20
double [10] - 35:10, 35:20, 35:23, 98:8, 98:18, 98:20, 104:11, 104:14, 104:16, 104:25
double-celled [10] - 35:10, 35:20, 35:23, 98:8, 98:18, 98:20, 104:11, 104:14, 104:16, 104:25
down [5] - 20:14, 37:23, 38:3, 73:23, 109:10
drawn [1] - 9:9
drug [5] - 14:23, 15:5, 15:19, 15:20, 94:25
drugs [13] - 15:11, 22:22, 23:10, 23:22, 24:3, 24:5, 24:8, 60:20, 94:13, 99:16, 99:20, 99:22
drunk [1] - 111:19
dry [1] - 8:18
duly [2] - 4:5, 119:5
during [3] - 63:3, 65:8, 80:18
duty [2] - 28:9, 28:11

## E

easier [1] - 4:18
eat [1] - 105:11
effort [1] - 89:18
eight [6] - 19:2, 19:3, 19:10, 19:11, 19:17, 19:21
either [8] - 22:21,

4

41:10, 51:4, 53:7, 84:6, 102:7, 102:25, 119:16
**ELECTRONIC** [1] - 1:22
**electronically** [4] - 39:6, 39:7, 76:10, 88:23
**eligible** [1] - 95:20
**emergency** [2] - 27:12, 62:6
**emotionally** [1] - 7:12
**employed** [2] - 4:14, 87:15
**Employee** [1] - 50:22
**employee** [3] - 87:3, 87:4, 119:16
**employees** [2] - 12:23, 12:25
**encounter** [1] - 112:21
**end** [3] - 5:2, 5:6, 89:9
**ensure** [1] - 54:8
**entire** [1] - 116:10
**erase** [1] - 8:18
**ERRATA** [4] - 116:2, 116:15, 117:2, 118:2
**ESQUIRE** [2] - 2:15, 2:20
**essentially** [2] - 10:20, 37:8
**ESTATE** [1] - 1:5
**et** [6] - 1:9, 11:15, 54:11, 108:25, 116:5, 116:6
**evaluate** [2] - 62:7, 64:22
**evaluated** [3] - 25:14, 68:20, 102:12
**evaluating** [1] - 62:23
**evaluation** [4] - 22:18, 28:4, 62:8
**evaluations** [1] - 25:12
**eventually** [1] - 24:3
**exactly** [4] - 7:2, 47:25, 96:12, 101:21
**examination** [1] - 2:4
**EXAMINATION** [3] - 4:7, 100:22, 110:18
**examined** [1] - 4:6
**example** [7] - 15:9, 15:13, 35:16, 71:22, 77:17, 103:9, 108:10
**except** [1] - 116:13
**exception** [1] - 104:16
**excuse** [1] - 17:14
**executive** [1] - 85:4
**executive's** [1] - 30:24
**exercise** [1] - 19:18
**exercised** [1] - 19:8
**Exhibit** [25] - 45:17,

45:25, 47:24, 50:12, 50:13, 50:21, 51:2, 53:18, 53:24, 55:20, 55:24, 61:14, 61:21, 72:17, 74:16, 74:25, 75:7, 75:8, 80:25, 81:6, 84:15, 84:21, 86:10, 86:15, 100:25
**exhibit** [1] - 75:21
**EXHIBIT** [9] - 3:14, 3:15, 3:16, 3:17, 3:18, 3:19, 3:20, 3:21, 3:22
**experience** [1] - 19:23
**explain** [5] - 17:23, 52:25, 67:24, 71:18, 108:23
**explaining** [1] - 24:22
**expressed** [2] - 65:2, 76:9
**expression** [2] - 65:25, 66:4
**external** [1] - 34:9
**extraction** [1] - 53:5
**extremely** [1] - 101:15
**extremities** [1] - 19:19

---

**F**

**facilitate** [1] - 106:25
**fact** [5] - 44:5, 46:15, 94:9, 106:22, 108:2
**factor** [12] - 15:6, 15:8, 15:10, 15:17, 23:18, 23:23, 23:25, 46:22, 47:8, 51:4, 51:14, 67:12
**factors** [1] - 46:13
**Faherty** [1] - 51:7
**failed** [1] - 119:14
**fair** [4] - 22:22, 22:23, 89:7, 95:9
**familiar** [14] - 11:10, 20:19, 46:2, 56:3, 61:25, 76:14, 81:9, 81:10, 84:13, 84:19, 86:17, 88:12, 88:14, 112:6
**family** [2] - 44:21, 84:24
**Family** [1] - 84:22
**far** [1] - 47:9
**fear** [2] - 66:4, 66:9
**February** [1] - 119:19
**Federal** [1] - 2:4
**felt** [1] - 70:5
**females** [1] - 14:6
**Fentanyl** [1] - 67:10
**fentanyl** [6] - 67:16, 93:25, 94:4, 94:7, 94:11, 94:15

**few** [5] - 19:12, 34:6, 100:13, 100:14, 100:15
**fight** [4] - 17:4, 61:3, 111:20, 111:23
**fill** [1] - 83:9
**filled** [1] - 72:18
**filling** [1] - 81:15
**findings** [2] - 25:25, 26:12
**fine** [2] - 4:19, 4:21
**finish** [2] - 71:9, 71:10
**finished** [1] - 50:17
**first** [8] - 4:5, 5:8, 23:5, 42:12, 65:11, 76:10, 76:24, 119:5
**five** [1] - 115:6
**flexible** [1] - 18:18
**flip** [1] - 8:18
**floor** [2] - 43:16, 79:18
**follow** [7] - 13:17, 15:17, 22:16, 56:25, 58:5, 58:6, 102:22
**follow-up** [1] - 56:25
**followed** [5] - 40:7, 56:24, 57:8, 102:21, 103:13
**follows** [1] - 4:6
**FOR** [1] - 1:2
**Force** [2] - 55:25, 56:20
**force** [20] - 5:25, 39:4, 41:3, 52:13, 52:22, 52:23, 53:2, 56:13, 57:15, 59:17, 60:7, 62:5, 62:9, 62:10, 62:25, 63:3, 78:14, 78:15, 79:8
**foregoing** [1] - 119:6
**forget** [3] - 11:25, 27:16, 31:24
**forgot** [2] - 29:4, 30:7
**form** [16] - 9:15, 39:17, 59:10, 59:25, 62:11, 72:18, 75:8, 77:6, 81:9, 81:10, 83:10, 84:23, 90:3, 94:21
**Fort** [3] - 2:9, 2:20, 2:21
**FORWARDING** [1] - 1:22
**four** [3] - 4:16, 19:9, 115:6
**freely** [2] - 80:7, 80:16
**Friday** [2] - 1:14, 2:10
**friend** [1] - 45:14
**FROM** [1] - 1:23
**full** [1] - 77:7

**G**

**GALVIN** [1] - 119:20
**Galvin** [1] - 2:6
**Gateway** [1] - 2:16
**general** [13] - 35:14, 35:18, 35:22, 79:24, 80:3, 80:4, 80:9, 80:11, 105:5, 105:9, 106:9, 106:21, 106:23
**generally** [2] - 13:19, 88:22
**gesture** [2] - 108:9
**Gillespie** [4] - 7:22, 7:23, 8:13, 8:25
**given** [4] - 34:12, 34:16, 36:16, 36:22, 61:9, 100:6, 119:9
**glass** [2] - 36:5, 103:20
**glean** [1] - 60:15
**gown** [27] - 13:22, 13:24, 14:2, 17:14, 17:18, 17:21, 17:24, 18:3, 18:13, 20:8, 29:14, 36:16, 36:22, 37:4, 41:2, 42:8, 61:6, 61:9, 102:7, 103:2, 103:23, 104:10, 108:11, 108:14, 108:23, 109:14, 109:23
**gowns** [4] - 18:11, 114:16, 114:23
**great** [1] - 9:6
**group** [2] - 105:11, 105:12
**guard** [2] - 105:9, 108:20
**guard's** [1] - 108:18
**guards** [1] - 105:18
**guess** [3] - 5:3, 90:8, 108:2
**guide** [1] - 54:7
**guy** [1] - 104:19

**H**

**H-9** [4] - 48:25, 49:3, 49:5, 76:23
**Haburjak** [2] - 53:11, 79:16
**half** [2] - 14:7, 36:7
**hand** [4] - 57:25, 101:8, 111:18, 119:18
**handed** [5] - 45:24, 50:20, 53:23, 81:5, 86:14

