# EXHIBIT Q

ALLEGHENY COUNTY
BUREAU OF CORRECTIONS
Jail Healthcare Services

## Mental Health Referral
Form must be complete and legible.

### Demographics

Inmate Name: Orlando Johnson  DOC: 6935
DOB: [redacted]  Gender: Male  Location: Intake
Date/Time of Referral: 3/26/16  Referred by: (Print) Teresa Latham, RN
Patient Current Housing Location: Intake
Is the patient currently on Suicide Precautions: No

Reason for referral: (Choose all that apply)
☐ Suicidal Ideation   ☐ Prior Suicide Attempt(s)   ☒ Prior Mental Health History
☒ Psychotropic Medication   ☐ Patient Request   ☐ Other:_____

Comments: Describe below and/or
☐ See attached Intake Screen   ☐ See attached Mental Health Screening   ☐ See attached NET/MET

### Comments

### Referral Classification

| ☐ Emergent (within 24 hours) | ☐ Urgent (within 48 hours) | ☐ Routine (within 72 hours) | ☐ Mental Health Evaluation (within 14 days) |

Needs to populate
see msg 3-26-16
[signature]

### Received by Mental Health Staff

Print Name: Ruth Harrison   Title: MHS   Date/Time: 12:00 3-26-16

AC-0084