# EXHIBIT R

Jail Healthcare Services
Practitioner's Orde

Patient Name: [illegible handwriting] John

DOB: [redacted] ID # 69335

Housing Unit:

Allergies: NKDA

Noted by: [signature]

Date/Time: 3/26/16

Verbal/Telephone Orders ☐ No ☒ Yes Per: R. Alexander CRNP

[handwritten orders, largely illegible] Valium 5mg po bid x 5 days; ... x 2 days; Clonidine 0.1mg po bid x 7 days; ... po bid prn x 3 days; ... po bid prn x 7 days; ... po q day x 10 days

Provider Signature: [signature] Date/Time:

Patient Name:

DOB: ID #

Housing Unit:

Allergies:

Noted by:

Date/Time:

Verbal/Telephone Orders ☐ No ☐ Yes Per:

Provider Signature: Date/Time:

Patient Name:

DOB: ID #

Housing Unit:

Allergies:

Noted by:

Date/Time:

Verbal/Telephone Orders ☐ No ☐ Yes Per:

Provider Signature: Date/Time:

Patient Name:

DOB: ID #

Housing Unit:

Allergies:

Noted by:

Date/Time:

Verbal/Telephone Orders ☐ No ☐ Yes Per:

Provider Signature: Date/Time: