# EXHIBIT U

**Allegheny County Prison**
**Incident Report**
**Pittsburgh, PA 15219**

**Who is involved?** New Court, John Orlando, Sgt. Haburjak, Ofc. Faherty, Ofc. Mullen, Ofc. Bonenberger, Ofc. Caito and RN Trish___?__.

**When did the Incident Occur?** Date: 3-24-2016 Time: At or around 10:15pm or 22:15 hrs.

**Where did it happen?** Intake Department of Allegheny County Prison.

**What happened?** New Court, John Orlando, was brought into the Sally Port entrance by Police. He was being non-compliant, refusing to comply with pat down search. At this time, New Court, John Orlando was placed into the restraint chair, where he continued to threaten and scream at officers. RN-Trish, began to ask John Orlando his medical intake screen, where he then started to ramble off all of his medical/mental health medications. Once John Orlando stated that he was on a Fentanyl patch, RN-Trish, located it on John Orlando's Right shoulder and removed it. My observation after John Orlando was placed in cell 9 was that his recent 'eating of methamphetamine' and all his other Rx, such as Fentanyl, Xanax and Klonopin were attributing to his behavior at the time. This writer continued to attempt engaging with John Orlando to try to calm him down so that he may be released from the chair. He did not calm down, his thoughts were fragmented, his speech continued to be pressured. His behavior could best be classified as Manic with Psychosis related to his drug abuse/Rx.
This writer ran new Court in the MH Database, CIPS, discovering his long, MH History. This writer deemed him eligible for JRS services and created a Referral for him, noting his charges, and MH Hx. New court, John Orlando continued to behave erratically, even rocking the restraint chair violently for what it appeared out of its place. His restraints were checked as part of protocol.
This writer attempted many times throughout the evening and into the morning to calm/soothe new court so that he might have an opportunity to leave the chair. He continued to be defiant with no slowing down. This writer learned that this new court was now an Inmate, even seeing that his JRS Referral had been accepted. This writer went to go upstairs on 5F to inform Inmate that his Referral had been accepted, only learning that John Orlando had hung himself in his cell. This was extremely sad that he committed this act.

Witnesses: Most if not all Officers in the Intake Department as well as the Captain Terry, who were all present when medics were called for the man in a suicide gown having a seizure in cell 10.

*[signature]* 25/15
*JRS Diversion Specialist*
4-5-16
CHARLOTTE M. WRIGHT BS/MS

AC-0053