# EXHIBIT V

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

- - - - -

JEAN LAWNICZAK,
Personal Representative
of the ESTATE OF JOHN
ORLANDO, Deceased,           Civil Action
                             No. 2:17-cv-00185
    Plaintiff,

    vs.

ALLEGHENY COUNTY, et al.,

    Defendants.

- - - - -

DEPOSITION OF JEAN LAWNICZAK,

- - - - -

Friday
January 26, 2018

- - - - -

*ELECTRONIC DISTRIBUTION, FORWARDING OR REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED WITHOUT AUTHORIZATION FROM THE CERTIFYING AGENCY.*

- - - - -

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

**Page 2**

DEPOSITION OF JEAN LAWNICZAK, a Plaintiff herein, called by the Defendants for examination, taken pursuant to the Federal Rules of Civil Procedure, by and before Diane G. Galvin, a Certified Professional Reporter and Notary Public in and for the Commonwealth of Pennsylvania, at the Allegheny County Law Department, 445 Fort Pitt Boulevard, Suite 300, Pittsburgh, Pennsylvania, on Friday, January 26, 2018, at 10:01 a.m.

- - - - -

COUNSEL PRESENT:

For the Plaintiff:

    Law Offices of Joel Sansone
    **by: MASSIMO A. TERZIGNI, ESQUIRE**
    Three Gateway Center, Suite 1700
    Pittsburgh, Pennsylvania 15222
    (412) 281-9194
    Terzignim@gmail.com

For the Defendants:

    Allegheny County Law Department
    **by: JOHN A. BACHARACH, ESQUIRE**
    300 Fort Pitt Commons Building
    445 Fort Pitt Boulevard
    Pittsburgh, Pennsylvania 15219
    (412) 350-1150
    John.bacharach@alleghenycounty.us

- - - - -

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

**Page 3**

I N D E X

- - - - -

WITNESS: JEAN LAWNICZAK

EXAMINATION:                              PAGE

BY MR. BACHARACH:                          4


EXHIBITS:                                 PAGE

NO EXHIBITS MARKED

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

**Page 4**

PROCEEDINGS

- - - - -

JEAN LAWNICZAK,
a Plaintiff herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. BACHARACH:

Q.  Could you just state your full name for the record, please.

A.  My name is Jean Lawniczak.

Q.  Ms. Lawniczak, I'm John Bacharach and I'm representing Allegheny County and the other defendants in the lawsuit that you filed.

I'm sure your attorney probably went over it, but just a few basic ground rules, the main one being, if you don't understand the question that I ask, just let me know and I'll either repeat it or rephrase it. You know, this is a pretty informal proceeding. If you feel tired, or you just want to take a walk or do anything, just say so. We'll take a break.

If you need to talk to your attorney at any time, you know, you're free to do that.

If there's a question pending, you

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

## Page 5

J. Lawniczak - by Mr. Bacharach

should answer that question before you take a break, but other than that, it's entirely up to you.

The other thing that's more important for the court reporter than for me is to answer the questions verbally. I mean, we all have a tendency to shake our heads or shrug our shoulders if we don't know or things along that line, but the court reporter has to take down what we say.

Did you understand all of that?

A. Yes.

Q. Are you taking any medication or is there anything that's affecting you today that would prevent you from hearing the questions, remembering things or anything of that nature?

A. No.

Q. I'll try to make this as brief as I can and, you know, it's a bad situation, and I'll try not to make it any worse.

Could you just tell me where you reside at the present time?

A. Right now I live in Stanton Heights. My address is 1535 Simona Drive, Pittsburgh, PA

## Page 6

J. Lawniczak - by Mr. Bacharach

15201.

Q. Do you live there with anyone else?

A. My husband, Ron.

Q. Ron?

A. Ronald, yes.

Q. And what's his employment?

A. He works for Alco Parking, Merrill Stabile.

Q. About how long has he worked for them?

A. About 34 years.

Q. Are you employed?

A. I am.

Q. By whom?

A. I work for Heinz History Center on Smithfield and 12th. I've been there three years.

Q. What do you do for them?

A. Housekeeping.

Q. It's a good place to work?

A. Yeah, not to clean though. It's a lot of cleaning. But it's nice. It's a beautiful place.

Q. I know you were -- well, you were

## Page 7

J. Lawniczak - by Mr. Bacharach

married previously?

A. Yes, I was, to my son's father, John Orlando.

Q. And when was that marriage?

A. Oh, geez. If I got to go by numbers.

Q. Ballpark. I don't care an exact date.

A. My son was born in '75. I was married two or three years before I had him.

Q. Okay.

A. And then he was like four-and-a-half when I split up with my husband.

Q. Do you have any children, any other children?

A. No.

Q. John was your only child?

A. John is my only child.

Q. Sorry.

Now, when did you marry your current husband, Mr. Lawniczak?

A. October 21, 1989.

Q. So obviously, I presume John lived with you when he was a young child?

## Page 8

J. Lawniczak - by Mr. Bacharach

A. Yes, John -- he did.

Q. And was there a period of time when he -- at some point, did he move out of the house?

A. Yes.

Q. Do you know about when, either his age or a year?

A. That's a hard one. I'm not sure.

Q. Has he lived with you; that is, resided with you within the last ten years?

A. No.

Q. And just within the last ten years, where -- what area was he residing in?

A. Etna, Sharpsburg.

Q. Was he living with anyone?

A. No. He had his own apartment.

Q. Did John graduate from high school?

A. No, he didn't, but I told John if he was going to be wanting to quit school that I demanded that he go get a GED, which he did do. He got a GED.

Q. What high school did he go to?

A. Peabody. He went to Taylor Allderdice and to Peabody.

## Page 9

```
 1              J. Lawniczak - by Mr. Bacharach
 2      Q.    And what year did he leave, tenth or
 3   eleventh grade, something like that?
 4      A.    Something like that, tenth or
 5   eleventh grade, yes.
 6      Q.    But eventually, at some point in
 7   time, he got his GED?
 8      A.    Yes.
 9      Q.    After that?
10      A.    Right after that.
11      Q.    I'm sorry, I forgot -- what was your
12   maiden name?
13      A.    Swidowski.
14      Q.    Could you spell it?
15      A.    S-W-I-D-O-W-S-K-I.
16      Q.    Thank you.
17      A.    You're welcome.
18      Q.    After John left high school, was he
19   employed?
20      A.    Yes, he was, just I can't quite
21   remember what different jobs he had.  Worked
22   for pizza places, would work like roofing,
23   landscaping, different odds and ends of jobs.
24      Q.    Were these all short-term jobs, a
25   few weeks or months or so?
                    AMENT & AMENT
        Court Reporting, LLC - Phone 412-793-6152
```

## Page 10

```
 1              J. Lawniczak - by Mr. Bacharach
 2      A.    Pretty much so, I believe because of
 3   John's mental health issues.
 4      Q.    What, the jobs just didn't last?
 5      A.    Didn't last, right.
 6      Q.    I note John has at least one child,
 7   correct?
 8      A.    He does.
 9      Q.    Is it just one?
10      A.    Yes.
11      Q.    And what's her name?
12      A.    Her name is Elena, E-L-E-N-A.
13      Q.    And what's the mother's name?
14      A.    Tiffany.
15      Q.    And what's her last name, do you
16   know?
17      A.    Coxon.
18      Q.    Is that C-O-X-O-N?
19      A.    Yes.  And she prefers Elena's name
20   to be Elena Coxon Orlando.
21      Q.    Okay.
22      A.    And that's what her name is.
23      Q.    How long is Elena?
24      A.    Elena is nine years old.  She was
25   nine on the 9th of December.  Born in 2008.
                    AMENT & AMENT
        Court Reporting, LLC - Phone 412-793-6152
```

## Page 11

```
 1              J. Lawniczak - by Mr. Bacharach
 2      Q.    Do you get to see Elena very much?
 3      A.    Oh, yeah.  Yes, I do.
 4      Q.    Where does -- Elena, I presume,
 5   lives with Tiffany?
 6      A.    Yes, she does.
 7      Q.    Where do they live?
 8      A.    They live, it's like considered
 9   Verona, Oakmont.  I don't know the street
10   address off by heart.
11      Q.    Do you know the street?
12      A.    But it's reasonably close.
13            I don't, because Tiffany moves a
14   lot.
15      Q.    Do you know a telephone number for
16   Tiffany?
17      A.    I do.  I have it in my coat.
18      Q.    Thanks.
19      A.    Sure.
20      Q.    Take your time.
21      A.    Of course, I don't know it off by
22   heart.
23      Q.    Nobody knows any phone numbers
24   anymore.
25      A.    I always knew my mom's.
                    AMENT & AMENT
        Court Reporting, LLC - Phone 412-793-6152
```

## Page 12

```
 1              J. Lawniczak - by Mr. Bacharach
 2      Q.    Well, actually, I still know that
 3   one.
 4      A.    I turned my phone off because I
 5   thought --
 6      Q.    That's all right.
 7      A.    Not that I'm that busy of a person,
 8   but I did not want it to ring.
 9      Q.    Don't worry about it.
10      A.    I have the little old flip-top
11   phone.
12      Q.    That's fine.
13      A.    And I know it's 412-290 but that's
14   all I remember.
15            Tiffany's telephone number is
16   (412) 290-6203.
17      Q.    To your knowledge, is Tiffany
18   employed?
19      A.    No.  At the current time, no.
20      Q.    I saw another name that's a
21   Renee Rush.  Do you know who Renee Rush is?
22      A.    I do know who she is.  She was a
23   girl that said that Johnny was the father of
24   her child years ago, and she named him John
25   Louis, which my son's name is John Louis.  But
                    AMENT & AMENT
        Court Reporting, LLC - Phone 412-793-6152
```

## Page 13

J. Lawniczak - by Mr. Bacharach

I guess welfare took her mother and I, because she was 16 at the time, maybe 15, and -- to explain, long story short, they did blood tests.

