IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEAN LAWNICZAK, | ) |
| | ) |
| Plaintiff, | )   Civil Action No. 2:17-cv185 |
| | ) |
| v. | )   Magistrate Judge Lisa Pupo Lenihan |
| | ) |
| ALLEGHENY COUNTY, et al, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

**IT IS ORDERED** this 30th day of April, 2019, that judgment is entered on behalf of the Defendants Allegheny County, Orlando Harper, Simon Wainwright, Correction Officer Marguerite Bonenberger, Sergeant Andrew Haburjak, and Nurse Tricia Corrado and against the Plaintiff, Jean Lawniczak.  The Clerk of Court is directed to mark this case as **CLOSED**.

        s/Lisa Pupo Lenihan
        Lisa Pupo Lenihan
        United States Magistrate Judge

cc:    Counsel of record.