IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEAN LAWNICZAK, as Personal Representative of the ESTATE OF JOHN ORLANDO, Deceased, | CIVIL ACTION NO. 2:17-cv-00185 |
| | HONORABLE LISA PUPO LENIHAN |
| Plaintiff, | |
| v. | |
| ALLEGHENY COUNTY, ORLANDO HARPER, SIMON WAINWRIGHT and JOHN and/or JANE DOE, | |
| Defendants. | Electronically Filed. |

## NOTICE OF APPEAL

Please take notice that Plaintiff hereby appeals the Court's Memorandum Opinion, Order and Judgment dated April 30, 2019, granting Defendants' Motion for Summary Judgment.

Respectfully submitted,

LAW OFFICES OF JOEL SANSONE

s/Joel S. Sansone
Joel S. Sansone, Esquire
PA ID No. 41008
Massimo A. Terzigni, Esquire
PA ID No. 317165
Elizabeth A. Tuttle, Esquire
PA ID No. 322888
*Counsel for Plaintiff*

Law Offices of Joel Sansone
Two Gateway Center, Suite 1290
603 Stanwix Street
Pittsburgh, Pennsylvania 15222
(412) 281-9194

Dated: May 17, 2019