**handheld** [1] - 58:2
**handle** [4] - 58:18, 59:6, 59:15, 59:16
**handled** [2] - 33:2, 60:17
**handouts** [1] - 8:5
**handwriting** [7] - 57:12, 57:14, 58:9, 58:10, 58:11, 84:3, 85:7
**hang** [3] - 46:16, 47:13, 65:12
**hanged** [1] - 41:25
**hanging** [2] - 30:5, 98:24
**happy** [1] - 41:8
**harm** [15] - 16:12, 17:8, 17:12, 18:8, 39:24, 40:25, 41:12, 53:7, 57:17, 60:5, 61:7, 72:15, 102:5, 104:12
**harmful** [3] - 72:6, 72:7, 72:9
**harming** [1] - 21:3
**Harper's** [1] - 74:18
**Harrison** [2] - 84:10, 114:10
**Harrison's** [1] - 84:8
**head** [9] - 14:21, 48:14, 51:22, 52:17, 56:10, 63:15, 96:24, 97:15, 98:12
**Health** [3] - 12:19, 81:8, 83:23
**health** [129] - 13:16, 13:18, 13:20, 13:25, 14:3, 20:18, 22:11, 22:13, 22:14, 22:18, 27:24, 28:4, 28:8, 28:10, 28:13, 28:16, 28:17, 28:22, 29:5, 29:6, 29:10, 29:18, 29:22, 29:25, 33:21, 34:11, 34:24, 36:4, 36:6, 36:15, 37:9, 37:10, 37:15, 37:18, 37:19, 37:22, 37:23, 37:25, 52:7, 58:19, 58:21, 59:20, 60:13, 62:21, 64:21, 66:24, 67:5, 67:9, 69:8, 69:10, 70:7, 70:20, 71:23, 73:11, 73:16, 73:17, 73:18, 73:24, 74:4, 74:6, 81:14, 81:24, 82:2, 82:5, 82:7, 82:8, 82:11, 82:17, 82:22, 83:13, 84:11, 86:23, 87:5, 90:7, 90:22, 93:3, 93:10, 93:13, 93:15,

93:20, 93:24, 95:8, 95:12, 95:19, 95:22, 99:13, 100:9, 102:13, 102:14, 102:23, 103:4, 103:7, 103:11, 103:17, 103:24, 104:9, 105:16, 105:23, 105:24, 107:11, 107:19, 108:7, 108:11, 108:13, 108:25, 109:7, 109:9, 109:18, 109:19, 109:25, 110:23, 111:5, 111:6, 111:7, 111:10, 111:13, 111:17, 111:25, 112:3, 112:12, 112:16, 112:21, 112:23, 113:5, 113:6, 113:9, 113:19, 114:7, 114:14
**Healthcare** [2] - 61:24, 81:8
**hear** [2] - 64:12, 85:15
**heard** [5] - 27:10, 39:22, 42:5, 48:8, 83:18
**heavy** [1] - 18:4
**held** [3] - 6:10, 6:15, 18:25
**help** [2] - 16:18, 16:19
**helped** [1] - 59:22
**hereby** [1] - 119:5
**herein** [3] - 2:3, 4:5, 119:7
**hereof** [1] - 116:15
**hereunto** [1] - 119:18
**higher** [2] - 99:6, 99:22
**himself** [12] - 21:3, 27:14, 39:15, 41:25, 46:16, 47:13, 51:9, 66:2, 101:8, 101:14, 106:15
**History** [1] - 83:23
**history** [7] - 15:18, 15:20, 63:14, 64:7, 95:19, 95:22, 108:12
**hold** [2] - 4:22, 78:4
**holding** [2] - 49:3, 76:21
**holds** [1] - 77:23
**hope** [1] - 100:20
**hopes** [2] - 63:12, 64:4
**hospitals** [1] - 35:5
**hostile** [1] - 21:12
**hour** [5] - 14:7, 20:9,

36:7, 103:2, 105:8
**hours** [8] - 19:2, 19:3, 19:11, 19:12, 19:17, 19:21, 20:9
**house** [1] - 104:22
**housed** [3] - 15:14, 15:23, 43:16
**housing** [3] - 34:24, 35:4, 35:7
**human** [1] - 16:11
**hung** [4] - 27:14, 101:8, 101:14, 106:15
**hurt** [4] - 13:23, 51:11, 64:3, 72:13
**husband** [1] - 44:22
**hysterical** [1] - 63:25

## I

**idea** [5] - 16:3, 16:6, 16:11, 70:11, 94:11
**ideation** [1] - 29:9
**Ideation** [1] - 83:7
**identification** [9] - 45:18, 50:14, 53:19, 55:21, 61:15, 75:2, 81:2, 84:16, 86:11
**identified** [2] - 9:12, 47:11
**identify** [4] - 8:12, 46:12, 51:3, 55:6
**illegal** [1] - 23:15
**IM** [1] - 63:8
**imagine** [2] - 26:8, 84:7
**immediate** [2] - 53:6
**immediately** [1] - 78:17
**impression** [1] - 35:7
**improper** [5] - 9:12, 9:18, 58:22, 70:21, 70:25
**improperly** [1] - 60:17
**improved** [1] - 19:6
**IN** [2] - 1:2, 119:18
**inadequate** [3] - 58:24, 59:5, 59:6
**incarcerate** [1] - 51:25
**incarceration** [1] - 9:13
**incident** [19] - 20:20, 31:3, 31:6, 38:16, 39:5, 41:21, 42:14, 42:21, 45:9, 49:2, 49:9, 52:22, 54:21, 70:2, 73:21, 75:14, 75:17, 75:19, 89:5
**Incident** [6] - 46:2, 50:23, 54:2, 75:9, 75:24, 86:17

**incidents** [1] - 76:12
**include** [1] - 10:23
**incoming** [1] - 104:13
**indicated** [4] - 43:14, 99:14, 102:6, 116:14
**indicates** [3] - 56:14, 67:14, 76:5
**indicating** [1] - 53:10
**indicating)** [1] - 47:25
**indirectly** [1] - 119:17
**individual** [1] - 114:13
**individual's** [1] - 18:2
**influence** [6] - 22:21, 23:14, 23:22, 24:3, 46:21, 46:24
**inform** [3] - 54:22, 101:12, 108:20
**information** [1] - 60:16
**informed** [1] - 54:18
**informing** [1] - 90:13
**initial** [3] - 5:24, 54:14, 97:12
**initials** [5] - 55:6, 56:6, 57:3, 74:18, 75:11
**injured** [2] - 63:2, 63:3
**injuries** [1] - 63:17
**injury** [3] - 63:5, 63:20, 63:22
**Inmate** [6] - 10:25, 63:12, 63:13, 68:5, 68:6, 79:22
**inmate** [46] - 16:4, 16:7, 16:10, 17:11, 17:17, 18:14, 18:23, 20:3, 20:5, 20:8, 20:11, 28:14, 28:16, 35:12, 35:16, 35:19, 35:21, 36:2, 36:15, 42:22, 48:4, 48:8, 52:13, 52:16, 53:3, 54:23, 62:7, 63:7, 63:10, 63:11, 63:24, 68:19, 79:17, 91:12, 96:15, 96:25, 97:12, 101:4, 101:12, 104:18, 106:5, 106:6, 108:22, 108:24
**inmate's** [3] - 44:11, 44:18, 45:5
**inmates** [14] - 28:2, 37:13, 43:15, 59:20, 64:24, 80:6, 91:8, 99:5, 104:11, 104:14, 104:15, 105:14, 107:11
**inside** [1] - 87:15
**inspection** [1] - 119:11
**instead** [2] - 18:23,

74:3
**intake** [20] - 10:23, 10:25, 14:8, 14:9, 23:10, 27:24, 48:24, 51:20, 65:8, 74:3, 76:21, 76:24, 77:3, 77:19, 80:16, 87:5, 93:20, 102:6, 104:14, 112:16
**interact** [3] - 96:5, 96:21, 97:21
**interaction** [3] - 70:15, 97:13, 113:2
**interactions** [1] - 105:14
**interested** [1] - 119:16
**interesting** [1] - 89:17
**Internal** [5] - 25:24, 26:2, 31:24, 32:24, 32:25
**internal** [1] - 31:8
**interpret** [1] - 66:6
**interpretation** [1] - 65:18
**interpreted** [2] - 66:13, 66:14
**intervention** [5] - 5:19, 66:24, 67:5, 90:14, 93:10
**interview** [9] - 91:19, 91:22, 91:25
**interviewed** [1] - 27:2
**investigate** [3] - 31:2, 31:6, 31:9
**investigation** [5] - 25:18, 25:22, 26:2, 26:7, 26:24
**Investigations** [1] - 31:25
**Involved** [1] - 53:8
**involved** [4] - 7:3, 7:7, 30:19, 89:19
**IP** [1] - 76:24
**IP-3** [1] - 76:20
**IS** [1] - 1:22
**issues** [6] - 34:11, 34:25, 64:23, 67:9, 107:11, 112:24