Q. Paternity?

A. Paternity tests, yes, and Johnny was not the father. The baby was biracial, not that that means anything.

Q. Was John ever married?

A. No.

Q. Was John ever in the military?

A. No.

Q. Do you know whether John had an order to pay support for Elena?

A. Right before John passed away -- no, John passed away. Something came in the mail and it was papers for support, but John paid support every month on his own, out of his pocket. And I used to say to -- my husband and I would say to John, you should get her to sign something because, you know, if she would go to court, because he did give her $200 a month for Elena. Never missed a beat from when she was born.

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

## Page 14

J. Lawniczak - by Mr. Bacharach

Q. Did he pay that in cash or by check?

A. In cash.

Q. If he wasn't working, where would he get the money?

A. John received SSI.

Q. So he was getting Social Security Disability?

A. Yes.

Q. When did he start getting Social Security Disability?

A. I don't remember. I mean, I couldn't give you a date as to when.

Q. Okay. I'm not necessarily looking for a date. I mean, was it more than ten years ago, within the last five, if you know?

A. I'd say at least ten years ago, yes.

Q. Did he have an attorney to assist him in getting Social Security Disability?

A. Not that I know of.

Q. Did John have a physical health problem? I'm not talking about, you know, getting a cold or something like that or, you know, getting a couple stitches because he fell one time. But, I meant, any longer term

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

## Page 15

J. Lawniczak - by Mr. Bacharach

chronic physical health conditions?

A. Physical, no.

Q. Was he taking any medications that you're aware of?

A. Before he passed away?

Q. Yes, ma'am.

A. Yes. He was taking a few different psych meds, yes.

Q. So as far as you know that his physical -- he didn't have any significant physical health problems, but he did have some mental health problem; is that right?

A. That's right.

Q. What were the mental health problems that he had as you understand it?

A. Depression, mood swings.

Q. When did those first appear?

A. I would say probably like when he was 20 years old.

Q. Was there anything that you're aware of that precipitated those problems? I mean, some tragic event in his life, for example, or traumatic event in his life?

A. No.

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

## Page 16

J. Lawniczak - by Mr. Bacharach

Q. Was he being treated by any physicians or psychiatrists or psychologists?

A. Yes, yes.

Q. Do you know who they are?

A. He had a few different ones. I would venture to say the most recent one, I believe her name was Michele Maloy. She was located, her office, on the North Side.

Q. He had health insurance coverage through Medicaid or --

A. Uh-huh.

Q. But she was, Ms. Maloy was the most recent person that he was seeing?

A. Yes.

Q. But he had seen other people prior to that?

A. Yes.

Q. Do you know how often he would see someone for treatment?

A. At least once a month.

Q. Was he pretty regular?

A. Yes. He would go. He would want to go, talk.

Q. Other than Ms. Maloy, can you

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

## Page 17

J. Lawniczak - by Mr. Bacharach

2 remember, just off the top, anybody else that
3 he saw for mental health treatment?
4     A.    No.
5     Q.    Is Ms. -- I'm sorry.
6     A.    That I can remember offhand, no.
7     Q.    Is Ms. Maloy, do you know if she's a
8 therapist? A psychiatrist? A psychologist?
9 Do you know?
10     A.    I think she's a psychologist.
11     Q.    Had John ever been hospitalized for
12 any mental health condition?
13     A.    Yes.
14     Q.    Do you know how often?
15     A.    That's a hard call, because it would
16 be different. Like no, I -- I don't recall how
17 often per se.
18     Q.    Was it more than once, though?
19     A.    It was a couple of times, yes.
20     Q.    Do you know which hospitals he was
21 seen?
22     A.    Western Psych.
23     Q.    When he was there, do you know about
24 how long he was there?
25     A.    Like a couple weeks.

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

## Page 18

J. Lawniczak - by Mr. Bacharach

2     Q.    Do you have an idea of when the last
3 time he was actually hospitalized?
4     A.    It would be a good couple of years.
5     Q.    In the last, just say the last
6 couple years before this happened, could you
7 give me an estimate of how often you would see
8 him?
9     A.    Daily.
10     Q.    You saw him daily?
11     A.    Oh, yeah. Talked to him every
12 night. I was exceptionally close with my son.
13 That's why this is all so hard. And I try to
14 accept -- it's not going to go away. I miss
15 him so much, I couldn't even tell you. But
16 John and I were very close, very close.
17     Q.    That's good. It doesn't often --
18 frequently doesn't work that way with --
19     A.    I didn't see him everyday, but I
20 talked to him every day. I'd see him like
21 twice, a couple times a week.
22     Q.    So talked to him almost every day
23 and see him around a couple times a week?
24     A.    Yes.
25     Q.    He would usually stop over to your

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

## Page 19

J. Lawniczak - by Mr. Bacharach

2 place, is that how --
3     A.    Or I stop at his, uh-huh.
4     Q.    Prior to the March 29 incident, had
5 John ever, to your knowledge, attempted to
6 injure himself?
7     A.    Yes.
8     Q.    How often had that happened?
9     A.    It didn't happen often. It wasn't
10 often.
11     Q.    Did it happen more than once?
12     A.    I believe it happened twice.
13     Q.    Can you give me an idea of when
14 those events happened?
15     A.    The one time when he went into the
16 hospital to get help at Western Psych, he did
17 it at the hospital. And I was there and I knew
18 it was happening. I was in the room when he
19 was getting registered, and he went in the
20 bathroom. And I said to the guards, I said,
21 "He's taking too long in there. Go see if he's
22 all right. He's taking too long in there."
23 They went in and he was hanging hisself. And
24 they pushed me out of the bathroom, out of the
25 room.

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

## Page 20

J. Lawniczak - by Mr. Bacharach

2     Q.    If you want to take a break or
3 something, you know, feel free. You know, it's
4 -- like I said, we're not in a race here.
5     A.    I know.
6     Q.    Just let me know, all right?
7     A.    I'm all right.
8     Q.    I know there's no good way to talk
9 about this stuff, and I apologize.
10     A.    No.
11     Q.    When did that event happen,
12 approximately?
13     A.    I'm not sure. I'd say, venture to
14 say maybe five, six years ago.
15     Q.    So he was trying to get himself
16 admitted into Western Psych, went into the
17 bathroom and was -- when the guards went in
18 after you talked to them, he was doing
19 something to attempt to hang himself?
20     A.    Yes.
21     Q.    Was he hospitalized? I mean, were
22 there any physical injuries at that time that
23 required him to be hospitalized?
24     A.    No, psychological.
25     Q.    So it hadn't, his attempt hadn't

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

## Page 21

J. Lawniczak - by Mr. Bacharach

2 gone to the point where he had physically
3 injured himself?
4  A. No.
5  Q. And you said there was another
6 incident. Was that before this, this incident?
7  A. Yes.
8  Q. What happened there?
9  A. He was trying to think of -- he
10 was -- the situation was that he was on the
11 street fighting or something I remember, and he
12 put a plastic bag on his head.
13  Q. Was this in the --
14  A. That was when he first started
15 getting treatment for mental health issues.
16  Q. How did you find out that had
17 happened?
18  A. It so happened that the police
19 officer that came to there was my husband's
20 father, and he called my husband.
21  Q. What was his name?
22  A. Art Lawniczak.
23  Q. Is Art, is he still living in that
24 area?
25  A. Yes, he's still living.

## Page 22

J. Lawniczak - by Mr. Bacharach

2  Q. I presume he's retired now?
3  A. Oh, yeah. Long time.
4  Q. And I'm sorry. He was a police
5 officer?
6  A. Yes.
7  Q. In?
8  A. Pittsburgh, Number 5 Police Station
9 in East Liberty.
10  Q. So that incident happened in the
11 City of Pittsburgh?
12  A. Yes.
13  Q. Do you know, where there any -- did
14 they take him to the hospital?
15  A. Oh, yes. They did. They took him
16 to the hospital.
17  Q. Do you know which one? Western
18 Psych?
19  A. Western Psych.
20  Q. Were there any other incidents that
21 you can think of, that you're aware of, where
22 John tried to injure himself?
23  A. No.
24  Q. Did he ever -- this is hard, but did
25 he ever say anything to you about intending to

## Page 23

J. Lawniczak - by Mr. Bacharach

2 hurt himself? Did he ever say anything like
3 that to you, you know, that "I'm going to hurt
4 myself," "I'm going to kill myself," or
5 anything like that? Did he ever say that to
6 you?
7  A. He'd tell me he didn't want to live
8 no more sometimes.
9  Q. How often would that happen?
10  A. Not often.
11  Q. And again, without guessing, I'm not
12 asking you to guess, is it something when you
13 say "not often," like once a year, once every
14 five years, is there some --
15  A. Once every five years. Like I say,
16 it wasn't often.
17  Q. Was there something that you think
18 precipitated him saying that?
19  A. I'm sure there was, something inside
20 his head. You know, he'd get depressed and
21 overwhelmed, like we all do. It just we know
22 how to handle things differently than someone
23 with mental health issues does.
24  Q. But there wasn't some specific event
25 that would prompt him to do that --