## J

**Jail** [8] - 4:12, 4:15, 34:3, 61:23, 81:7, 87:13, 88:11, 112:10
**jail** [48] - 5:24, 10:20, 10:21, 14:5, 21:2, 23:6, 28:3, 30:21, 33:4, 33:17, 34:19, 34:22, 35:3, 41:7, 41:8, 41:13, 44:20, 45:16, 46:23, 61:20,

67:22, 76:24, 80:8, 80:10, 82:10, 82:21, 87:3, 87:12, 87:15, 87:16, 88:9, 89:20, 90:10, 90:12, 90:23, 91:10, 91:13, 93:7, 94:6, 94:11, 99:12, 99:15, 102:4, 108:15, 110:24, 112:20, 113:12, 114:17
**jail's** [1] - 113:4
**jails** [1] - 89:18
**January** [2] - 1:14, 2:11
**Jean** [3] - 42:13, 85:10, 85:13
**JEAN** [2] - 1:4, 116:5
**Joel** [2] - 2:15
**John** [6] - 8:8, 31:24, 79:17, 79:22, 101:7, 101:14
**JOHN** [1] - 1:5, 2:20
**john.bacharach@ alleghenycounty. us** [1] - 2:22
**JRS** [33] - 34:14, 34:21, 34:23, 86:24, 86:25, 87:24, 88:2, 88:8, 90:11, 90:17, 90:25, 91:13, 91:18, 92:6, 92:7, 92:20, 92:24, 93:9, 95:20, 96:7, 96:9, 96:16, 96:18, 96:20, 97:2, 97:4, 97:17, 97:22, 97:23, 101:4, 101:17, 112:14, 112:19
**judge** [6] - 30:22, 77:24, 97:15, 97:16, 107:6, 107:8
**jumping** [1] - 52:21
**justice** [2] - 90:11, 112:22
**Justice** [6] - 34:8, 34:13, 96:2, 107:3, 107:9, 107:10

## K

**keep** [3] - 33:8, 110:4, 110:5
**kept** [3] - 24:4, 31:14, 31:17
**kill** [18] - 15:3, 15:21, 17:7, 17:12, 20:5, 29:3, 39:15, 64:20, 65:2, 65:3, 65:15, 66:5, 66:9, 66:17, 66:19, 71:25,

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

108:16, 109:21
**killing** [2] - 21:3, 51:9
**kin** [1] - 42:23
**kind** [1] - 103:12
**Klonopin** [2] - 67:10, 94:15
**knowing** [1] - 99:19
**knowledge** [5] - 18:10, 18:12, 31:8, 100:6, 100:8
**known** [1] - 94:10

## L

**La-Z** [1] - 19:25
**Lanum** [1] - 112:11
**last** [7] - 6:4, 6:11, 30:10, 34:3, 66:8, 79:10, 114:18
**Latham** [2] - 81:17, 114:6
**Law** [3] - 2:9, 2:15, 2:19
**Lawniczak** [7] - 42:13, 42:14, 42:19, 43:7, 43:14, 43:16, 86:8
**LAWNICZAK** [2] - 1:4, 116:5
**Layham** [1] - 112:12
**lead** [3] - 69:18, 70:18, 72:2
**learn** [2] - 14:19, 99:5
**learned** [4] - 14:20, 96:14, 96:25, 101:3
**learning** [3] - 97:12, 101:7, 101:13
**least** [3] - 45:10, 102:6, 105:10
**led** [1] - 57:19
**level** [4] - 57:16, 61:5, 107:18, 107:19
**levels** [1] - 56:21
**limit** [1] - 18:25
**Line** [14] - 117:3, 117:6, 117:9, 117:12, 117:15, 117:18, 117:21, 118:3, 118:6, 118:9, 118:12, 118:15, 118:18, 118:21
**lines** [1] - 46:25
**list** [2] - 44:19, 63:16
**located** [1] - 93:25
**look** [3] - 5:19, 85:9, 106:5
**looking** [5] - 11:14, 23:2, 26:15, 78:21, 81:23
**looks** [4] - 74:11, 87:19, 89:2, 95:8

**lower** [2] - 107:18, 107:19
**lying** [1] - 79:17

## M

**magistrate** [1] - 78:3
**Major** [2] - 56:16
**major** [4] - 4:24, 5:3, 39:5, 39:9
**males** [1] - 14:6
**mandate** [1] - 107:8
**manic** [1] - 94:25
**manic/psychotic** [1] - 21:10
**manic/psychotic-type** [1] - 21:10
**March** [20] - 6:21, 10:14, 11:25, 12:5, 27:4, 27:19, 27:24, 38:9, 41:19, 41:25, 42:14, 46:9, 61:18, 75:15, 80:3, 82:18, 83:3, 89:6, 89:7, 92:12
**Marguerite** [1] - 49:13
**marked** [17] - 45:18, 45:25, 50:14, 50:21, 53:19, 55:21, 55:24, 61:15, 61:21, 75:2, 75:7, 81:2, 81:6, 84:16, 84:21, 86:11, 86:15
**marker** [1] - 8:19
**Maryland** [1] - 30:13
**MASSIMO** [1] - 2:15
**material** [2] - 18:5, 37:4
**matter** [4] - 19:12, 42:10, 106:22, 116:11
**mattress** [1] - 37:7
**mattresses** [2] - 37:2, 37:6
**mean** [28] - 16:15, 16:16, 19:16, 22:12, 24:16, 25:9, 33:24, 34:21, 35:9, 35:12, 43:19, 48:19, 48:20, 52:3, 55:3, 57:6, 58:15, 59:25, 67:5, 67:16, 69:12, 82:3, 83:12, 97:3, 107:15, 108:4, 113:11, 113:12
**meaning** [2] - 20:25, 58:20
**means** [10] - 29:13, 35:17, 49:5, 51:23, 52:15, 67:24, 95:5, 95:7, 96:17, 98:20

**Medical** [1] - 54:11
**medical** [38] - 7:7, 7:15, 11:24, 12:2, 13:16, 24:11, 24:25, 25:11, 25:13, 27:11, 51:20, 51:25, 52:4, 62:6, 62:19, 62:20, 70:10, 71:20, 72:5, 79:18, 79:21, 79:23, 89:20, 90:2, 90:8, 93:24, 94:5, 102:19, 102:23, 110:22, 110:23, 111:4, 111:7, 111:9, 113:4
**medically** [8] - 51:21, 72:7, 72:9, 72:16, 72:19, 72:20, 72:24, 79:24
**Medication** [1] - 83:24
**medications** [3] - 93:24, 99:6, 99:10
**meds** [1] - 99:13
**meet** [1] - 30:17
**meeting** [19] - 5:18, 5:19, 5:22, 6:6, 6:10, 6:15, 6:23, 7:3, 7:18, 7:25, 8:5, 8:9, 8:11, 9:8, 9:23, 9:24, 31:11, 98:3, 98:4
**meetings** [4] - 30:20, 31:15, 33:12, 33:16
**members** [2] - 43:15, 44:21
**memorialized** [1] - 8:23
**Mental** [2] - 81:8, 83:23
**mental** [129] - 13:16, 13:18, 13:19, 13:25, 14:3, 20:17, 22:11, 22:13, 22:14, 22:18, 27:23, 28:3, 28:8, 28:10, 28:13, 28:15, 28:17, 28:22, 29:5, 29:6, 29:9, 29:18, 29:22, 29:25, 33:21, 34:11, 34:24, 36:4, 36:5, 36:15, 37:9, 37:10, 37:14, 37:17, 37:18, 37:22, 37:23, 37:25, 52:7, 58:19, 58:20, 59:19, 60:13, 62:21, 64:21, 66:24, 67:4, 67:9, 69:7, 69:10, 70:7, 70:20, 71:23, 73:11, 73:16, 73:17, 73:18, 73:24, 74:4, 74:6, 81:14, 81:24, 81:25, 82:5, 82:7, 82:8, 82:11, 82:17, 82:22, 83:13, 84:11, 86:23, 87:5,