## Page 24

J. Lawniczak - by Mr. Bacharach

2  A. No.
3  Q. -- that you're aware of?
4  A. That I'm aware of, no.
5  Q. And I'm thinking of something, for
6 example, like I've seen it. He had a number of
7 arrests and so forth.
8  A. Uh-huh.
9  Q. But that wasn't something that, in
10 and of itself, would precipitate it or was it?
11  A. No.
12  Q. There's some indication in the
13 records that John said at the time that he used
14 or was addicted to some illegal drugs,
15 non-prescription drugs, I should say. Is that
16 something you had some awareness of?
17  A. Yes.
18  Q. Do you know how long that problem
19 existed?
20  A. No.
21  Q. Was it more than -- was it ten years
22 or more than ten years?
23  A. It was probably more than ten years.
24  Q. Do you have any idea what illegal
25 drugs he was using aside from the prescription

## Page 25

J. Lawniczak - by Mr. Bacharach

1 drugs?
2 A. Well, it usually stems from prescription drugs, painkillers to heroin. He used heroin.
3 Q. Were you aware that he ever used, for example, something like methamphetamine?
4 A. No, he never used that. He never used that. He was, how should I say, that would be a speed thing. He -- no, he never used that.
5 Q. So your understanding is the drugs he used were more opioid-type depressants?
6 A. Yes.
7 Q. As opposed to the ones that get you excited, for want of a better term?
8 A. Yes.
9 Q. Did he ever seek any treatment for --
10 A. Oh, yes. Yes, he did. And then he'd go to meetings sometimes. I mean, he wanted to live a good life, a clean life. John was a good person.
11 Of course I'm going to sound prejudiced because I'm his mother, but he was a

## Page 26

J. Lawniczak - by Mr. Bacharach

good man. He'd -- would help anyone out and take food out of his refrigerator, out of his mouth. I mean -- all right, don't go into Lent, but John -- John was a good person. He would help anybody. He was a good man.
Q. But he did seek treatment on a number of occasions?
A. Yes.
Q. Do you know any of the places where he, and I'm not necessarily going to go back ten years, but say within the last five years where he had sought any treatment?
A. He went away one time. I don't know if it was Cove Forge. I think it was Cove Forge.
Q. Okay.
A. But I'm not sure quite when.
Q. Was any of the treatment inpatient treatment?
A. Yes, he stayed there.
Q. And you indicated also go to AA meetings?
A. Uh-huh.
Q. Were there times when he would just

## Page 27

J. Lawniczak - by Mr. Bacharach

not do that and sort of, for want of a better term, fall off the wagon and not get any treatment and so forth?
A. Sure. Yeah. He'd get discouraged, and I guess with his mental health issues, his mind would take over, and think things aren't going to get any better and, you know.
Q. Do you know what treatment, if any, he got within a year prior to March of 2016?
A. Treatment, no.
Q. Do you know, was he getting treatment during that period of time, any treatment to your knowledge?
A. To my knowledge, no.
Q. He was, I guess -- the arrest that put him in the Allegheny County Jail, had you seen him, you know, around that time, within a few days of that?
A. Uh-huh.
Q. How was he then?
A. Fine.
Q. He didn't seem unusually depressed or anything?
A. No, because he was on his meds. He

## Page 28

J. Lawniczak - by Mr. Bacharach

was taking his medication.
Q. So that was sort of the, if he took his meds it was he --
A. He'd do pretty good.
Q. -- would be okay?
A. Uh-huh.
Q. And if he didn't, he might -- he regressed, correct?
A. Yes. Sometimes, yes.
Q. But you think at least -- strike that.
When was it -- do you remember when the last time you would have actually physically seen John prior to him being arrested in March of '16?
A. That was on a Thursday, right? Or a Wednesday?
Monday, because we always got together every Monday. That was my day off.
Q. Okay.
A. Taking him shopping or go get something to eat.
Q. But he seemed in pretty good spirits and so forth when you last saw him?

## Page 29

J. Lawniczak - by Mr. Bacharach

A. Uh-huh. Yes, he did.
Q. Did you physically, did you go down and visit him physically when he was in the Allegheny County Jail in March of 2016? Did you ever go down?
A. No, because they picked him up on a -- I don't know if it was a Wednesday or a Thursday, and he did that on a Tuesday. And I was in the process of trying -- I told him, with our phone conversations, contacting bail bondsman, trying to get that together, but I worked every day too.
Q. I gather you did speak to him on the phone?
A. Yes.
Q. About how many times?
A. I'm not sure.
Q. Do you remember what he said?
A. That he couldn't take it in there. They didn't have him on medication. I mean, I don't know how long you have to be there before they put you on your meds, your psych meds, whatnot, but okay.
    How often did I talk to him, was

## Page 30

J. Lawniczak - by Mr. Bacharach

that the question you asked me?
Q. Yes. Well, it was how often did you talk to him. That's the first question.
A. Probably three or four times.
Q. And again, what do you recall him telling you? You said he couldn't take it.
A. I told him I was working on getting him out, you know, that he had to wait for -- who are those people called in there?
Q. Behavior Clinic.
A. Behavior Clinic person to see him before I could get him out, and I just kept trying to keep him, you know, "You're going to get out, John. It's just, you know, they have to -- you have to see the Behavior Health person first." And he let me know, you know, if he was being moved to like a -- he told me they were taking him up to 5-F, the floor where you're to be watched.
Q. Did he ever say to you that he was going to injure himself or hurt himself?
A. Yes.
Q. As best you can recall, what did he say?

## Page 31

J. Lawniczak - by Mr. Bacharach

A. "I can't take it in here, Mom. I'm not going to make it in here, Mom."
Q. Did he specify particularly what was bothering him, why he couldn't take it?
A. Well, being tasered in the throat would be one of them, you know, when you're already going through a lot of things in your head, hardly able to speak.
Q. Did he tell you he had been tasered?
A. Yes, he was tasered by a guard there, a guard that said some rotten things to him. So, in turn, John went toward him and he tasered him in the throat.
Q. Do you know the name of the guard? Did he tell you?
A. DiPaul.
Q. And when did he tell you that? I mean, in terms of when he got to the jail, was that the first call? The last call? Anything like that?
A. Probably the second call.
Q. Other than the taser incident, did he tell you anybody else was mistreating him there?

## Page 32

J. Lawniczak - by Mr. Bacharach

A. No.
Q. You know, I have access to the records at the jail, and I can see that -- I mean, John was there a lot of different times --
A. Uh-huh.
Q. -- although mostly it seems for relatively short periods of time, a few days or a week?
A. For petty things too. Also nothing major, terroristic threats. He was drunk Downtown with a buddy, throwing a garbage can and arguing, terroristic threat.
Q. Yeah, but it seems like, just looking through, there was -- like the first one I saw was 1996 or 1997. That was actually the terroristic threats one.
A. Uh-huh.
Q. And then there were some other. It was '97. These are rough dates, date, '99, 2000.
A. Can you tell me what they were -- I mean, you know, when you're naming the years --
Q. Sure I can tell you some.

33

J. Lawniczak - by Mr. Bacharach

2  A.  -- what the charge was?
3  Q.  And these dates are -- I'm just
4  going by docket numbers, but the event may have
5  taken place --
6  A.  Okay.
7  Q.  Was '97 was, I know happened in '96
8  was the terroristic threats.
9  A.  Uh-huh.
10 Q.  Another '97, it was a DUI and a
11 disorderly conduct.  '99 there was a
12 possession, a drug possession charge.  2001,
13 again, it was possession of an instrument of a
14 crime, criminal mischief-type case.  2004 there
15 was a burglary, criminal conspiracy.  I'm not
16 even -- some of these -- I'm not saying all
17 these charges were resulted in conviction, but
18 that's -- I'm telling you what the initial
19 charges were.
20 A.  Okay.
21 Q.  Then 2005 it was another possession
22 of a controlled substance, drugs, and 2007 was
23 terroristic threats, recklessly endangering.
24 You know, it seemed like there were a whole
25 bunch in that period, and then there's like a

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

34

J. Lawniczak - by Mr. Bacharach

2  six or seven year gap after that where nothing
3  happened.  I don't see anything.  And then 2014
4  there's another one, relatively minor.  It's a
5  DC, disorderly conduct and drug possession.
6  There's actually two in that year.
7       And it seemed like there was this
8  period of time of six or seven years when
9  nothing happened.  Was there something that was
10 going on then, I mean, that you're aware of or
11 why that would have occurred?
12 A.  No, not that I'm aware of.
13 Q.  It just -- I just noticed that sort
14 of big gap there.
15 A.  Uh-huh.
16 Q.  I didn't know whether he was like
17 hospitalized or -- was he ever out of the
18 county or the state for any extended period?
19 A.  Just that one time when he went to
20 Cove Forge.
21 Q.  The other times that he had been in
22 jail, to the best of your knowledge, did he
23 ever attempt to injure himself or harm himself?
24 A.  No.  Well, he -- if you'll be able
25 to look and see yourself, a couple times with

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

35

J. Lawniczak - by Mr. Bacharach

2  his mental health issues, he was on the floor
3  5-D, the mental health floor.
4  Q.  Uh-huh.
5  A.  Whereas they did watch him then, I
6  guess.
7  Q.  Okay.  I saw sometimes, he
8  occasionally was.  But as far as -- but he had
9  never actually in the prior times attempted to
10 injure himself, to the best of your knowledge?
11 A.  No.  To the best of my knowledge,
12 no.
13 Q.  Did he ever say that to you, that he
14 was going to do that when he was in the jail
15 during any of those prior occasions?
16 A.  No.
17 Q.  Just a few more questions.  We're
18 almost done.
19      While John was in the
20 Allegheny County Jail in March of '16, or after
21 he passed away, during that period of time, did
22 you ever speak to anyone at the
23 Allegheny County Jail who you believe was
24 associated with Allegheny County regarding what
25 had happened with John?