90:7, 90:22, 93:3, 93:10, 93:12, 93:15, 93:20, 93:24, 95:8, 95:12, 95:19, 95:22, 99:13, 100:9, 102:12, 102:14, 102:23, 103:4, 103:7, 103:11, 103:16, 103:23, 104:8, 105:16, 105:23, 107:11, 107:19, 108:7, 108:11, 108:13, 108:24, 109:6, 109:9, 109:18, 109:19, 109:25, 110:23, 111:5, 111:6, 111:7, 111:9, 111:13, 111:17, 111:24, 112:3, 112:12, 112:16, 112:20, 112:23, 113:5, 113:6, 113:9, 113:18, 114:7, 114:13
**mentally** [3] - 72:16, 72:24, 73:3
**mention** [1] - 89:16
**mentioned** [10] - 11:16, 14:18, 15:22, 17:6, 45:7, 52:9, 85:24, 89:17, 107:24, 114:6
**mentions** [1] - 94:14
**meth** [4] - 47:3, 47:5, 47:6
**methamphetamines** [1] - 94:14
**MH** [3] - 33:18, 95:4, 95:21
**middle** [6] - 52:8, 53:9, 56:6, 79:15, 94:18, 94:23
**might** [2] - 44:22, 84:8
**Millvale** [2] - 46:15, 47:11
**mind** [1] - 70:23
**minimal** [3] - 41:5, 57:16, 60:6
**minute** [1] - 45:21
**minutes** [11] - 14:7, 14:11, 31:14, 36:6, 36:7, 100:14, 105:20, 105:22, 105:25, 106:3, 106:4
**Misconduct** [2] - 54:10, 54:18
**misconduct** [11] - 54:24, 55:3, 55:4, 69:17, 69:18, 69:20, 70:4, 70:6, 70:13, 71:13, 71:25

**monitor** [1] - 43:15
**month** [2] - 6:20, 30:18
**months** [1] - 4:16
**morning** [3] - 76:11, 85:14, 99:3
**most** [4] - 12:21, 18:18, 44:2, 77:23
**mostly** [2] - 11:13, 36:5
**mother** [1] - 42:16
**moved** [1] - 97:6
**movement** [2] - 19:24, 20:2
**moves** [1] - 77:21
**moving** [1] - 80:6
**MR** [103] - 3:7, 3:8, 3:9, 4:8, 8:8, 8:10, 8:15, 8:24, 9:3, 9:4, 9:6, 9:7, 9:14, 9:16, 10:3, 10:4, 10:7, 12:3, 12:4, 12:5, 12:7, 12:8, 12:16, 12:24, 13:2, 13:3, 13:4, 24:15, 26:20, 26:23, 31:19, 31:23, 32:2, 32:6, 32:9, 32:10, 32:11, 32:12, 32:14, 32:17, 32:20, 32:23, 32:25, 33:3, 33:6, 33:8, 33:10, 39:16, 39:20, 43:18, 43:20, 43:21, 45:19, 47:15, 47:18, 49:18, 49:22, 49:25, 50:2, 50:11, 50:15, 53:20, 55:22, 59:9, 59:11, 59:24, 60:2, 61:16, 71:10, 71:11, 71:16, 71:17, 72:7, 72:8, 75:3, 77:5, 77:10, 81:3, 83:11, 83:14, 84:17, 85:16, 85:18, 86:12, 88:3, 88:5, 88:7, 89:22, 89:23, 89:25, 90:4, 94:20, 94:22, 100:10, 100:12, 100:17, 100:19, 100:23, 110:13, 110:15, 110:19, 115:7, 115:9
**multiple** [4] - 28:6, 44:21, 44:22, 45:16
**multitude** [1] - 101:24
**must** [1] - 5:6

## N

**N/CT** [2] - 48:18, 48:21
**naked** [1] - 18:7
**name** [5] - 12:14,

12:15, 42:15, 54:13, 56:5
**names** [1] - 7:5
**nasty** [1] - 23:7
**necessarily** [10] - 28:18, 34:21, 46:22, 52:6, 78:13, 97:7, 104:9, 107:22, 108:4, 108:6
**necessary** [2] - 52:13, 54:11
**necks** [1] - 18:15
**need** [17] - 5:20, 24:9, 40:4, 40:5, 44:20, 54:22, 54:25, 58:12, 58:18, 61:3, 67:4, 69:6, 79:22, 90:14, 102:15, 110:9
**needed** [1] - 96:6
**needs** [2] - 25:14, 112:25
**Network** [1] - 12:20
**never** [3] - 19:20, 43:23, 115:4
**new** [2] - 48:22, 104:13
**New** [4] - 95:3, 96:15, 97:13, 101:3
**next** [10] - 38:20, 39:6, 42:23, 47:10, 56:18, 58:4, 67:23, 75:20, 88:23, 101:6
**NO** [10] - 3:14, 3:15, 3:16, 3:17, 3:18, 3:19, 3:20, 3:21, 3:22, 116:4
**nobody** [2] - 36:3, 60:8
**noose** [2] - 108:10, 108:17
**Nora** [3] - 7:23, 8:13, 8:25
**normal** [4] - 93:19, 94:3, 105:4, 112:16
**normally** [2] - 106:8, 106:12
**Notary** [2] - 2:7, 116:25
**notary** [1] - 119:4
**notes** [10] - 7:18, 7:21, 7:24, 8:3, 8:9, 8:12, 8:16, 8:19, 90:5, 93:22
**nothing** [3] - 9:18, 78:22, 119:6
**notice** [1] - 15:4
**Notification** [1] - 84:22
**notification** [3] - 84:25, 119:13
**notified** [2] - 13:17,

108:12
**notify** [2] - 13:15, 109:6
**noting** [1] - 95:21
**number** [8] - 22:22, 50:23, 56:2, 61:22, 75:10, 75:21, 84:22, 86:15
**nurse** [22] - 27:24, 29:5, 48:24, 62:17, 62:18, 62:20, 62:21, 67:9, 71:5, 72:17, 74:12, 81:14, 81:15, 81:24, 82:2, 82:7, 82:8, 82:14, 82:17, 94:2, 94:3, 114:7
**nurses** [2] - 12:21, 82:11

## O

**oath** [1] - 116:17
**object** [10] - 9:14, 24:16, 39:17, 59:9, 59:24, 77:6, 83:12, 90:2, 94:21
**observation** [8] - 35:24, 36:11, 36:19, 100:2, 103:15, 103:25, 104:5, 104:7
**observed** [1] - 104:4
**obviously** [2] - 24:17, 24:21
**occur** [2] - 11:17, 89:5
**occurred** [2] - 38:17, 73:21
**occurring** [1] - 70:3
**occurs** [1] - 39:5
**OF** [8] - 1:2, 1:5, 1:12, 1:22, 2:2, 116:8, 119:2, 119:2
**offer** [2] - 92:23, 116:16
**Office** [1] - 42:25
**office** [3] - 30:24, 85:2, 119:18
**Officer** [5] - 7:10, 45:8, 47:19, 48:8, 51:7
**officer** [9] - 36:8, 44:3, 48:10, 48:16, 53:13, 105:5, 108:16, 109:4, 109:15
**officers** [18] - 13:10, 13:15, 23:12, 43:25, 48:13, 48:18, 52:12, 65:7, 65:8, 65:12, 70:3, 70:12, 72:13, 104:3, 106:8, 106:11, 106:16, 106:17

**Officers** [1] - 54:10
**Offices** [1] - 2:15
**officially** [1] - 39:2
**often** [11] - 11:17, 44:13, 44:14, 63:21, 63:23, 87:6, 104:8, 105:6, 105:18, 114:20, 114:24
**oftentimes** [2] - 53:4, 96:6
**OLH** [1] - 74:21
**once** [5] - 11:19, 22:4, 30:17, 61:8
**one** [25] - 15:14, 16:12, 16:13, 18:11, 26:21, 28:5, 33:12, 35:5, 44:2, 44:18, 44:19, 68:6, 68:12, 68:17, 76:10, 77:22, 78:11, 87:17, 102:11, 103:17, 103:25, 104:19, 106:10, 107:24, 108:3
**ones** [1] - 14:20
**online** [2] - 31:20, 31:21
**operating** [1] - 10:21
**Operation** [1] - 10:18
**operation** [1] - 10:19
**Operations** [2] - 10:9, 11:4
**opportunities** [1] - 59:8
**opportunity** [1] - 59:13
**opposed** [2] - 36:7, 77:20
**OR** [1] - 1:22
**order** [1] - 111:12
**Orlando** [55] - 7:16, 20:21, 23:8, 23:9, 23:21, 27:8, 27:17, 29:24, 30:3, 33:11, 34:2, 36:18, 36:22, 37:14, 37:25, 38:9, 38:17, 39:14, 41:16, 41:22, 41:24, 42:8, 43:18, 43:22, 45:9, 45:13, 48:4, 55:3, 59:3, 59:23, 60:18, 62:24, 64:13, 65:5, 77:2, 78:5, 79:17, 79:22, 80:2, 82:16, 89:21, 90:6, 92:11, 93:11, 93:23, 98:5, 99:9, 100:6, 101:7, 101:14, 104:25, 106:15, 106:20, 112:4, 113:8
**ORLANDO** [1] - 1:6