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

36

J. Lawniczak - by Mr. Bacharach

2  A.  Yeah, a few people called me the day
3  he died -- not died -- he died in the hospital.
4  Q.  Yes.
5  A.  The day that that happened, I was at
6  work and I don't get home until 3 o'clock.  And
7  when I come home, there was a number of phone
8  calls, the Behavioral Health guy, Deputy
9  Wainwright, the chaplain or something.
10 Q.  Uh-huh.
11 A.  There was a few phones that day but,
12 you know, they all went to my voicemail.  And
13 when I come home, of course, it was too late.
14 You know, it was -- to try to get ahold, and I
15 kept trying to call and call and get ahold of
16 people all night.
17      It was so hard to get in to see him.
18 The next day when he was in the hospital, they
19 had a sheriff, like he was this big time
20 criminal.  They had sheriffs on him, and I had
21 to wait for him to be cleared -- for it to be
22 cleared for me to get in to see him, because I
23 knew it was bad, and I knew he was bad.  But I
24 still, subconsciously in my head, I thought he
25 was going to be okay, that, you know, it would

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

37

J. Lawniczak - by Mr. Bacharach

be spend a lot of time in the hospital, but he'd get over -- come out of it and that, until I knew that -- until they told me he was brain-dead.

And there, see how I went that far off to answer whatever I was going to say.

Q. Don't worry about it.

A. But the next day then, I did speak to Deputy Wainwright. And he did -- he's a soft-spoken guy. I mean, that's what I remembered, that his voice was soft-spoken. And he stated to me -- well, so many words, term, however, apparently we don't have -- we wish we had more help than what we have, because I said to him, "Wait a minute. He was on 5. How could something like that happen?" And he pretty much stated that, and I'm under oath and I'm telling the truth -- I would never lie anyway, stated that, you know, not having enough help there, manpower.

Q. Just as close as you can, can you just tell me what you recall he said in his words about that? If that's the best you can do, that's fine.

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

38

J. Lawniczak - by Mr. Bacharach

A. "I'm sorry for your loss. John hung hisself." I said, "Well, how could that happen? You know, you're supposed to be watching him." And he said something to the terms, "Well apparently," you know, "we wish we had more manpower than what we do." That's all I remember.

Q. Did he call you?

A. Yeah, he called me back because I kept calling, and calling.

Q. Other than actually speaking with the deputy warden, did you speak to anyone else that you think was associated with the jail about this incident?

A. No.

Q. Other than people who work at the jail, are you aware of any one who has any knowledge about the events that took place in March of 2016?

A. When you say some things, then that's like terms, that's considered hearsay, right? I mean, so why even say it, you know, what you hear and what you -- you know.

Q. I'm not talking about just sort of

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

39

J. Lawniczak - by Mr. Bacharach

rumors but, I mean, if somebody who you think has some actual knowledge of what takes place at the jail, have you spoken to anyone like that?

A. I haven't personally, no.

Q. Other than what we've talked about here today, do you have any knowledge related to what happened to John in March of 2016? And I'm excluding anything that your attorneys may have said to you. But other than what your attorneys have told you, is there anything that you know about what happened to John and what caused his death that we haven't talked about?

A. No. My whole thing is that I don't believe they were checking on him like they said they were, because you can't do it that quick. I mean, that's my opinion.

See, I have mixed emotions, sad, angry, you know. No disrespect to you, but it's just...

Q. Believe me, I --

A. I don't believe.

Q. I can't really appreciate what you're going through.

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

40

J. Lawniczak - by Mr. Bacharach

A. Do you have children?

Q. I do. That's what I'm saying. I can't really, you know, but that's not the kind of thing --

A. It's horrific, horrific, horrific when it's your child, because no matter what, a grown man, whatnot, it's your child.

Q. I agree.

A. I miss him so much.

MR. BACHARACH: I think I'm done. Just give me one second.

MR. TERZIGNI: Okay. No problem.

(Short break.)

MR. BACHARACH: I don't have any other questions. Thank you. I thank you for coming down. Again, I apologize. I know this is a traumatic thing to do, but unfortunately I have to do it.

MR. TERZIGNI: Thanks John. We'll read.

- - - - -

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

## Page 41

```
 1      (Signature not waived.)
 2      (There being no further
 3  questions, the deposition concluded at 11:05 a.m.)
 4                      -----
 5
 ...
25
          AMENT & AMENT COURT REPORTING, LLC
                    412-793-6152
```

## Page 42

```
 1              DEPOSITION ERRATA SHEET
 2
 3  OUR ASSIGNMENT NO.: 8-04719
 4  CASE CAPTION:  JEAN LAWNICZAK, et al.
                       vs.
 5                 ALLEGHENY COUNTY, et al.
 6
 7       DECLARATION UNDER PENALTY OF PERJURY
 8       I declare under penalty of perjury
 9   that I have read the entire transcript of my
10   Deposition taken in the captioned matter or the
11   same has been read to me, and the same is true
12   and accurate, save and except for changes
13   and/or corrections, if any, as indicated by me
14   on the DEPOSITION ERRATA SHEET hereof, with the
15   understanding that I offer these changes as if
16   still under oath.  In all other respects the
17   transcript is true and correct.
18
19       _____
            JEAN LAWNICZAK
20
21   Subscribed and sworn to before me this
22   _____ day of _____, 2018.
23
     _____
24        Notary Public
25
          AMENT & AMENT COURT REPORTING, LLC
                    412-793-6152
```

## Page 43

```
 1              DEPOSITION ERRATA SHEET
 2   Page No._____Line No.____Change to:_____
 3   _____
 4   Reason for change:_____
 5   Page No._____Line No.____Change to:_____
 6   _____
 7   Reason for change:_____
 8   Page No._____Line No.____Change to:_____
 9   _____
10   Reason for change:_____
11   Page No._____Line No.____Change to:_____
12   _____
13   Reason for change:_____
14   Page No._____Line No.____Change to:_____
15   _____
16   Reason for change:_____
17   Page No._____Line No.____Change to:_____
18   _____
19   Reason for change:_____
20   Page No._____Line No.____Change to:_____
21   _____
22   Reason for change:_____
23
24   SIGNATURE:_____DATE:____
              JEAN LAWNICZAK
25
          AMENT & AMENT COURT REPORTING, LLC
                    412-793-6152
```

## Page 44

```
 1              DEPOSITION ERRATA SHEET
 2   Page No._____Line No.____Change to:_____
 3   _____
 4   Reason for change:_____
 5   Page No._____Line No.____Change to:_____
 6   _____
 7   Reason for change:_____
 8   Page No._____Line No.____Change to:_____
 9   _____
10   Reason for change:_____
11   Page No._____Line No.____Change to:_____
12   _____
13   Reason for change:_____
14   Page No._____Line No.____Change to:_____
15   _____
16   Reason for change:_____
17   Page No._____Line No.____Change to:_____
18   _____
19   Reason for change:_____
20   Page No._____Line No.____Change to:_____
21   _____
22   Reason for change:_____
23
24   SIGNATURE:_____DATE:____
              JEAN LAWNICZAK
25
          AMENT & AMENT COURT REPORTING, LLC
                    412-793-6152
```

```
 1
 2   COMMONWEALTH OF PENNSYLVANIA )
     COUNTY OF ALLEGHENY          )
 3
 4        I, Diane G. Galvin, a notary public in
     and for the Commonwealth of Pennsylvania, do
 5   hereby certify that the witness, Jean Lawniczak,
     was by me first duly sworn to testify the
 6   truth, the whole truth, and nothing but the
     truth; that the foregoing deposition was taken
 7   at the time and place stated herein; and that
     the said deposition was recorded
 8   stenographically by me and then reduced to
     typewriting under my direction, and constitutes
 9   a true record of the testimony given by said
     witness, all to the best of my skill and
10   ability.

11        I further certify that the inspection,
     reading and signing of said deposition were not
12   waived by counsel for the respective parties
     and by the witness and if after 30 days the
13   transcript has not been signed by said witness
     that the witness received notification and has
14   failed to respond and the deposition may then
     be used as though signed.
15
          I further certify that I am not a
16   relative, or employee of either counsel, and
     that I am in no way interested, directly or
17   indirectly, in this action.

18        IN WITNESS WHEREOF, I have hereunto
     set my hand and affixed my seal of office this
19   6th day of February, 2018.

20            S/DIANE G. GALVIN

21   ---------------------------------

22

23   ---------------------------------

24

25
                   AMENT & AMENT
          Court Reporting, LLC - Phone 412-793-6152
```

**$**

$200 [1] - 13:23

**'**

'16 [2] - 28:16, 35:20
'75 [1] - 7:10
'96 [1] - 33:7
'97 [3] - 32:21, 33:7, 33:10
'99 [2] - 32:21, 33:11

**1**

10:01 [1] - 2:11
11:05 [1] - 41:3
12th [1] - 6:17
15 [1] - 13:3
15201 [1] - 6:2
15219 [1] - 2:21
15222 [1] - 2:16
1535 [1] - 5:25
16 [1] - 13:3
1700 [1] - 2:16
1989 [1] - 7:23
1996 [1] - 32:17
1997 [1] - 32:17