**Orlando's** [8] - 5:23, 9:12, 22:20, 25:19, 31:3, 31:10, 42:16, 55:17
**OUR** [1] - 116:4
**outright** [1] - 108:8
**overly** [1] - 61:2
**overnight** [1] - 96:13
**oversee** [2] - 10:19, 10:25
**Oversight** [1] - 30:15
**oversight** [1] - 31:11

## P

**p.m** [1] - 115:14
**Package** [3] - 54:2, 54:13, 75:9
**package** [1] - 55:15
**packet** [27] - 39:3, 39:10, 39:11, 39:13, 39:19, 39:21, 40:7, 40:13, 46:5, 46:6, 46:8, 53:16, 54:9, 54:14, 56:13, 78:18, 79:5, 79:8, 79:9, 88:18, 88:19, 88:20, 89:12, 106:20, 113:23
**page** [5] - 75:20, 76:18, 79:15, 94:19, 94:24
**PAGE** [2] - 3:5, 3:12
**Page** [14] - 117:3, 117:6, 117:9, 117:12, 117:15, 117:18, 117:21, 118:3, 118:6, 118:9, 118:12, 118:15, 118:18, 118:21
**painful** [3] - 19:14, 19:15, 19:23
**paper** [1] - 81:21
**paragraph** [6] - 46:11, 46:17, 48:17, 51:3, 51:19, 52:8
**parent** [4] - 44:12, 44:17, 44:19, 45:5
**parents** [3] - 43:4, 44:24, 45:3
**part** [20] - 11:22, 14:11, 14:12, 16:2, 25:6, 25:9, 26:14, 26:24, 33:17, 46:4, 46:6, 53:16, 56:12, 56:14, 69:7, 82:11, 88:18, 93:5, 101:10, 106:2
**particular** [3] - 28:8, 67:6, 92:10
**parties** [1] - 119:12

**parts** [1] - 54:14
**passes** [1] - 103:4
**patch** [8] - 67:11, 67:16, 67:18, 67:21, 93:25, 94:4, 94:7, 94:11
**Patient** [1] - 82:24
**PENALTY** [1] - 116:8
**penalty** [1] - 116:9
**PENNSYLVANIA** [2] - 1:2, 119:2
**Pennsylvania** [5] - 2:8, 2:10, 2:16, 2:21, 119:4
**people** [28] - 7:4, 7:5, 7:8, 24:8, 28:6, 34:11, 34:24, 35:11, 40:23, 41:7, 41:8, 41:13, 44:6, 46:23, 58:19, 58:21, 59:15, 59:17, 69:6, 77:15, 77:16, 87:14, 96:6, 99:14, 104:19, 104:22, 112:21, 115:4
**period** [3] - 34:5, 80:19, 103:3
**periodically** [1] - 78:20
**PERJURY** [1] - 116:8
**perjury** [1] - 116:9
**permanent** [1] - 8:19
**permission** [1] - 44:20
**person** [54] - 13:20, 12:23, 15:2, 15:4, 15:10, 15:15, 15:18, 16:17, 16:22, 17:17, 18:6, 19:20, 20:12, 20:15, 22:15, 23:5, 25:2, 25:14, 25:15, 28:5, 28:18, 29:5, 34:18, 44:18, 60:15, 60:18, 61:4, 71:22, 71:24, 77:20, 78:25, 79:3, 90:8, 91:20, 91:24, 92:22, 94:6, 94:10, 96:5, 96:8, 96:22, 97:21, 103:5, 103:7, 103:8, 103:11, 104:21, 107:8, 108:8, 108:14, 109:10, 109:13, 111:19, 112:25
**Personal** [1] - 1:5
**personally** [1] - 42:24
**personnel** [3] - 49:21, 94:5, 110:22
**pertains** [1] - 37:12
**phone** [1] - 42:19
**physical** [5] - 52:3,

8

52:5, 62:24, 63:16, 82:10
**physicians** [1] - 12:21
**Piendel** [1] - 56:16
**Pitt** [3] - 2:9, 2:20, 2:21
**Pittsburgh** [3] - 2:10, 2:16, 2:21
**place** [14] - 10:22, 13:24, 18:2, 41:14, 56:22, 68:19, 70:2, 76:12, 85:6, 89:21, 91:8, 91:22, 104:8, 119:7
**placed** [34] - 17:13, 17:18, 18:23, 19:7, 20:6, 21:4, 21:14, 21:24, 27:19, 36:19, 37:14, 40:8, 40:9, 40:10, 40:24, 41:2, 48:18, 48:25, 49:5, 54:23, 60:19, 60:21, 61:19, 68:25, 73:9, 73:10, 73:11, 98:6, 98:15, 103:24, 104:2, 108:5, 108:11, 111:12
**placement** [6] - 9:18, 9:20, 10:2, 40:18, 41:10, 91:6
**placing** [1] - 91:3
**Plaintiff** [4] - 1:7, 2:3, 2:14, 100:25
**plan** [1] - 53:4
**planned** [2] - 52:23, 53:2
**pod** [1] - 105:6
**pods** [2] - 14:8, 14:9
**point** [7] - 48:3, 97:17, 98:6, 98:9, 98:18, 107:25, 109:13
**Police** [3] - 32:22, 46:15, 47:11
**police** [7] - 32:23, 33:4, 33:5, 48:6, 48:10, 48:12, 48:15
**policies** [2] - 10:22, 57:11
**Policy** [1] - 56:21
**policy** [9] - 11:7, 11:11, 11:12, 17:10, 20:5, 24:17, 44:17, 56:23, 57:8
**population** [18] - 35:14, 35:18, 35:22, 69:7, 72:3, 72:4, 79:25, 80:3, 80:5, 80:9, 80:12, 83:5, 84:5, 105:5, 105:9, 106:9, 106:21, 106:23

**Porter** [1] - 87:22
**Portion** [1] - 63:20
**portion** [3] - 63:23, 67:15, 77:19
**positions** [1] - 4:22
**possess** [1] - 43:15
**possible** [2] - 63:13, 102:24
**possibly** [1] - 13:23
**potentially** [1] - 103:2
**pre** [1] - 78:2
**pre-arraignment** [1] - 78:2
**prearranged** [1] - 77:25
**precaution** [9] - 21:15, 21:17, 21:19, 21:25, 22:3, 22:5, 27:20, 60:21, 104:12
**precautions** [7] - 15:25, 30:4, 40:11, 80:21, 80:23, 83:2, 100:7
**Precautions** [1] - 82:25
**preparation** [1] - 5:13
**prescribed** [1] - 99:15
**prescription** [2] - 23:14, 95:3
**prescriptions** [1] - 94:15
**PRESENT** [1] - 2:13
**present** [2] - 7:9, 7:17
**preserved** [1] - 8:20
**president** [1] - 30:22
**pretty** [5] - 11:12, 18:19, 20:23, 45:8, 63:25
**prevent** [3] - 16:21, 41:12, 61:6
**prevention** [15] - 5:19, 11:8, 12:13, 13:21, 13:24, 14:12, 17:14, 20:16, 22:8, 24:13, 29:12, 99:4, 103:22, 104:10, 108:23
**Prevention** [1] - 97:24
**prevents** [1] - 18:14
**previously** [1] - 76:23
**primarily** [2] - 45:2, 107:10
**primary** [1] - 13:10
**print** [1] - 81:18
**prior-to** [1] - 76:13
**Prison** [2] - 75:24, 86:16
**prison** [1] - 77:4
**probation** [1] - 87:13
**problem** [2] - 10:2, 10:5, 24:20
**Procedure** [1] - 2:5