**2**

20 [1] - 15:20
2000 [1] - 32:22
2001 [1] - 33:12
2004 [1] - 33:14
2005 [1] - 33:21
2007 [1] - 33:22
2008 [1] - 10:25
2014 [1] - 34:3
2016 [4] - 27:10, 29:5, 38:20, 39:9
2018 [4] - 1:16, 2:11, 42:22, 45:19
21 [1] - 7:23
26 [2] - 1:16, 2:11
281-9194 [1] - 2:17
29 [1] - 19:4
290-6203 [1] - 12:16
2:17-cv-00185 [1] - 1:6

**3**

3 [1] - 36:6
30 [1] - 45:12
300 [2] - 2:10, 2:20
34 [1] - 6:12

350-1150 [1] - 2:22

**4**

4 [1] - 3:7
412 [3] - 2:17, 2:22, 12:16
412-290 [1] - 12:13
445 [2] - 2:9, 2:21

**5**

5 [2] - 22:8, 37:17
5-D [1] - 35:3
5-F [1] - 30:19

**6**

6th [1] - 45:19

**8**

8-04719 [1] - 42:3

**9**

9th [1] - 10:25

**A**

a.m [2] - 2:11, 41:3
AA [1] - 26:22
ability [1] - 45:10
able [2] - 31:9, 34:24
accept [1] - 18:14
access [1] - 32:3
accurate [1] - 42:12
action [1] - 45:17
Action [1] - 1:6
actual [1] - 39:3
addicted [1] - 24:14
address [2] - 5:25, 11:10
admitted [1] - 20:16
affecting [1] - 5:15
affixed [1] - 45:18
age [1] - 8:8
AGENCY [1] - 1:23
ago [4] - 12:24, 14:16, 14:17, 20:14
agree [1] - 40:9
ahold [2] - 36:14, 36:15
al [3] - 1:9, 42:4, 42:5
Alco [1] - 6:8
Allderdice [1] - 8:25
ALLEGHENY [3] - 1:9,

42:5, 45:2
Allegheny [8] - 2:8, 2:19, 4:13, 27:17, 29:5, 35:20, 35:23, 35:24
almost [2] - 18:22, 35:18
angry [1] - 39:20
answer [3] - 5:2, 5:7, 37:7
anyway [1] - 37:20
apartment [1] - 8:17
apologize [2] - 20:9, 40:19
appear [1] - 15:18
appreciate [1] - 39:24
area [2] - 8:14, 21:24
arguing [1] - 32:14
arrest [1] - 27:16
arrested [1] - 28:16
arrests [1] - 24:7
art [1] - 21:22
Art [1] - 21:23
aside [1] - 24:25
ASSIGNMENT [1] - 42:3
assist [1] - 14:18
associated [2] - 35:24, 38:14
attempt [3] - 20:19, 20:25, 34:23
attempted [2] - 19:5, 35:9
attorney [3] - 4:15, 4:23, 14:18
attorneys [2] - 39:10, 39:12
AUTHORIZATION [1] - 1:23
aware [9] - 15:5, 15:21, 22:21, 24:3, 24:4, 25:6, 34:10, 34:12, 38:18
awareness [1] - 24:16

**B**

baby [1] - 13:8
BACHARACH [5] - 2:20, 3:7, 4:8, 40:11, 40:17
Bacharach [1] - 4:12
bad [3] - 5:20, 36:23
bag [1] - 21:12
bail [1] - 29:11
ballpark [1] - 7:8
basic [1] - 4:16
bathroom [3] - 19:20, 19:24, 20:17
beat [1] - 13:24

beautiful [1] - 6:24
behavior [2] - 30:11, 30:12
Behavior [1] - 30:16
Behavioral [1] - 36:8
best [6] - 30:24, 34:22, 35:10, 35:11, 37:24, 45:9
better [3] - 25:16, 27:2, 27:8
big [2] - 34:14, 36:19
biracial [1] - 13:8
blood [1] - 13:4
bondsman [1] - 29:12
born [3] - 7:10, 10:25, 13:25
bothering [1] - 31:5
Boulevard [2] - 2:9, 2:21
brain [1] - 37:5
brain-dead [1] - 37:5
break [3] - 4:22, 5:3, 20:2
brief [2] - 5:19, 40:15
buddy [1] - 32:13
Building [1] - 2:20
bunch [1] - 33:25
burglary [1] - 33:15
busy [1] - 12:7
BY [2] - 3:7, 4:8

**C**

CAPTION [1] - 42:4
captioned [1] - 42:10
care [1] - 7:8
case [1] - 33:14
CASE [1] - 42:4
cash [2] - 14:2, 14:3
caused [1] - 39:14
Center [2] - 2:16, 6:16
Certified [1] - 2:6
certify [3] - 45:5, 45:11, 45:15
CERTIFYING [1] - 1:23
Change [14] - 43:2, 43:5, 43:8, 43:11, 43:14, 43:17, 43:20, 44:2, 44:5, 44:8, 44:11, 44:14, 44:17, 44:20
change [14] - 43:4, 43:7, 43:10, 43:13, 43:16, 43:19, 43:22, 44:4, 44:7, 44:10, 44:13, 44:16, 44:19, 44:22
changes [2] - 42:12, 42:15

chaplain [1] - 36:9
charge [2] - 33:2, 33:12
charges [2] - 33:17, 33:19
check [1] - 14:2
checking [1] - 39:16
child [7] - 7:18, 7:19, 7:25, 10:6, 12:24, 40:7, 40:8
children [3] - 7:15, 7:16, 40:2
chronic [1] - 15:2
City [1] - 22:11
Civil [2] - 1:6, 2:5
clean [2] - 6:22, 25:22
cleaning [1] - 6:23
cleared [2] - 36:21, 36:22
Clinic [2] - 30:11, 30:12
close [5] - 11:12, 18:12, 18:16, 37:22
coat [1] - 11:17
cold [1] - 14:23
coming [1] - 40:19
Commons [1] - 2:20
Commonwealth [2] - 2:8, 45:4
COMMONWEALTH [1] - 45:2
concluded [1] - 41:3
condition [1] - 17:12
conditions [1] - 15:2
conduct [2] - 33:11, 34:5
considered [2] - 11:8, 38:22
conspiracy [1] - 33:15
constitutes [1] - 45:8
contacting [1] - 29:11
controlled [1] - 33:22
conversations [1] - 29:11
conviction [1] - 33:17
correct [3] - 10:7, 28:9, 42:17
corrections [1] - 42:13
COUNSEL [1] - 2:13
counsel [2] - 45:12, 45:16
county [1] - 34:18
COUNTY [3] - 1:9, 42:5, 45:2
County [8] - 2:9, 2:19, 4:13, 27:17, 29:5, 35:20, 35:23, 35:24
couple [8] - 14:24, 17:19, 17:25, 18:4, 18:6, 18:21, 18:23,

34:25
course [3] - 11:21, 25:24, 36:13
court [3] - 5:6, 5:10, 13:23
COURT [1] - 1:2
Cove [3] - 26:15, 34:20
coverage [1] - 16:10
Coxon [2] - 10:17, 10:20
COXON [1] - 10:18
crime [1] - 33:14
criminal [3] - 33:14, 33:15, 36:20
current [2] - 7:21, 12:19

**D**

daily [2] - 18:9, 18:10
DATE [2] - 43:24, 44:24
date [4] - 7:9, 14:13, 14:15, 32:21
dates [2] - 32:21, 33:3
days [3] - 27:19, 32:9, 45:12
DC [1] - 34:5
dead [1] - 37:5
death [1] - 39:14
Deceased [1] - 1:6
December [1] - 10:25
DECLARATION [1] - 42:7
declare [1] - 42:8
defendants [1] - 4:14
Defendants [3] - 1:10, 2:3, 2:18
demanded [1] - 8:21
Department [2] - 2:9, 2:19
DEPOSITION [6] - 1:13, 2:2, 42:1, 42:14, 43:1, 44:1
deposition [5] - 41:3, 45:6, 45:7, 45:11, 45:14
Deposition [1] - 42:10
depressants [1] - 25:13
depressed [2] - 23:20, 27:23
depression [1] - 15:17
Deputy [2] - 36:8, 37:10
deputy [1] - 38:13
Diane [2] - 2:6, 45:4
died [3] - 36:3
different [6] - 9:21,

9:23, 15:8, 16:6, 17:16, 32:5
differently [1] - 23:22
DiPaul [1] - 31:17
direction [1] - 45:8
directly [1] - 45:16
Disability [3] - 14:8, 14:11, 14:19
discouraged [1] - 27:5
disorderly [2] - 33:11, 34:5
disrespect [1] - 39:20
DISTRIBUTION [1] - 1:22
DISTRICT [2] - 1:2, 1:2
docket [1] - 33:4
done [2] - 35:18, 40:12
down [4] - 5:11, 29:3, 29:6, 40:19
Downtown [1] - 32:13
Drive [1] - 5:25
drug [2] - 33:12, 34:5
drugs [7] - 24:14, 24:15, 24:25, 25:2, 25:4, 25:12, 33:22
drunk [1] - 32:12
DUI [1] - 33:10
duly [2] - 4:5, 45:5
during [3] - 27:13, 35:15, 35:21

**E**

E-L-E-N-A [1] - 10:12
East [1] - 22:9
eat [1] - 28:23
either [3] - 4:19, 8:7, 45:16
ELECTRONIC [1] - 1:22
Elena [8] - 10:12, 10:20, 10:23, 10:24, 11:2, 11:4, 13:15, 13:24
Elena's [1] - 10:19
eleventh [2] - 9:3, 9:5
emotions [1] - 39:19
employed [3] - 6:13, 9:19, 12:18
employee [1] - 45:16
employment [1] - 6:7
endangering [1] - 33:23
ends [1] - 9:23
entire [1] - 42:9
entirely [1] - 5:3
ERRATA [4] - 42:1, 42:14, 43:1, 44:1