**procedures** [3] - 10:22, 10:23, 57:11
**process** [9] - 11:2, 39:9, 56:15, 65:8, 77:17, 77:20, 93:20, 96:9, 96:10
**processed** [1] - 80:8
**processes** [2] - 82:12, 96:3
**processing** [6] - 76:25, 77:3, 77:24, 80:6, 80:17, 80:19
**produce** [1] - 9:5
**professional** [7] - 24:7, 25:10, 64:21, 70:11, 109:19, 111:14, 112:17
**Professional** [1] - 2:6
**professionals** [2] - 25:11, 111:10
**professionals'** [1] - 108:7
**program** [2] - 12:14, 24:13
**PROHIBITED** [1] - 1:22
**proper** [4] - 40:7, 60:13, 71:21, 83:9
**properly** [4] - 44:3, 44:8, 59:17, 59:19
**property** [2] - 13:12, 15:5
**protection** [2] - 69:6
**protective** [1] - 35:21
**protocol** [5] - 14:12, 16:2, 20:16, 29:20, 99:25
**protocols** [5] - 15:18, 22:15, 22:17, 29:13, 40:8
**provide** [3] - 34:23, 35:7, 101:24
**provided** [2] - 32:3, 32:4, 32:7
**provides** [2] - 12:20, 34:10
**psych** [1] - 35:5
**psychosis** [2] - 67:7, 94:25
**psychotropic** [2] - 99:6, 99:13
**Psychotropic** [1] - 83:23
**public** [1] - 119:4
**Public** [3] - 2:7, 30:13, 116:25
**pulled** [1] - 79:3
**purpose** [1] - 26:7
**pursuant** [1] - 2:4
**put** [13] - 13:20, 13:25, 41:3, 50:12, 56:13,

59:15, 60:24, 63:19, 64:25, 78:18, 102:7, 108:13, 109:22

**Q**

**qualified** [2] - 25:4, 93:4
**questions** [6] - 64:2, 100:15, 110:16, 110:21, 115:14
**quick** [2] - 74:16, 110:16
**quilted** [1] - 18:5
**quilted-type** [1] - 18:5
**quilts** [1] - 18:20
**quite** [3] - 6:15, 87:6, 112:21

**R**

**radio** [1] - 27:11
**ramble** [1] - 93:23
**ran** [1] - 95:3
**rare** [2] - 104:17, 104:23
**rarely** [4] - 19:9, 104:17, 114:25, 115:2
**rather** [1] - 14:7
**reaction** [1] - 17:11
**read** [14] - 45:21, 75:18, 76:6, 84:2, 84:6, 86:20, 88:20, 88:23, 89:11, 89:12, 101:5, 115:10, 116:10, 116:12
**readily** [1] - 18:21
**reading** [4] - 36:13, 47:21, 76:2, 119:11
**ready** [5] - 45:22, 53:21, 75:5, 81:4, 84:18
**real** [5] - 69:25, 70:24, 74:16, 78:15, 99:2
**really** [4] - 19:20, 32:16, 64:22, 67:23
**reason** [13] - 17:2, 20:7, 29:17, 40:17, 41:9, 41:14, 44:14, 45:2, 60:24, 69:23, 69:24, 102:3, 106:3
**Reason** [16] - 83:6, 83:22, 117:5, 117:8, 117:11, 117:14, 117:17, 117:20, 117:23, 118:5, 118:8, 118:11, 118:14, 118:17, 118:20, 118:23

**reasons** [11] - 35:15, 51:25, 52:4, 69:5, 69:8, 69:10, 70:7, 70:14, 70:20, 111:17, 111:25
**recalled** [1] - 75:25
**receive** [1] - 69:20
**received** [5] - 55:15, 69:17, 112:7, 112:9, 119:13
**receiving** [3] - 34:20, 99:20, 99:21
**recollection** [1] - 86:5
**recommendation** [7] - 34:13, 34:17, 90:10, 90:11, 92:25, 102:20
**recommendations** [3] - 56:25, 90:5, 102:23
**recommended** [1] - 58:6
**record** [5] - 10:6, 26:22, 78:9, 78:14, 119:9
**recorded** [1] - 119:7
**recording** [2] - 57:21, 57:23
**records** [1] - 78:12
**recreate** [1] - 105:12
**recreationally** [1] - 24:8
**reduced** [1] - 119:8
**reevaluate** [2] - 58:13, 58:18
**refer** [1] - 100:24
**Referral** [4] - 81:8, 83:6, 83:22, 84:3
**referral** [26] - 82:14, 90:18, 90:19, 90:24, 92:6, 92:7, 95:21, 95:23, 96:10, 96:16, 96:18, 97:2, 97:4, 101:4, 101:13, 110:23, 112:4, 112:8, 112:10, 112:12, 113:19, 113:25, 114:8, 114:11, 114:12
**referrals** [4] - 93:9, 93:10, 110:22, 111:5
**referred** [9] - 6:5, 82:5, 82:6, 82:13, 91:13, 91:16, 97:22, 101:2, 107:12
**Referred** [2] - 81:18, 82:3
**referring** [4] - 75:14, 80:5, 90:3, 97:10
**refers** [2] - 11:13, 98:3
**refresh** [1] - 86:4
**refuse** [1] - 29:15

refused [1] - 41:2
refuses [1] - 17:17
regard [1] - 51:2
regarding [1] - 11:7
registering [1] - 44:25
regular [1] - 12:23
related [5] - 39:19,
66:11, 90:12, 94:25
Related [4] - 34:8,
34:13, 88:9, 88:11,
96:2, 107:3, 107:9,
107:10, 112:10
relative [1] - 119:16
released [6] - 96:7,
97:18, 97:23, 99:3,
102:17, 107:9
remain [2] - 102:10,
103:22
remained [1] - 109:13
remember [6] - 13:5,
26:4, 26:5, 34:7,
38:24, 49:23
remove [1] - 94:4
removed [10] - 20:10,
21:18, 21:22, 22:4,
27:17, 61:8, 94:2,
94:12, 112:4, 114:4
rendered [1] - 35:3
report [11] - 31:25,
32:13, 32:15, 33:20,
46:3, 54:6, 63:22,
63:23, 83:5, 88:15,
92:19
Report [8] - 46:2,
50:22, 54:10, 54:11,
54:18, 75:24, 86:17
reported [1] - 65:7
Reporter [1] - 2:7
reporting [2] - 90:16,
99:17
reports [3] - 89:20,
90:2, 107:4
representation [1] -
30:23
Representative [1] -
1:5
represents [1] - 87:11
REPRODUCTION [1] -
1:22
requested [1] - 92:4
requests [1] - 92:5
required [3] - 56:23,
58:7, 71:19
requirements [1] -
54:9
resistance [2] - 57:16,
61:5
resisting [3] - 21:13,
41:11, 41:17
resistive [4] - 41:5,
59:16, 61:2, 61:3

respective [1] -
119:12
respects [1] - 116:17
respond [2] - 62:7,
119:14
response [2] - 108:19,
112:24
responsibilities [1] -
10:16
responsibility [1] -
10:20
responsible [2] - 16:8,
16:14
restrained [1] - 60:6
restraint [3] - 17:19,
18:24, 20:6, 20:9,
20:13, 20:15, 21:5,
27:18, 29:15, 40:8,
40:10, 41:4, 41:10,
54:23, 59:16, 60:11,
60:20, 60:22, 60:25,
62:9, 64:25, 68:3,
77:18, 78:6, 78:19,
78:25, 100:5, 102:8,
102:25, 109:14,
111:12, 111:15,
113:14
restraints [1] - 48:23
restricted [3] - 80:13,
80:14, 80:24
restriction [2] -
103:13, 110:11
restrictions [3] -
102:11, 102:16,
102:18
restrictive [1] - 105:10
restricts [2] - 19:24,
20:2
restroom [1] - 100:13
return [1] - 45:3
Review [2] - 55:25,
56:19
review [12] - 5:12,
5:15, 39:3, 39:7,
39:8, 49:8, 53:15,
56:15, 56:21, 57:21,
57:23, 76:12
reviewed [15] - 5:16,
5:21, 5:23, 5:25, 6:3,
39:2, 39:7, 39:13,
40:6, 46:9, 49:10,
55:23, 79:6, 79:10
risk [21] - 15:6, 15:8,
15:9, 15:17, 23:18,
23:22, 23:25, 24:14,
25:5, 46:13, 46:22,
47:7, 51:4, 51:14,
64:17, 64:19, 67:11,
99:6, 99:22, 108:3
risks [1] - 108:2
RN [1] - 82:2

role [1] - 33:16
roommate [1] - 98:21
rope [1] - 18:19
rounds [9] - 14:7,
14:10, 36:6, 104:3,
105:7, 105:18,
105:24, 106:2
rule [1] - 72:12
Rules [1] - 2:5
Ruth [1] - 84:8, 84:10,
114:10, 119:4