ESQUIRE [2] - 2:15, 2:20
ESTATE [1] - 1:5
estimate [1] - 18:7
et [3] - 1:9, 42:4, 42:5
Etna [1] - 8:15
event [5] - 15:23, 15:24, 20:11, 23:24, 33:4
events [2] - 19:14, 38:19
eventually [1] - 9:6
everyday [1] - 18:19
exact [1] - 7:8
EXAMINATION [1] - 4:7
examination [1] - 2:4
examined [1] - 4:6
example [3] - 15:23, 24:6, 25:7
except [1] - 42:12
exceptionally [1] - 18:12
excited [1] - 25:16
excluding [1] - 39:10
EXHIBITS [1] - 3:12
existed [1] - 24:19
explain [1] - 13:4
extended [1] - 34:18

**F**

failed [1] - 45:14
fall [1] - 27:3
far [3] - 15:10, 35:8, 37:6
father [4] - 7:3, 12:23, 13:8, 21:20
February [1] - 45:19
Federal [1] - 2:4
fell [1] - 14:24
few [9] - 4:16, 9:25, 15:8, 16:6, 27:19, 32:9, 35:17, 36:2, 36:11
fighting [1] - 21:11
filed [1] - 4:14
fine [3] - 12:12, 27:22, 37:25
first [8] - 4:5, 15:18, 21:14, 30:4, 30:17, 31:20, 32:16, 45:5
five [5] - 14:16, 20:14, 23:14, 23:15, 26:12
flip [1] - 12:10
flip-top [1] - 12:10
floor [3] - 30:19, 35:2, 35:3
follows [1] - 4:6
food [1] - 26:3

FOR [1] - 1:2
foregoing [1] - 45:6
Forge [3] - 26:15, 26:16, 34:20
forgot [1] - 9:11
Fort [3] - 2:9, 2:20, 2:21
forth [3] - 24:7, 27:4, 28:25
FORWARDING [1] - 1:22
four [2] - 7:13, 30:5
four-and-a-half [1] - 7:13
free [2] - 4:24, 20:3
frequently [1] - 18:18
Friday [2] - 1:15, 2:10
FROM [1] - 1:23
full [1] - 4:9

**G**

GALVIN [1] - 45:20
Galvin [2] - 2:6, 45:4
gap [2] - 34:2, 34:14
garbage [1] - 32:13
Gateway [1] - 2:16
gather [1] - 29:14
GED [3] - 8:21, 8:22, 9:7
geez [1] - 7:6
girl [1] - 12:23
given [1] - 45:9
grade [2] - 9:3, 9:5
graduate [1] - 8:18
ground [1] - 4:16
grown [1] - 40:8
guard [3] - 31:11, 31:12, 31:15
guards [2] - 19:20, 20:17
guess [5] - 13:2, 23:12, 27:6, 27:16, 35:6
guessing [1] - 23:11
guy [2] - 36:8, 37:11

**H**

half [1] - 7:13
hand [1] - 45:18
handle [1] - 23:22
hang [1] - 20:19
hanging [1] - 19:23
hard [5] - 8:9, 17:15, 18:13, 22:24, 36:17
hardly [1] - 31:9
harm [1] - 34:23
head [4] - 21:12, 23:20, 31:9, 36:24

heads [1] - 5:8
Health [2] - 30:16, 36:8
health [14] - 10:3, 14:21, 15:2, 15:12, 15:13, 15:15, 16:10, 17:3, 17:12, 21:15, 23:23, 27:6, 35:2, 35:3
hear [1] - 38:24
hearing [1] - 5:16
hearsay [1] - 38:22
heart [2] - 11:10, 11:22
Heights [1] - 5:24
Heinz [1] - 6:16
held [1] - 40:16
help [5] - 19:16, 26:2, 26:6, 37:15, 37:21
hereby [1] - 45:5
herein [3] - 2:3, 4:5, 45:7
hereof [1] - 42:14
hereunto [1] - 45:18
heroin [2] - 25:4, 25:5
high [3] - 8:18, 8:23, 9:18
himself [11] - 19:6, 20:15, 20:19, 21:3, 22:22, 23:2, 30:22, 34:23, 35:10
hisself [2] - 19:23, 38:3
History [1] - 6:16
home [3] - 36:6, 36:7, 36:13
horrific [3] - 40:6
hospital [7] - 19:16, 19:17, 22:14, 22:16, 36:3, 36:18, 37:2
hospitalized [5] - 17:11, 18:3, 20:21, 20:23, 34:17
hospitals [1] - 17:20
house [1] - 8:5
housekeeping [1] - 6:20
hung [1] - 38:2
hurt [3] - 23:2, 23:3, 30:22
husband [5] - 6:4, 7:14, 7:22, 13:20, 21:20
husband's [1] - 21:19

**I**

idea [3] - 18:2, 19:13, 24:24
illegal [2] - 24:14,

24:24
**important** [1] - 5:6
**IN** [2] - 1:2, 45:18
**incident** [6] - 19:4, 21:6, 22:10, 31:23, 38:15
**incidents** [1] - 22:20
**indicated** [2] - 26:22, 42:13
**indication** [1] - 24:12
**indirectly** [1] - 45:17
**informal** [1] - 4:20
**initial** [1] - 33:18
**injure** [5] - 19:6, 22:22, 30:22, 34:23, 35:10
**injured** [1] - 21:3
**injuries** [1] - 20:22
**inpatient** [1] - 26:19
**inside** [1] - 23:19
**inspection** [1] - 45:11
**instrument** [1] - 33:13
**insurance** [1] - 16:10
**intending** [1] - 22:25
**interested** [1] - 45:16
**IS** [1] - 1:22
**issues** [5] - 10:3, 21:15, 23:23, 27:6, 35:2
**itself** [1] - 24:10

**J**

**Jail** [4] - 27:17, 29:5, 35:20, 35:23
**jail** [7] - 31:19, 32:4, 34:22, 35:14, 38:14, 38:18, 39:4
**January** [2] - 1:16, 2:11
**Jean** [2] - 4:11, 45:5
**JEAN** [9] - 1:4, 1:13, 2:2, 3:3, 4:4, 42:4, 42:19, 43:24, 44:24
**jobs** [4] - 9:21, 9:23, 9:24, 10:4
**Joel** [1] - 2:15
**JOHN** [2] - 1:5, 2:20
**John** [39] - 4:12, 7:4, 7:18, 7:19, 7:24, 8:2, 8:18, 8:19, 9:18, 10:6, 12:24, 12:25, 13:10, 13:12, 13:14, 13:16, 13:17, 13:18, 13:21, 14:6, 14:21, 17:11, 18:16, 19:5, 22:22, 24:13, 25:22, 26:5, 28:15, 30:15, 31:13, 32:5, 35:19, 35:25, 38:2, 39:9, 39:13, 40:22

**John's** [1] - 10:3
**john.bacharach@ alleghenycounty. us** [1] - 2:22
**Johnny** [2] - 12:23, 13:7
**just..** [1] - 39:21

**K**

**keep** [1] - 30:14
**kept** [3] - 30:13, 36:15, 38:11
**kill** [1] - 23:4
**kind** [1] - 40:4
**knowledge** [10] - 12:17, 19:5, 27:14, 27:15, 34:22, 35:10, 35:11, 38:19, 39:3, 39:8
**knows** [1] - 11:23

**L**

**landscaping** [1] - 9:23
**last** [13] - 8:11, 8:13, 10:4, 10:5, 10:15, 14:16, 18:2, 18:5, 26:12, 28:14, 28:25, 31:20
**late** [1] - 36:13
**Law** [3] - 2:9, 2:15, 2:19
**LAWNICZAK** [9] - 1:4, 1:13, 2:2, 3:3, 4:4, 42:4, 42:19, 43:24, 44:24
**Lawniczak** [5] - 4:11, 4:12, 7:22, 21:22, 45:5
**lawsuit** [1] - 4:14
**least** [4] - 10:6, 14:17, 16:21, 28:11
**leave** [1] - 9:2
**left** [1] - 9:18
**Lent** [1] - 26:5
**Liberty** [1] - 22:9
**lie** [1] - 37:20
**life** [4] - 15:23, 15:24, 25:22
**line** [1] - 5:10
**Line** [14] - 43:2, 43:5, 43:8, 43:11, 43:14, 43:17, 43:20, 44:2, 44:5, 44:8, 44:11, 44:14, 44:17, 44:20
**live** [6] - 5:24, 6:3, 11:7, 11:8, 23:7, 25:22
**lived** [2] - 7:24, 8:10

**lives** [1] - 11:5
**living** [3] - 8:16, 21:23, 21:25
**located** [1] - 16:9
**look** [1] - 34:25
**looking** [2] - 14:14, 32:16
**loss** [1] - 38:2
**Louis** [2] - 12:25