**S**

S/DIANE [1] - 119:20
sad [1] - 101:15
safety [4] - 36:25,
37:5, 37:6
Safety [1] - 30:13
Sansone [1] - 2:15
save [1] - 116:13
saw [4] - 27:23, 33:20,
64:5, 112:11
scenario [2] - 20:24,
109:20
scene [1] - 23:13
screaming [3] - 63:11,
64:3, 64:13
seal [1] - 119:18
second [3] - 26:21,
47:16, 76:18
Section [1] - 53:8
section [7] - 56:18,
58:4, 67:8, 67:23,
82:4, 85:9, 89:5
sections [4] - 54:17,
67:25, 68:4, 76:22
security [3] - 10:19,
14:6, 14:10
see [7] - 5:20, 8:12,
10:21, 22:15, 28:22,
29:9, 36:9, 53:9,
56:15, 65:16, 78:21,
79:5, 79:13, 81:4,
81:17, 84:4, 85:6,
85:11, 93:13, 106:5,
108:17, 109:10,
111:13, 113:8
seeing [10] - 29:4,
32:18, 81:11, 90:6,
92:11, 92:14, 93:15,
96:16, 96:25, 101:4
seek [1] - 71:20
sees [5] - 28:14,
96:24, 103:4, 103:7,
109:25
segregate [5] - 71:5,
71:19, 71:21, 72:3,
72:13
segregated [5] -
35:13, 35:14, 35:17,

35:19, 35:22
segregating [1] - 72:5
segregation [24] -
68:5, 68:7, 68:13,
68:15, 68:17, 68:20,
68:22, 69:2, 69:3,
69:4, 69:9, 69:12,
69:14, 69:19, 70:14,
70:19, 71:6, 71:13,
72:2, 72:14, 73:9,
73:10, 73:12, 74:12
seizure [2] - 63:14,
64:7
self [10] - 16:12, 18:8,
39:24, 40:25, 41:12,
53:7, 57:17, 61:7,
99:17, 104:12
self-harm [8] - 16:12,
18:8, 39:24, 40:25,
41:12, 53:7, 61:7,
104:12
self-reporting [1] -
99:17
send [2] - 96:20,
114:14
sense [4] - 24:16,
39:18, 70:6, 97:9
sent [3] - 39:5, 74:5,
76:10
sentence [4] - 47:10,
85:10, 101:2, 101:6
sentences [1] - 107:7
separate [2] - 66:15,
113:3
Sergeant [4] - 7:10,
7:13, 53:11, 79:16
sergeant [5] - 33:5,
106:18, 106:24,
108:21
seriously [1] - 48:7
services [9] - 34:10,
35:2, 90:12, 90:14,
90:21, 92:22, 95:20,
96:6, 101:24
Services [13] - 10:25,
30:14, 34:8, 34:14,
61:24, 81:8, 88:9,
88:11, 96:2, 107:4,
107:9, 107:10,
112:10
set [2] - 96:4, 119:18
sewn [1] - 18:20
SHEET [4] - 116:2,
116:15, 117:2, 118:2
Shift [1] - 56:18
shift [3] - 56:22, 57:7,
76:12
shifts [1] - 76:13
Short [1] - 100:18
shoulder [1] - 94:2
shouting [2] - 63:12,

67:2
show [1] - 73:8
side [1] - 81:21
sign [12] - 15:3, 15:5,
15:8, 15:21, 17:8,
46:19, 47:7, 51:4,
51:12, 64:17, 64:18,
67:11
SIGNATURE [2] -
117:25, 118:25
signature [5] - 68:14,
81:23, 84:8, 85:20,
87:19
Signature [1] - 115:12
signed [7] - 68:18,
88:21, 89:2, 89:4,
89:14, 119:13,
119:14
Signed [1] - 54:10
signing [1] - 119:11
signs [5] - 11:14,
13:11, 14:19, 15:2,
46:13
SIMON [8] - 1:12, 2:2,
3:3, 4:4, 116:20,
117:25, 118:25,
119:5
situation [4] - 22:19,
59:22, 103:8, 110:5
skill [1] - 119:9
sleep [1] - 104:20
smock [1] - 18:3
sober [1] - 111:22
social [1] - 105:13
solely [1] - 92:24
someone [12] - 15:23,
28:19, 36:8, 71:20,
90:13, 90:20, 93:16,
96:21, 97:17, 102:3,
108:3, 114:15
sometime [4] - 6:24,
21:4, 77:8, 97:19
sometimes [18] - 7:24,
35:16, 44:19, 44:21,
44:24, 45:3, 60:13,
64:24, 77:15, 96:11,
97:9, 97:18, 104:7,
104:18, 107:6,
107:7, 114:24
somewhat [1] - 22:17
somewhere [1] - 56:5
sorry [10] - 6:5, 17:20,
43:20, 52:20, 57:22,
61:21, 63:8, 68:4,
101:9, 101:11
space [2] - 91:21,
91:24
special [1] - 110:11
specialist [24] - 22:14,
28:8, 28:11, 28:14,
28:16, 28:17, 28:22,

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

29:6, 29:10, 29:18, 29:22, 29:23, 29:25, 83:13, 84:12, 86:24, 88:6, 93:13, 103:4, 103:17, 109:7, 109:9, 109:19, 109:25
**Specialist** [1] - 87:25
**specific** [5] - 12:14, 20:20, 28:5, 81:11, 102:4
**specifically** [2] - 9:23, 67:15
**speculation** [2] - 27:22, 73:14
**SPIT** [6] - 5:18, 5:22, 6:6, 6:7, 6:8, 98:3
**spring** [1] - 5:7
**staff** [28] - 7:7, 7:15, 10:19, 11:23, 11:24, 12:2, 12:22, 13:16, 13:17, 13:18, 13:20, 25:13, 26:13, 43:15, 48:5, 51:20, 57:10, 59:5, 62:6, 79:18, 79:21, 99:15, 113:5, 113:6, 113:9, 113:12
**Staff** [1] - 53:8
**staffed** [4] - 43:25, 44:2, 44:4, 44:9
**stamp** [2] - 32:8, 81:19
**stamped** [1] - 53:24
**stands** [3] - 88:8, 95:2, 95:15
**started** [1] - 93:23
**starts** [1] - 16:12
**state** [1] - 56:23
**statement** [30] - 23:17, 23:20, 24:7, 24:13, 29:2, 29:7, 29:11, 39:19, 43:23, 44:7, 48:9, 48:12, 51:10, 58:16, 64:16, 65:5, 65:6, 65:11, 65:15, 65:19, 65:22, 66:7, 66:8, 66:21, 66:25, 67:3, 67:6, 108:8, 109:21, 111:4
**statements** [11] - 13:13, 13:14, 39:24, 40:3, 40:25, 48:7, 51:8, 57:17, 60:19, 60:25, 66:11
**states** [2] - 51:6, 67:10
**STATES** [1] - 1:2
**stay** [4] - 19:10, 103:8, 109:23, 110:6
**stenographically** [1] - 119:8
**step** [2] - 37:23, 73:23

**step-down** [2] - 37:23, 73:23
**stepdown** [2] - 107:13, 107:20
**stepped** [1] - 38:3
**still** [10] - 4:11, 8:25, 21:19, 22:2, 49:15, 103:9, 103:12, 104:2, 104:4, 116:17
**stop** [1] - 16:22
**strangers** [1] - 13:13
**straps** [1] - 68:2
**strictly** [2] - 108:6, 111:24
**strike** [1] - 103:9
**STW** [2] - 55:8, 75:13
**Subscribed** [1] - 116:22
**substances** [2] - 14:24, 23:15
**successful** [1] - 5:16
**Suicidal** [1] - 83:7
**suicidal** [6] - 13:14, 29:8, 35:16, 37:12, 51:12, 51:18
**suicide** [89] - 5:17, 5:18, 6:13, 6:19, 6:21, 7:9, 7:11, 11:8, 11:14, 12:13, 13:11, 13:21, 13:22, 13:24, 14:12, 15:25, 17:13, 17:18, 17:21, 17:24, 18:3, 18:10, 18:11, 20:15, 21:15, 21:16, 21:19, 21:25, 22:3, 22:5, 22:8, 23:18, 23:23, 24:12, 24:14, 24:17, 24:18, 25:5, 25:19, 26:16, 26:18, 27:19, 29:12, 29:14, 30:3, 34:3, 36:16, 36:22, 37:4, 40:10, 41:2, 41:4, 42:8, 42:22, 43:17, 46:14, 51:5, 51:15, 60:21, 61:6, 61:9, 64:17, 64:19, 66:22, 80:20, 80:23, 82:24, 83:2, 99:4, 99:7, 100:7, 102:7, 103:2, 103:12, 103:14, 103:19, 103:22, 104:10, 108:2, 108:4, 108:5, 108:11, 108:23, 109:14, 109:22, 114:16, 114:23, 115:5
**Suicide** [2] - 83:8, 97:24
**Suite** [2] - 2:10, 2:16
**Summation** [1] -