**M**

**ma'am** [1] - 15:7
**maiden** [1] - 9:12
**mail** [1] - 13:17
**main** [1] - 4:17
**major** [1] - 32:12
**Maloy** [4] - 16:8, 16:13, 16:25, 17:7
**man** [3] - 26:2, 26:6, 40:8
**manpower** [2] - 37:21, 38:7
**March** [7] - 19:4, 27:10, 28:16, 29:5, 35:20, 38:20, 39:9
**MARKED** [1] - 3:12
**marriage** [1] - 7:5
**married** [3] - 7:2, 7:11, 13:10
**marry** [1] - 7:21
**MASSIMO** [1] - 2:15
**matter** [2] - 40:7, 42:10
**mean** [16] - 5:7, 14:12, 14:15, 15:22, 20:21, 25:21, 26:4, 29:21, 31:19, 32:5, 32:24, 34:10, 37:11, 38:23, 39:2, 39:18
**means** [1] - 13:9
**meant** [1] - 14:25
**Medicaid** [1] - 16:11
**medication** [3] - 5:14, 28:2, 29:21
**medications** [1] - 15:4
**meds** [5] - 15:9, 27:25, 28:4, 29:23
**meetings** [2] - 25:21, 26:23
**mental** [10] - 10:3, 15:13, 15:15, 17:3, 17:12, 21:15, 23:23, 27:6, 35:2, 35:3
**Merrill** [1] - 6:8
**methamphetamine** [1] - 25:7
**Michele** [1] - 16:8
**might** [1] - 28:8
**military** [1] - 13:12

**mind** [1] - 27:7
**minor** [1] - 34:4
**minute** [1] - 37:16
**mischief** [1] - 33:14
**mischief-type** [1] - 33:14
**miss** [2] - 18:14, 40:10
**missed** [1] - 13:24
**mistreating** [1] - 31:24
**mixed** [1] - 39:19
**Mom** [2] - 31:2, 31:3
**mom's** [1] - 11:25
**Monday** [2] - 28:19, 28:20
**money** [1] - 14:5
**month** [3] - 13:19, 13:23, 16:21
**months** [1] - 9:25
**mood** [1] - 15:17
**most** [2] - 16:7, 16:13
**mostly** [1] - 32:8
**mother** [2] - 13:2, 25:25
**mother's** [1] - 10:13
**mouth** [1] - 26:4
**move** [1] - 8:4
**moved** [1] - 30:18
**moves** [1] - 11:13
**MR** [6] - 3:7, 4:8, 40:11, 40:13, 40:17, 40:22

**N**

**name** [14] - 4:9, 4:11, 9:12, 10:11, 10:12, 10:13, 10:15, 10:19, 10:22, 12:20, 12:25, 16:8, 21:21, 31:15
**named** [1] - 12:24
**naming** [1] - 32:24
**nature** [1] - 5:17
**necessarily** [2] - 14:14, 26:11
**need** [1] - 4:23
**never** [6] - 13:24, 25:8, 25:10, 35:9, 37:19
**next** [2] - 36:18, 37:9
**nice** [1] - 6:23
**night** [2] - 18:12, 36:16
**nine** [2] - 10:24, 10:25
**NO** [2] - 3:12, 42:3
**nobody** [1] - 11:23
**non** [1] - 24:15
**non-prescription** [1] - 24:15
**North** [1] - 16:9
**Notary** [2] - 2:7, 42:24

**notary** [1] - 45:4
**note** [1] - 10:6
**nothing** [4] - 32:11, 34:2, 34:9, 45:6
**noticed** [1] - 34:13
**notification** [1] - 45:13
**Number** [1] - 22:8
**number** [5] - 11:15, 12:15, 24:6, 26:8, 36:7
**numbers** [3] - 7:7, 11:23, 33:4

**O**

**o'clock** [1] - 36:6
**Oakmont** [1] - 11:9
**oath** [2] - 37:19, 42:16
**obviously** [1] - 7:24
**occasionally** [1] - 35:8
**occasions** [2] - 26:8, 35:15
**occurred** [1] - 34:11
**October** [1] - 7:23
**odds** [1] - 9:23
**OF** [8] - 1:2, 1:5, 1:13, 1:22, 2:2, 42:7, 45:2, 45:2
**offer** [1] - 42:15
**offhand** [1] - 17:6
**office** [2] - 16:9, 45:18
**officer** [2] - 21:19, 22:5
**Offices** [1] - 2:15
**often** [14] - 16:19, 17:14, 17:17, 18:7, 18:17, 19:8, 19:9, 19:10, 23:9, 23:10, 23:13, 23:16, 29:25, 30:3
**old** [3] - 10:24, 12:10, 15:20
**once** [6] - 16:21, 17:18, 19:11, 23:13, 23:15
**one** [17] - 4:17, 8:9, 10:6, 10:9, 12:3, 14:25, 16:7, 19:15, 22:17, 26:14, 31:7, 32:17, 32:18, 34:4, 34:19, 38:18, 40:12
**ones** [2] - 16:6, 25:15
**opinion** [1] - 39:18
**opioid** [1] - 25:13
**opioid-type** [1] - 25:13
**opposed** [1] - 25:15
**OR** [1] - 1:22
**order** [1] - 13:15
**ORLANDO** [1] - 1:6

Orlando [2] - 7:4, 10:20
OUR [1] - 42:3
overwhelmed [1] - 23:21
own [2] - 8:17, 13:19

**P**

PA [1] - 5:25
PAGE [2] - 3:5, 3:10
Page [14] - 43:2, 43:5, 43:8, 43:11, 43:14, 43:17, 43:20, 44:2, 44:5, 44:8, 44:11, 44:14, 44:17, 44:20
paid [1] - 13:18
painkillers [1] - 25:4
papers [1] - 13:18
Parking [1] - 6:8
particularly [1] - 31:4
parties [1] - 45:12
passed [4] - 13:16, 13:17, 15:6, 35:21
paternity [2] - 13:6, 13:7
pay [2] - 13:15, 14:2
Peabody [2] - 8:24, 8:25
PENALTY [1] - 42:7
penalty [1] - 42:8
pending [1] - 4:25
PENNSYLVANIA [2] - 1:2, 45:2
Pennsylvania [5] - 2:8, 2:10, 2:16, 2:21, 45:4
people [5] - 16:16, 30:10, 36:2, 36:16, 38:17
per [1] - 17:17
period [6] - 8:3, 27:13, 33:25, 34:8, 34:18, 35:21
periods [1] - 32:9
PERJURY [1] - 42:7
perjury [1] - 42:8
person [6] - 12:7, 16:14, 25:23, 26:5, 30:12, 30:17
Personal [1] - 1:5
personally [1] - 39:6
petty [1] - 32:11
phone [6] - 11:23, 12:4, 12:11, 29:11, 29:15, 36:7
phones [1] - 36:11
physical [6] - 14:21, 15:2, 15:3, 15:11, 15:12, 20:22

physically [4] - 21:2, 28:15, 29:3, 29:4
physicians [1] - 16:3
picked [1] - 29:7
Pitt [3] - 2:9, 2:20, 2:21
Pittsburgh [6] - 2:10, 2:16, 2:21, 5:25, 22:8, 22:11
pizza [1] - 9:22
place [7] - 6:21, 6:24, 19:2, 33:5, 38:19, 39:3, 45:7
places [2] - 9:22, 26:10
Plaintiff [4] - 1:7, 2:3, 2:14, 4:5
plastic [1] - 21:12
pocket [1] - 13:20
point [3] - 8:4, 9:6, 21:2
Police [1] - 22:8
police [2] - 21:18, 22:4
possession [5] - 33:12, 33:13, 33:21, 34:5
precipitate [1] - 24:10
precipitated [2] - 15:22, 23:18
prefers [1] - 10:19
prejudiced [1] - 25:25
prescription [3] - 24:15, 24:25, 25:4
PRESENT [1] - 2:13
present [1] - 5:23
presume [3] - 7:24, 11:4, 22:2
pretty [6] - 4:20, 10:2, 16:22, 28:5, 28:24, 37:18
prevent [1] - 5:16
previously [1] - 7:2
problem [4] - 14:22, 15:13, 24:18, 40:14
problems [3] - 15:12, 15:15, 15:22
Procedure [1] - 2:5
proceeding [1] - 4:20
process [1] - 29:10
Professional [1] - 2:6
PROHIBITED [1] - 1:22
prompt [1] - 23:25
psych [2] - 15:9, 29:23
Psych [5] - 17:22, 19:16, 20:16, 22:18, 22:19
psychiatrist [1] - 17:8
psychiatrists [1] - 16:3
psychological [1] -

20:24
psychologist [2] - 17:8, 17:10
psychologists [1] - 16:3
Public [2] - 2:7, 42:24
public [1] - 45:4
pursuant [1] - 2:4
pushed [1] - 19:24
put [3] - 21:12, 27:17, 29:23

**Q**

questions [5] - 5:7, 5:16, 35:17, 40:18, 41:3
quick [1] - 39:18
quit [1] - 8:20
quite [2] - 9:20, 26:18

**R**

race [1] - 20:4
read [3] - 40:23, 42:9, 42:11
reading [1] - 45:11
really [2] - 39:24, 40:4
Reason [14] - 43:4, 43:7, 43:10, 43:13, 43:16, 43:19, 43:22, 44:4, 44:7, 44:10, 44:13, 44:16, 44:19, 44:22
reasonably [1] - 11:12
received [2] - 14:6, 45:13
recent [2] - 16:7, 16:14
recess [1] - 40:15
recklessly [1] - 33:23
record [2] - 4:10, 45:9
recorded [1] - 45:7
records [2] - 24:13, 32:4
reduced [1] - 45:8
refrigerator [1] - 26:3
regarding [1] - 35:24
registered [1] - 19:19
regressed [1] - 28:9
regular [1] - 16:22
related [1] - 39:8
relative [1] - 45:16
relatively [2] - 32:9, 34:4
remember [9] - 9:21, 12:14, 14:12, 17:2, 17:6, 21:11, 28:13, 29:19, 38:8
remembered [1] -