56:19
**supervisor** [3] - 13:16, 54:8, 78:18
**supervisor's** [1] - 54:13
**supposed** [7] - 36:8, 47:3, 60:4, 72:15, 72:23, 105:6, 113:8
**surveillance** [2] - 39:12, 57:24
**sworn** [3] - 4:5, 116:22, 119:5
**system** [1] - 112:22

## T

**takeaway** [2] - 8:22, 8:23
**talks** [1] - 89:9
**tape** [1] - 39:12
**teach** [3] - 13:9, 14:13, 25:3
**team** [3] - 52:9, 52:11, 52:12
**Team** [1] - 97:24
**tear** [2] - 18:17, 18:21
**Teresa** [3] - 81:17, 112:11, 114:6
**terminated** [5] - 49:20, 49:23, 50:4, 50:6, 50:8
**terms** [2] - 90:24, 91:3
**TERZIGNI** [57] - 2:15, 3:7, 3:9, 4:8, 8:8, 8:15, 9:3, 9:6, 9:7, 9:16, 10:4, 10:7, 12:4, 12:7, 12:8, 12:24, 13:3, 13:4, 26:23, 31:23, 32:6, 32:10, 32:12, 32:17, 33:8, 33:10, 39:20, 43:20, 43:21, 45:19, 47:18, 50:2, 50:15, 53:20, 55:22, 59:11, 60:2, 61:16, 71:11, 71:17, 72:8, 75:3, 77:10, 81:3, 83:14, 84:17, 85:18, 86:12, 88:7, 89:23, 90:4, 94:22, 100:10, 100:17, 110:15, 110:19, 115:7
**terzignim@gmail.com** [1] - 2:17
**testified** [6] - 4:6, 42:4, 42:7, 85:25, 104:24, 112:14
**testify** [1] - 119:6
**testimony** [1] - 119:9
**THE** [3] - 1:2, 1:2, 1:23
**themselves** [3] -

13:23, 24:21, 102:5
**they've** [2] - 20:17, 64:25
**thick** [2] - 18:5, 18:19
**thinking** [1] - 64:24
**THIS** [1] - 1:22
**threat** [1] - 102:4
**threatening** [2] - 51:8, 72:12
**three** [4] - 10:10, 10:12, 36:14, 44:6
**Three** [1] - 2:16
**throughout** [1] - 9:12
**tight** [1] - 78:22
**tightness** [1] - 48:24
**title** [1] - 11:5
**titled** [2] - 45:25, 50:21
**today** [1] - 17:15
**together** [4] - 16:12, 18:20, 56:14, 78:18
**took** [5] - 7:21, 8:3, 60:10, 76:12, 77:19
**tool** [1] - 54:7
**top** [1] - 14:21
**touched** [1] - 70:5
**touching** [1] - 51:11
**tour** [1] - 105:9
**towards** [3] - 51:19, 52:20, 89:9
**town** [1] - 44:25
**train** [1] - 59:14
**trained** [4] - 59:6, 59:15, 59:18, 59:19
**training** [20] - 11:14, 11:16, 11:22, 12:13, 13:6, 14:4, 14:14, 14:19, 24:12, 24:18, 25:3, 25:7, 25:9, 25:13, 59:8, 59:14, 59:21, 60:14, 61:11, 99:4
**TRANSCRIPT** [1] - 1:22
**transcript** [3] - 116:10, 116:18, 119:13
**transferred** [2] - 34:18, 34:22
**treated** [3] - 58:21, 59:4, 110:10
**Tricia** [1] - 62:12
**triggers** [1] - 29:3
**true** [6] - 48:12, 48:15, 67:5, 116:12, 116:18, 119:9
**truth** [3] - 119:6, 119:6
**trying** [2] - 20:4, 78:24
**turn** [2] - 17:3, 18:19
**twisting** [1] - 60:8
**two** [14] - 16:11, 20:9,

35:11, 43:25, 54:17, 67:25, 68:8, 76:22, 77:3, 77:7, 103:16, 106:13, 106:17, 107:20
**type** [7] - 18:5, 21:10, 37:20, 52:21, 54:21, 62:18, 113:2
**typed** [2] - 57:11, 58:7
**typewriting** [1] - 119:8
**typically** [1] - 7:7

## U

**umbrella** [1] - 90:9
**uncomfortable** [1] - 19:16
**under** [21] - 12:13, 17:10, 22:21, 23:13, 23:21, 24:3, 24:12, 25:3, 35:6, 46:11, 46:20, 46:23, 63:5, 84:2, 90:9, 102:11, 102:25, 103:12, 116:9, 116:17, 119:8
**UNDER** [1] - 116:8
**underneath** [2] - 55:10, 57:9
**unit** [33] - 13:25, 36:4, 36:6, 36:10, 36:16, 37:9, 37:11, 37:15, 37:17, 37:18, 37:19, 37:20, 37:22, 37:25, 38:4, 43:24, 44:3, 44:6, 73:16, 73:17, 73:18, 73:24, 74:3, 98:6, 98:15, 100:9, 103:24, 104:9, 105:9, 105:23, 105:24, 106:18, 107:13
**Unit** [3] - 37:20, 73:20, 87:2
**UNITED** [1] - 1:2
**units** [3] - 44:2, 105:10, 107:20
**unless** [1] - 98:2
**unplanned** [1] - 52:22
**Unplanned** [1] - 55:25
**unusual** [4] - 54:20, 77:13, 77:14, 77:15
**up** [11] - 19:2, 31:10, 56:25, 58:5, 58:6, 77:19, 77:23, 96:4, 104:2, 106:24, 111:22
**upset** [1] - 45:8
**upstairs** [1] - 101:12

## V

variables [1] - 34:23
video [6] - 49:9, 49:10, 57:24, 64:9, 64:12, 77:25
viewed [1] - 107:25
violated [1] - 72:12
violent [1] - 104:18
violently [2] - 41:11, 41:16
visit [2] - 44:21, 85:19
visitation [2] - 44:16, 44:17
visiting [1] - 44:18
visits [3] - 44:15, 45:2, 45:16
voice [1] - 17:14
vs [2] - 1:8, 116:5

## W

Wainwright [14] - 4:9, 45:17, 45:20, 50:13, 50:16, 53:18, 53:23, 55:20, 56:17, 61:14, 74:25, 80:25, 84:15, 86:10
WAINWRIGHT [22] - 1:12, 2:2, 3:3, 3:14, 3:15, 3:16, 3:17, 3:18, 3:19, 3:20, 3:21, 3:22, 4:4, 32:23, 33:3, 49:18, 49:25, 88:5, 116:20, 117:25, 118:25, 119:5
wait [4] - 47:15, 58:5, 91:18, 92:3
waiting [1] - 85:15
waived [2] - 115:12, 119:12
walk [1] - 80:16
ward [1] - 35:5
Warden [6] - 10:9, 10:18, 10:24, 11:4, 74:18, 100:16
warden [9] - 4:11, 7:5, 7:14, 10:17, 11:6, 30:12, 56:17, 85:15, 85:25
warden's [2] - 47:16, 85:4
wardens [1] - 10:8
warning [11] - 14:19, 46:13, 46:19, 47:7, 51:4, 51:12, 64:16, 64:18, 66:22, 66:23, 67:11
watch [8] - 16:4, 16:5,

16:16, 103:13, 103:15, 103:19, 108:5, 115:5
watched [1] - 36:2
watching [3] - 16:10, 16:14, 36:3
wearing [2] - 18:11, 93:25
website [1] - 31:22
Wednesday [1] - 85:14
week [3] - 6:4, 6:11, 79:11
WESTERN [1] - 1:2
WHEREOF [1] - 119:18
whole [2] - 56:13, 119:6
Williams [1] - 56:16
withdrawal [1] - 14:24
withdrawing [1] - 22:21
WITHOUT [1] - 1:23
Witness [4] - 48:14, 56:10, 63:15, 98:12
witness [9] - 2:3, 4:5, 51:22, 52:17, 119:5, 119:9, 119:12, 119:13, 119:13
WITNESS [2] - 3:3, 119:18
witnessed [1] - 79:17
word [1] - 87:25
words [1] - 47:23
works [1] - 86:24
wrapping [1] - 18:15
Wright [7] - 86:22, 86:23, 87:20, 87:23, 88:12, 93:12, 95:23
write [2] - 55:12, 70:13
writer [5] - 95:3, 96:14, 101:3, 101:10, 101:11
writes [4] - 63:5, 63:11, 67:9, 96:14
writing [1] - 57:13
wrongdoing [1] - 26:9
wrote [5] - 57:15, 58:12, 64:7, 97:11, 113:10

## X

Xanax [2] - 67:10, 94:15

## Y

year [2] - 11:19, 11:20
years [3] - 4:16, 19:9,

30:10
yesterday [1] - 36:13