37:12
remembering [1] - 5:17
Renee [2] - 12:21
repeat [1] - 4:19
rephrase [1] - 4:19
Reporter [1] - 2:7
reporter [2] - 5:6, 5:10
Representative [1] - 1:5
representing [1] - 4:13
REPRODUCTION [1] - 1:22
required [1] - 20:23
reside [1] - 5:23
resided [1] - 8:11
residing [1] - 8:14
respective [1] - 45:12
respects [1] - 42:16
respond [1] - 45:14
resulted [1] - 33:17
retired [1] - 22:2
ring [1] - 12:8
Ron [2] - 6:4, 6:5
Ronald [1] - 6:6
roofing [1] - 9:22
room [2] - 19:18, 19:25
rotten [1] - 31:12
rough [1] - 32:21
rules [1] - 4:16
Rules [1] - 2:5
rumors [1] - 39:2
Rush [2] - 12:21

**S**

S-W-I-D-O-W-S-K-I [1] - 9:15
S/DIANE [1] - 45:20
sad [1] - 39:19
Sansone [1] - 2:15
save [1] - 42:12
saw [6] - 12:20, 17:3, 18:10, 28:25, 32:17, 35:7
school [4] - 8:18, 8:20, 8:23, 9:18
se [1] - 17:17
seal [1] - 45:18
second [2] - 31:22, 40:12
Security [3] - 14:7, 14:11, 14:19
see [16] - 11:2, 16:19, 18:7, 18:19, 18:20, 18:23, 19:21, 30:12, 30:16, 32:4, 34:3, 34:25, 36:17, 36:22,

37:6, 39:19
seeing [1] - 16:14
seek [2] - 25:18, 26:7
seem [1] - 27:23
set [1] - 45:18
seven [2] - 34:2, 34:8
shake [1] - 5:8
Sharpsburg [1] - 8:15
SHEET [4] - 42:1, 42:14, 43:1, 44:1
sheriff [1] - 36:19
sheriffs [1] - 36:20
shopping [1] - 28:22
short [3] - 9:24, 13:4, 32:9
short-term [1] - 9:24
shoulders [1] - 5:9
shrug [1] - 5:8
Side [1] - 16:9
sign [1] - 13:21
Signature [1] - 41:1
SIGNATURE [2] - 43:24, 44:24
signed [2] - 45:13, 45:14
significant [1] - 15:11
signing [1] - 45:11
Simona [1] - 5:25
situation [2] - 5:20, 21:10
six [3] - 20:14, 34:2, 34:8
skill [1] - 45:9
Smithfield [1] - 6:17
Social [3] - 14:7, 14:10, 14:19
soft [2] - 37:11, 37:12
soft-spoken [2] - 37:11, 37:12
someone [2] - 16:20, 23:22
sometimes [4] - 23:8, 25:21, 28:10, 35:7
son [2] - 7:10, 18:12
son's [2] - 7:3, 12:25
sorry [5] - 7:20, 9:11, 17:5, 22:4, 38:2
sort [4] - 27:2, 28:3, 34:13, 38:25
sought [1] - 26:13
sound [1] - 25:24
speaking [1] - 38:12
specific [1] - 23:24
specify [1] - 31:4
speed [1] - 25:10
spell [1] - 9:14
spend [1] - 37:2
spirits [1] - 28:24
split [1] - 7:14
spoken [3] - 37:11, 37:12, 39:4

**SSI** [1] - 14:6
**Stabile** [1] - 6:9
**Stanton** [1] - 5:24
**start** [1] - 14:10
**started** [1] - 21:14
**state** [2] - 4:9, 34:18
**STATES** [1] - 1:2
**Station** [1] - 22:8
**stayed** [1] - 26:21
**stems** [1] - 25:3
**stenographically** [1] - 45:8
**still** [5] - 12:2, 21:23, 21:25, 36:24, 42:16
**stitches** [1] - 14:24
**stop** [2] - 18:25, 19:3
**story** [1] - 13:4
**street** [3] - 11:9, 11:11, 21:11
**strike** [1] - 28:11
**stuff** [1] - 20:9
**subconsciously** [1] - 36:24
**Subscribed** [1] - 42:21
**substance** [1] - 33:22
**Suite** [2] - 2:10, 2:16
**support** [3] - 13:15, 13:18, 13:19
**supposed** [1] - 38:4
**Swidowski** [1] - 9:13
**swings** [1] - 15:17
**sworn** [3] - 4:6, 42:21, 45:5

**T**

**taser** [1] - 31:23
**tasered** [4] - 31:6, 31:10, 31:11, 31:14
**Taylor** [1] - 8:24
**telephone** [2] - 11:15, 12:15
**ten** [8] - 8:11, 8:13, 14:15, 14:17, 24:21, 24:22, 24:23, 26:12
**tendency** [1] - 5:8
**tenth** [2] - 9:2, 9:4
**term** [5] - 9:24, 14:25, 25:16, 27:3, 37:14
**terms** [3] - 31:19, 38:6, 38:22
**terroristic** [5] - 32:12, 32:14, 32:18, 33:8, 33:23
**TERZIGNI** [3] - 2:15, 40:13, 40:22
**terzignim@gmail.com** [1] - 2:17
**testified** [1] - 4:6

**testify** [1] - 45:5
**testimony** [1] - 45:9
**tests** [2] - 13:5, 13:7
**THE** [3] - 1:2, 1:2, 1:23
**therapist** [1] - 17:8
**thinking** [1] - 24:5
**THIS** [1] - 1:22
**threat** [1] - 32:14
**threats** [4] - 32:12, 32:18, 33:8, 33:23
**three** [3] - 6:17, 7:11, 30:5
**Three** [1] - 2:16
**throat** [2] - 31:6, 31:14
**throwing** [1] - 32:13
**Thursday** [2] - 28:17, 29:9
**Tiffany** [5] - 10:14, 11:5, 11:13, 11:16, 12:17
**Tiffany's** [1] - 12:15
**tired** [1] - 4:21
**today** [2] - 5:15, 39:8
**together** [2] - 28:20, 29:12
**took** [4] - 13:2, 22:15, 28:3, 38:19
**top** [2] - 12:10, 17:2
**toward** [1] - 31:13
**tragic** [1] - 15:23
**TRANSCRIPT** [1] - 1:22
**transcript** [3] - 42:9, 42:17, 45:13
**traumatic** [2] - 15:24, 40:20
**treated** [1] - 16:2
**treatment** [13] - 16:20, 17:3, 21:15, 25:18, 26:7, 26:13, 26:19, 26:20, 27:4, 27:9, 27:11, 27:13, 27:14
**tried** [1] - 22:22
**true** [3] - 42:11, 42:17, 45:9
**truth** [4] - 37:19, 45:6, 45:6
**try** [4] - 5:19, 5:21, 18:13, 36:14
**trying** [6] - 20:15, 21:9, 29:10, 29:12, 30:14, 36:15
**Tuesday** [1] - 29:9
**turn** [1] - 31:13
**turned** [1] - 12:4
**twice** [2] - 18:21, 19:12
**two** [2] - 7:11, 34:6
**type** [2] - 25:13, 33:14
**typewriting** [1] - 45:8

**U**

**under** [4] - 37:18, 42:8, 42:16, 45:8
**UNDER** [1] - 42:7
**unfortunately** [1] - 40:21
**UNITED** [1] - 1:2
**unusually** [1] - 27:23
**up** [4] - 5:3, 7:14, 29:7, 30:19

**V**

**venture** [2] - 16:7, 20:13
**verbally** [1] - 5:7
**Verona** [1] - 11:9
**visit** [1] - 29:4
**voice** [1] - 37:12
**voicemail** [1] - 36:12
**vs** [2] - 1:8, 42:4

**W**

**wagon** [1] - 27:3
**Wainwright** [2] - 36:9, 37:10
**wait** [2] - 30:9, 36:21
**Wait** [1] - 37:16
**waived** [2] - 41:1, 45:12
**walk** [1] - 4:21
**warden** [1] - 38:13
**watch** [1] - 35:5
**watched** [1] - 30:20
**watching** [1] - 38:5
**Wednesday** [2] - 28:18, 29:8
**week** [3] - 18:21, 18:23, 32:10
**weeks** [2] - 9:25, 17:25
**welcome** [1] - 9:17
**welfare** [1] - 13:2
**WESTERN** [1] - 1:2
**western** [1] - 17:22
**Western** [4] - 19:16, 20:16, 22:17, 22:19
**whatnot** [2] - 29:24, 40:8
**whereas** [1] - 35:5
**WHEREOF** [1] - 45:18
**whole** [3] - 33:24, 39:15, 45:6
**wish** [2] - 37:15, 38:6
**WITHOUT** [1] - 1:23
**WITNESS** [2] - 3:3, 45:18

**witness** [5] - 45:5, 45:9, 45:12, 45:13, 45:13
**words** [2] - 37:13, 37:24
**works** [1] - 6:8
**worry** [2] - 12:9, 37:8
**worse** [1] - 5:21

**Y**

**year** [6] - 8:8, 9:2, 23:13, 27:10, 34:2, 34:6
**years** [22] - 6:12, 6:18, 7:11, 8:11, 8:13, 10:24, 12:24, 14:15, 14:17, 15:20, 18:4, 18:6, 20:14, 23:14, 23:15, 24:21, 24:22, 24:23, 26:12, 32:24, 34:8
**young** [1] - 7:25
**yourself** [1] - 34:25